1  | Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
2  | Dylan J. Yamamoto (SBN 324601)
**ARENT FOX LLP**
3  | 555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
4  | Telephone: 213.629.7400
Facsimile: 213.629.7401
5  | aram.ordubegian@arentfox.com
annie.stoops@arentfox.com
6  | dylan.yamamoto@arentfox.com

7  | *Proposed* Special Litigation Counsel
for David Seror, Chapter 7 Trustee

8

9  |       **UNITED STATES BANKRUPTCY COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

11 | In re

12 | TODD HARRIS GOLDMAN,

13 |          Debtor.

14

15 | DAVID SEROR, Chapter 7 Trustee,

16 |          Plaintiff,

17 |   v.

18 | TODD HARRIS GOLDMAN, an individual,
MAYA HAMBLET, an individual,
19 | MATTHEW ROCH ARGALL, an individual,
ROY REVIVO, an individual, ANDREW
20 | GOLDMAN, an individual, DAVID &
GOLIATH, INC., a Florida profit corporation,
21 | NERF PONG PRODUCTIONS, LLC, a
Florida limited liability company, and THE
22 | ROSS ART GROUP INC., a New York
domestic business corporation,

23 |          Defendants.

24

25

26

27

28

Case No. 1:18-bk-12979-MB

Chapter 7

Adv. Case No. 1:20-ap-_____-MB

**COMPLAINT FOR:**

1) **DECLARATORY RELIEF;**

2) **AVOIDANCE OF FRAUDULENT
   TRANSFERS WITH ACTUAL
   INTENT;**

3) **AVOIDANCE OF
   CONSTRUCTIVELY FRAUDULENT
   TRANSFERS;**

4) **RECOVERY AND PRESERVATION
   OF AVOIDED TRANSFERS;**

5) **CONVERSION;**

6) **TURNOVER; AND**

7) **ACCOUNTING**

[SUMMONS TO BE ISSUED]

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

David Seror, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of debtor Todd Goldman (the "Debtor"), complaining of the Debtor, Maya Hamblet, Matthew Roch Argall, Roy Revivo, Andrew Goldman, David & Goliath, Inc., Nerf Pong Productions, LLC, and The Ross Art Group Inc. (collectively, the "Defendants"), alleges as follows:

## I.     <u>NATURE OF ACTION AND JURISDICTION</u>

1.     The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157(b)(2)(A), (E), (H) and (O), 1334(b), and General Order No. 13-05 of the District Court for the Central District of California, because this is a core proceeding related to the bankruptcy case of *In re Todd Goldman,* Case No. 1:18-bk-12979-MB, pending before the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division.  Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a), in that the instant proceeding is related to the Debtor's pending bankruptcy case.  The Trustee consents to final orders or judgment by the Bankruptcy Court.

2.     This is an adversary proceeding brought pursuant to Title VII of the Federal Rules of Bankruptcy Procedure to recover certain transfers of personal property made by the Debtor to certain of the Defendants and related relief.  The Trustee seeks entry of a judgment avoiding the transfers at issue pursuant to 11 U.S.C. §§ 544 and/or 548 and recovering the transfers pursuant to 11 U.S.C. § 550.

3.     Additionally, this adversary proceeding seeks declaratory relief as to the nature and extent of the Debtor's ownership interest in David & Goliath, Inc. and Nerf Pong Productions, LLC and/or the Debtor's interest in royalties and commissions received by those entities on account of the Debtor's prepetition intellectual property.

## II.     <u>THE PARTIES</u>

4.     The Trustee brings this action solely in his capacity as Chapter 7 Trustee of the Debtor's estate.

5.     Todd Goldman is the Debtor in this bankruptcy case and resided in Los Angeles, California as of the petition date.  On information and belief, the Debtor now resides in Nashville, Tennessee.

6.     Maya Hamblet ("Hamblet") is an individual, and on information and belief, a resident of Tampa, Florida.

7.     Matthew Roch Argall ("Argall") is an individual, and on information and belief, a resident of Belleair, Florida.

8.     Roy Revivo ("Revivo") is an individual, and on information and belief, a resident of Los Angeles, California.

9.     Andrew Goldman ("A. Goldman") is the Debtor's brother, and on information and belief, a resident of Florida.

10.    David & Goliath, Inc. ("D&G") is a Florida profit corporation incorporated by the Debtor on or around January 26, 2000.

11.    Nerf Pong Productions, LLC ("Nerf Pong") is a Florida limited liability company organized by A. Goldman on or around June 1, 2018.

12.    The Ross Art Group Inc. ("Ross Art Group") is a New York domestic business corporation.

### III.     GENERAL ALLEGATIONS

**A.     Background**

13.    The Debtor is an artist and author who creates, among other things, paintings and children's books.

14.    On information and belief, on or around January 26, 2000, the Debtor incorporated D&G to manage and license the Debtor's intellectual property related to the Debtor's artwork.

15.    From 2000 to 2014, the Annual Reports filed with the Florida Secretary of State named the Debtor as the President of D&G and one of its directors.

16.    On information and belief, although the Debtor is no longer listed as a director of D&G, the Debtor has consistently held himself out as the owner of D&G.

17.    On information and belief, on or around January 2, 2002, the Debtor signed a Work for Hire Agreement with D&G (the "2002 Agreement"). Under the 2002 Agreement, the Debtor was to be employed by D&G to develop and design creative content, concepts, digital art, books, paintings, graphics, products, character and entertainment properties, including the scripting and

1   animation and other ideas and concepts, and was to be paid for his work as a salaried employee.

2   18.   On information and belief, on or around January 1, 2005, the Debtor and D&G

3   entered into an Artwork Work for Hire Agreement (the "2005 Agreement").   Under the 2005

4   Agreement, D&G paid the Debtor $1.00 for all rights in and to the Debtor's artworks known as

5   "Boys are Stupid, Throw Rocks at Them" and "Girls Are Weirdoes, But They Smell Pretty."

6   However, the Debtor retained the rights in and to any books created from the artwork.

7   19.   On information and belief, notwithstanding the 2002 Agreement, the Debtor and his

8   father, one of D&G's former directors, had a separate agreement that the Debtor would receive

9   50% of the proceeds from the intellectual property created by the Debtor in addition to salary as an

10   "employee."

11   20.   On information and belief, in apparent accordance with the 2002 Agreement, from

12   2002 through the present date, the Debtor has been receiving income from D&G amounting to his

13   50% of proceeds from the Debtor's intellectual property.

14   21.   On information and belief, the Debtor has a legal or equitable ownership in the

15   intellectual property listed in **Exhibit 1** attached hereto and incorporated herein in full by this

16   reference (the "Intellectual Property"). The Intellectual Property is either held directly by the

17   Debtor or for his benefit through D&G.

18   22.   On information and belief, from approximately 2015 to 2019, A. Goldman

19   controlled D&G.   During that time – and in an attempt to shield the Debtor's income from his

20   creditors – D&G   paid the Debtor through the Debtor's PayPal account.

21   23.   On information and belief, on or around February 2, 2017, D&G and Entertainment

22   Retail Enterprises, LLC ("ERE") entered into a licensing agreement whereby D&G granted ERE a

23   license to certain prepetition Intellectual Property of the Debtor (the "ERE Agreement").   Pursuant

24   to which, ERE is to pay D&G guaranteed minimum payments during each year of the agreement,

25   ranging from $100,000 to $150,000.   In addition, ERE is to pay D&G earned royalties at the end

26   of each calendar year. The initial term of the ERE Agreement is from January 1, 2017 to December

27   31, 2026.

28   24.   On information and belief, the Debtor receives 50% of the proceeds from the ERE

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

Agreement paid to D&G via A. Goldman.

25.     On information and belief, on or around June 1, 2018, at the Debtor's direction, A. Goldman organized Nerf Pong to manage and license the Debtor's prepetition Intellectual Property related to the Debtor's artwork.[1]

26.     On information and belief, on or around January 1, 2019 and at A. Goldman's direction, Nerf Pong and D&G entered into a licensing agreement whereby D&G granted Nerf Pong a license to certain prepetition Intellectual Property of the Debtor.

27.     On information and belief, the Debtor is receiving income from Nerf Pong on account of proceeds from his prepetition Intellectual Property.

28.     On information and belief, in or around the Spring of 2020, the Debtor signed with Firefly Brand Management regarding licensing and product opportunities of the Debtor's prepetition Intellectual Property, which is property of the estate.

29.     On information and belief, the Debtor has been selling paintings he created prior to the petition date, which paintings are property of the Debtor's bankruptcy estate, through the website www.toddart.co.uk.

**B.     The Dissolution Action and Collection Efforts**

30.     On information and belief, the Debtor and Nicole Goldman ("N. Goldman") were married on April 3, 2011.

31.     On October 28, 2014, N. Goldman initiated marital dissolution proceedings against the Debtor by filing a Petition for Dissolution of Marriage in the Superior Court for the County of Los Angeles (the "State Court"), in that certain action entitled *Nicole Goldman v. Todd Goldman*, Los Angeles County Superior Court case number BD610524 (the "Dissolution Action").

32.     On information and belief, in the Dissolution Action, N. Goldman and her counsel obtained several orders against the Debtor, including, but not limited to, the following:

    a.   On August 12, 2015, the State Court entered an order requiring the Debtor to pay $65,000 to N. Goldman's counsel, Brot & Gross, LLP, as his contributive share of

---

[1] To the extent that the Debtor executed a work for hire agreement with Nerf Pong, the Trustee reserves the right to challenge such agreement in connection with this action.

1  N. Goldman's attorney and accountant fees and costs (the "August Order").

2  Pursuant to the August Order, the Debtor was to make the $65,000 payment on or

3  before October 28, 2015. A true and correct copy of the August Order is attached

4  hereto as **Exhibit 2** and incorporated herein in full by this reference.

5  b.  On February 22, 2016, the State Court entered an order compelling the Debtor to

6  respond to discovery propounded by N. Goldman in the Dissolution Action and

7  awarding monetary sanctions against the Debtor in the amount of $3,130 payable to

8  Brot & Gross, LLP on or before February 5, 2016 (the "February Order"). A true

9  and correct copy of the February Order is attached hereto as **Exhibit 3** and

10  incorporated herein in full by this reference.

11  c.  On September 13, 2016, the State Court entered an order stating that the August

12  Order remained due, owing, and unpaid, and requiring the Debtor to pay Brot &

13  Gross, LLP an additional $121,600 for N. Goldman's attorneys' fees and costs (the

14  "September Order," collectively with the August Order and February Order, the

15  "Orders"). A true and correct copy of the September Order is attached hereto as

16  **Exhibit 4** and incorporated herein in full by this reference.

17  d.  On information and belief, the State Court ordered the Debtor to pay spousal support

18  and child support to N. Goldman, and at all relevant time herein, the Debtor was not

19  timely paying these domestic support obligations (the "Domestic Support

20  Obligations").

21  33.  On information and belief, after obtaining the Orders and Domestic Support

22  Obligations, Brot & Gross, LLP, on behalf of N. Goldman, began taking actions to collect the

23  amounts owed by Debtor, including, but not limited to, the following:

24  a.  On or around November 10, 2015, Brot & Gross, LLP recorded an Abstract of

25  Judgment against the Debtor in California based on the August Order (the

26  "California Judgment"). A true and correct copy of the California Judgment is

27  attached hereto as **Exhibit 5** and incorporated herein in full by this reference.

28  b.  On or around July 21, 2016, Brot & Gross, LLP served a writ of execution to enforce

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 6 -

1    the California Judgment.

2    c.    On or around September 16, 2016, Brot & Gross, LLP recorded an Abstract of

3    Judgment against the Debtor in Florida based on the California Judgment.

4    d.    On or around October 17, 2016, Brot & Gross, LLP served a Writ of Garnishment

5    on Hamblet and Argall (the "October Writ"). A true and correct copy of the October

6    Writ is attached hereto as **Exhibit 5** and incorporated herein in full by this reference.

7    e.    In or around November 2016, Brot & Gross, LLP conducted a deposition of the

8    Debtor.

9    f.    In or around December 2016, Brot & Gross, LLP conducted a deposition of

10    Goldman.

11    g.    In or around January 2017, Brot & Gross, LLP served another Writ of Garnishment

12    on Hamblet and Argall (the "January Writ," together with the October Writ, the

13    "Writs of Garnishment").

14    h.    On or around January 27, 2017, Brot & Gross, LLP conducted a deposition of

15    Hamblet regarding the Writs of Garnishment.

16    34.    On information and belief, the Orders and Domestic Support Obligations as well as

17    N. Goldman and her counsel's efforts to collect thereon, precipitated the Debtor to create a scheme

18    to delay, hinder, or defraud his creditors by concealing his assets, including his interest in D&G

19    and his Intellectual Property, and transferring his personal property to several of the defendants

20    named herein in an attempt to shield those assets from the reach of his creditors.

21    **C.    Debtor's Fraudulent Transfer of 1,000 Paintings**

22    35.    On information and belief, in or around December 2016, the Debtor removed

23    approximately 1,000 of his paintings from the D&G warehouse and temporarily placed those

24    paintings at the ERE Distribution Center in Apopka, Florida.

25    36.    On information and belief, the Debtor moved the paintings to hide them from N.

26    Goldman and her counsel in light of the numerous orders and writs detailed above.

27    37.    On information and belief, in early 2017, the Debtor entered into negotiations with

28    Revivo regarding approximately 900 of those paintings (the "900 Paintings").

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

38.    On information and belief, the Debtor and Revivo came to an oral agreement that Revivo would loan $100,000 to the Debtor and the Debtor would transfer the 900 Paintings to Revivo as collateral (the "Revivo Agreement").

39.    On information and belief, Revivo advanced $10,000 of that loan to the Debtor.

40.    On information and belief, on March 16, 2017, the Debtor caused the 900 Paintings to be shipped from the ERE Distribution Center to Revivo at 5938 Laurel Canyon Blvd., Valley Village, California 91607 (the "March 2017 Revivo Transfer").  A true and correct copy of the Bill of Lading is attached hereto as **Exhibit 6** and incorporated herein in full by this reference.

41.    On information and belief, the fair market value of the 900 Paintings was approximately $900,000 at the time of the March 2017 Revivo Transfer.

42.    On information and belief, as compared to the value of the 900 Paintings, the Debtor received nominal consideration of $10,000 for the March 2017 Revivo Transfer.

43.    On information and belief, once the 900 Paintings arrived in Los Angeles, Revivo refused to fund the remaining $90,000 under the Revivo Agreement unless the Debtor agreed to split the proceeds from the 900 Paintings with Revivo, which the Debtor refused.

44.    On information and belief, Revivo has possession, custody or control of the 900 Paintings.

45.    On information and belief, in or around July 2017, the Debtor transferred the remaining 100 paintings located at the ERE Distribution Center ("100 Paintings") to Ross Art Group ("July 2017 Transfer").

46.    On information and belief, the fair market value of the 100 Paintings was approximately $100,000 at the time of the July 2017 Transfer.

47.    On information and belief, as compared to the value of the 100 Paintings, the Debtor received nominal consideration, if any, in exchange for the July 2017 Transfer.

48.    On information and belief, the Debtor was insolvent on the dates of the March 2017 Revivo Transfer and the July 2017 Transfer or became insolvent as a result of those transfers.

49.    Based on the circumstances of the March 2017 Revivo Transfer and the July 2017 Transfer, the Trustee is informed and believes, and based thereon alleges, that those transfers were

made by the Debtor with the actual intent to hinder, delay, or defraud his creditors, because, among other things: (i) the transfers were made after N. Goldman's counsel began collection efforts; (ii) the Debtor did not disclose the true nature of the transfers in his Schedules or Statement of Financial Affairs; (iii) the Debtor does not appear to have received reasonably equivalent value in exchange for the transfers; and (iv) the Debtor was insolvent at the time of the transfers or became insolvent as a result of the transfers.

**D.    Debtor's Concealment and Fraudulent Transfer of Artwork and Furniture**

50.    On information and belief, the Debtor resided at 565 Bayview Drive, Belleair, Florida 33756 (the "Bayview Property") from approximately 2004 until relocating to Los Angeles, California in or around 2012.

51.    On information and belief, artwork and furniture was located in the Bayview Property with a fair market value of approximately $1,000,000 as of March 2017 (the "Bayview Furnishings"). A true and correct copy of a list of the Bayview Furnishings is attached hereto as **Exhibit 7** and incorporated herein in full by this reference.

52.    On information and belief, in or around March 2016, the Debtor listed the Bayview Property for rent, fully furnished with the Bayview Furnishings, through the website Airbnb.

53.    On information and belief, on or about March 23, 2016, Hamblet contacted the Debtor via Airbnb and Facebook regarding leasing the Bayview Property.

54.    On information and belief, the Debtor, Hamblet and Argall entered into an oral agreement wherein the Debtor agreed to lease the Bayview Property to Hamblet and Argall for $10,000 per month less repairs, plus a $10,000 security deposit.

55.    On information and belief, in or around April 2016, Hamblet and Argall moved into the Bayview Property, and began paying the monthly lease obligation to the Debtor.

56.    On information and belief, in or around October 2016, Brot & Gross, LLP sent Hamblet and Argall letters regarding garnishment of the monthly lease obligation and the Bayview Furnishings.

57.    On information and belief, on or around October 17, 2016 and January 2017, Brot & Gross, LLP served the Writs of Garnishment on Hamblet and Argall.

58.    On or around January 27, 2017, Brot & Gross, LLP conducted a deposition of Hamblet regarding the Writs of Garnishment.

59.    On information and belief, from January 2017 to February 2017, pursuant to the Writs of Garnishment, Hamblet and Argall paid $6,500 each month to Brot & Gross, LLP.

60.    On information and belief, in or around March 2017, the Debtor transferred some of the Bayview Furnishings to Hamblet and Argall in exchange for the $10,000 security deposit (the "March 2017 Bayview Transfer").

61.    On information and belief, the Bayview Furnishings transferred to Hamblet and Argall included, among other things, the Debtor's hand-signed limited edition lithographs valued in the aggregate amount of approximately $719,250.

62.    On information and belief, as compared to the value of the Bayview Furnishings transferred, the Debtor received merely nominal consideration of $10,000 in exchange for the March 2017 Bayview Transfer.

63.    On information and belief, the Debtor transferred some of the Bayview Furnishings to A. Goldman, including but not limited to, his African art collection, his vintage TWA poster collection, a Leo Ray oil painting, a painting by Gabriel Nicolet, a Campbell's Soup painting and some of the Debtor's original artwork (the "A. Goldman Transfers").

64.    On information and belief, the fair market value of the Debtor's African art collection was approximately $40,500 on the date of the A. Goldman Transfers.

65.    On information and belief, as compared to the value of the Debtor's African art collection and the other artwork transferred, the Debtor received nominal consideration, if any, in exchange for the A. Goldman Transfers.

66.    On information and belief, A. Goldman has possession, custody or control of the artwork transferred to him.

67.    On information and belief, the Debtor retained possession of some of the Bayview Furnishings, including, but not limited to, two vintage 1930's film lot lights worth approximately $5,000 each, an original Porky Pig from a 1920's carnival ride, and some African art, all of which constitute property of the Debtor's bankruptcy estate.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 10 -

68.     On information and belief, the Debtor has concealed these assets from his creditors by falsely claiming that they were stolen by Hamblet and Argall.

69.     On information and belief, on or around July 6, 2017, Hamblet and Argall terminated their lease of the Bayview Property, and moved out of the property taking with them the Bayview Furnishings.

70.     On information and belief, on or around July 15, 2017, the Debtor caused a complaint for theft to be filed with the Belleair Police Department, alleging that Hamblet and Argall stole the Bayview Furnishings (the "Police Report").

71.     According to the Police Report, on or around August 11, 2017, detectives from the Belleair Police Department interviewed Hamblet and Argall at their new residence regarding the alleged theft of the Bayview Furnishings.

72.     According to the Police Report, while in Hamblet and Argall's new residence, the detectives observed several of the items the Debtor alleged were stolen by Hamblet and Argall, including a large wooden hutch, a set of 12 foot decorative doors, Cassina couches, a large Buddha, a large mirror, a life size cow, and a Mickey Mouse painting.

73.     According to the Police Report, during the interview, Hamblet showed the detectives text messages and photographs exchanged with the Debtor evidencing their negotiations regarding the March 2017 Bayview Transfer.

74.     On information and belief, the Debtor caused the Police Report to be filed in an attempt to shield his assets and conceal the fraudulent nature of the March 2017 Bayview Transfer and the A. Goldman Transfers in furtherance of his scheme to hinder, delay, or defraud his creditors.

**E.     The Debtor's Bankruptcy Case**

75.     On December 11, 2018, the Debtor filed a voluntary chapter 7 petition, initiating Bankruptcy Case No. 1:18-bk-12979-MB. On December 26, 2018, the Debtor filed his Schedules and Statement of Financial Affairs [Bankruptcy Case, Doc. 9].

76.     In his schedule A/B, the Debtor represented that he owned personal property in the aggregate amount of $7,505, including $1,000 in household goods and furnishings and $2,000 in collectibles of value. In response to Question No. 33, "Claims against third parties, whether or not

you have filed a lawsuit or made a demand for payment," the Debtor answered "Potential claim against former tenants Maya Hamblet and Matthew Argall who stole approximately $200,000 in furniture and $800,000 in art print from 565 Bayview Drive, Belleair, FL."

77.    On information and belief, the Debtor made the claim in his schedule A/B that Hamblet and Argall "stole" the Bayview Furnishings in furtherance of the Debtor's scheme to hinder, delay, or defraud his creditors.

78.    On information and belief, the Debtor was insolvent on the dates of the March 2017 Bayview Transfer and the A. Goldman Transfers or became insolvent as a result of those transfers.

79.    Based on the circumstances of the March 2017 Bayview Transfer and the A. Goldman Transfer, the Trustee is informed and believes, and based thereon alleges, that the transfers were made by the Debtor with the actual intent to hinder, delay, or defraud his creditors, because, among other things: (i) the transfers were made after N. Goldman's counsel began collection efforts; (ii) the Debtor caused the Police Report to be filed to conceal the fraudulent nature of the transfers from his creditors; (iii) the Debtor did not disclose the true nature of the transfers in his Schedules or Statement of Financial Affairs; (iv) the Debtor does not appear to have received reasonably equivalent value in exchange for the transfers; and (v) the Debtor was insolvent at the time of the transfers or became insolvent as a result of the transfers.

**F.    Revivo's Conversion of the Proceeds of the 900 Paintings**

80.    On information and belief, after the Debtor filed bankruptcy, Revivo began selling the 900 Paintings without the Debtor's or the Trustee's consent.

81.    On information and belief, the proceeds from the sale of the 900 Paintings are property of the Estate.

82.    On information and belief, Revivo has converted the proceeds from the sale of the 900 Paintings for his own benefit, the exact amount of which according to proof at trial.

**FIRST CLAIM FOR RELIEF**

**Declaratory Relief Against Defendants D&G and Nerf Pong**

**[28 U.S.C. § 2201]**

83.    Plaintiff repeats and realleges each of the allegations set forth above as if fully set

1    forth herein.

2           84.    An actual controversy exists as between Plaintiff and defendants D&G and Nerf

3    Pong, in that:

4           a.    D&G claims that it owns all rights and interest to the Intellectual Property;

5           b.    Nerf Pong claims that the Debtor has no interest in Nerf Pong;

6           c.    Plaintiff contends that the Debtor owns at least a 50% interest in the rights and

7              interests to the Intellectual Property; and

8           d.    Plaintiff contends that the Debtor owns at least an equitable interest in Nerf Pong to

9              the extent that Nerf Pong is receiving proceeds from the Debtor's Intellectual

10              Property.

11           85.    Because of the adverse positions of Plaintiff and defendants D&G and Nerf Pong, a

12    dispute exists as to the Parties' rights, claims, interests, and obligations in the Intellectual Property.

13    Based thereon, Plaintiff seeks an order of the Bankruptcy Court determining:

14           a.    The nature and extent of the Debtor's interest in D&G;

15           b.    The nature and extent of the Debtor's interest in Nerf Pong;

16           c.    The nature and extent of the Debtor's interest in the Intellectual Property; and

17           d.    The nature and extent of the Debtor's interest in the proceeds from the Intellectual

18              Property.

19           86.    An actual controversy exists between the Parties as heretofore stated, the

20    determination of which will impact the value of the Debtor's assets in this bankruptcy estate.

21                             **<u>SECOND CLAIM FOR RELIEF</u>**

22        **Avoidance of Actual Fraudulent Transfer Against Defendants Revivo, Ross Art Group,**

23                          **Hamblet, Argall, and A. Goldman**

24              **[11 U.S.C. §§ 544(b) and 550; and Fla. Stat. Ann. § 726.105(1)(a)]**

25           87.    Plaintiff repeats and realleges each of the allegations set forth above as if fully set

26    forth herein.

27           88.    The March 2017 Revivo Transfer, the March 2017 Bayview Transfer, the July 2017

28    Transfer, and the A. Goldman Transfers (collectively, the "Transfers") were made with the actual

1   intent to hinder, delay, or defraud creditors of the Debtor.

2       89.     The Debtor received nominal consideration in exchange for each of the Transfers.

3       90.     The Debtor effectuated each of the Transfers with the intent to prevent N.

4   Goldman's counsel and/or N. Goldman from being able to collect on the Orders.

5       91.     The Debtor caused the Police Report to be filed with the express purpose of

6   shielding the Bayview Furnishings and concealing the fraudulent nature of the March 2017

7   Bayview Transfer and the A. Goldman Transfers from the Debtor's creditors.

8       92.     At all relevant times, the Transfers of the Debtor's personal property are avoidable

9   as fraudulent pursuant to 11 U.S.C. §§544(b) and 550, and Fla. Stat. Ann. § 726.105(1)(a) by one

10  or more creditors who held and hold unsecured claims against the Debtor that were and are

11  allowable against his Estate under 11 U.S.C. § 502 or that were not and are not allowable only

12  under 11 U.S.C. § 502(e).

13      93.     By reason of the foregoing, the Trustee may avoid the Transfers under 11 U.S.C.

14  § 544(b) and Fla. Stat. Ann. § 726.105(1)(a).

15                          **THIRD CLAIM FOR RELIEF**

16  **Avoidance of Actual Fraudulent Transfer Against Defendants Revivo, Ross Art Group,**

17                  **Hamblet, Argall, and A. Goldman**

18                      **[11 U.S.C. §548(a)(1)(A)]**

19      94.     Plaintiff repeats and realleges each of the allegations set forth above as if fully set

20  forth herein.

21      95.     The Transfers of the Debtor's personal property to Revivo, Ross Art Group,

22  Hamblet, Argall, and Goldman occurred within the two (2) years prior to the Petition Date.

23      96.     Accordingly, the Transfers are avoidable, and should be avoided, as fraudulent

24  pursuant to 11 U.S.C. § 548(a)(1)(A).

25  ///

26  ///

27  ///

28

**FOURTH CLAIM FOR RELIEF**

**AVOIDANCE OF CONSTRUCTIVELY FRAUDULENT TRANSFER Against Defendants**

**Revivo, Ross Art Group, Hamblet, Argall, and Andrew**

**[11 U.S.C. §§ 544(B), 548(A)(1)(B) AND 550; AND Fla. Stat. Ann. § 726.105(1)(b)]**

97.    Plaintiff repeats and realleges each of the allegations set forth above as if fully set forth herein.

98.    The Debtor did not receive reasonably equivalent value in exchange for any of the Transfers of the Debtor's personal property.

99.    The Debtor received a nominal $10,000 for the 900 Paintings, which were worth approximately $900,000 at the time of the March 2017 Revivo Transfer.

100.    The Debtor received a nominal $10,000 for the Bayview Furnishings, which were worth at least $719,250 at the time of the March 2017 Bayview Transfer.

101.    The Debtor received nominal consideration, if any, for the 100 Paintings, which were worth approximately $100,000 at the time of the July 2017 Transfer.

102.    The Debtor received nominal consideration, if any, for the personal property transferred to A. Goldman, which was worth at least $40,500 on the date of the A. Goldman Transfers.

103.    At the time of each of the Transfers, the Debtor either:

    a.    Was insolvent on the dates the Transfers were made, or became insolvent as a result thereof;

    b.    Was engaged or was about to engage in a business or a transaction for which any property remaining of the Debtor was of unreasonably small capital; or

    c.    Intended to incur, or believed that he would incur, debts beyond his ability to pay as such debts matured.

104.    On information and belief, the Debtor was insolvent, or became insolvent as a result of each of the Transfers.

105.    On information and belief, the Debtor was not paying at least the following debts as they came due:

a. The Domestic Support Obligations;

b. A debt of approximately $33,070.26 owed to his former counsel, Weintraub and Selth;

c. Attorneys' fees and costs ordered paid by the State Court in connection with the Dissolution Action; and

d. American Express Card charges.

106. On information and belief, there exist other creditors of the Debtor whose claims arose before each of the Transfers were made.

107. Accordingly, the Transfers are avoidable, and should be avoided, as constructively fraudulent pursuant to 11 U.S.C. §§544(b), 548(a)(1)(B) and 550, and Fla. Stat. Ann. § 726.105(1)(b).

## FIFTH CLAIM FOR RELIEF

**Recovery and Preservation of Avoided Transfers Against Defendants Revivo, Ross Art Group, Hamblet, Argall, and A. Goldman**

**[11 U.S.C. §§ 550, 551; AND Fla. Stat. Ann. § 726.105]**

108. Plaintiff repeats and realleges each of the allegations set forth above as if fully set forth herein.

109. The Transfers, and each of them, were either (i) incurred and made with the actual intent to hinder, delay, or defraud creditors of the Debtor; or (ii) were made for less than reasonably equivalent value when the Debtor was insolvent or not paying his debts as they came due.

110. Accordingly, each of the Transfers made by the Debtor should be avoided as fraudulent as set forth in the Trustee's Second through Fourth Claims, above, and such property, or the value thereof, should be recovered and preserved for the benefit of the Estate pursuant to 11 U.S.C. § 550 and Fla. Stat. Ann. § 726.105.

## SIXTH CLAIM FOR RELIEF

**Conversion Against Defendants Revivo, Hamblet, and Argall**

111. Plaintiff repeats and realleges each of the allegations set forth above as if fully set forth herein.

112.    After the Debtor filed his chapter 7 bankruptcy petition, Revivo began selling the 900 Paintings.

113.    Revivo converted the proceeds from the 900 Paintings to his own benefit and use, the exact amount of which according to proof at trial.

114.    To the extent that Hamblet and Argall took the Bayview Furnishings without the Debtor's permission, Hamblet and Argall have converted the Bayview Furnishings to their own benefit and use, the exact amount of which according to proof at trial.

## SEVENTH CLAIM FOR RELIEF

### Turnover of Estate Property Against All Defendants

### [11 U.S.C. § 542]

115.    Plaintiff repeats and realleges each of the allegations set forth above as if fully set forth herein.

116.    The 900 Paintings are property of the Estate and are not of inconsequential value to the Estate.

117.    The 100 Paintings are property of the Estate and are not of inconsequential value to the Estate.

118.    The Bayview Furnishings are property of the Estate and are not of inconsequential value to the Estate.

119.    The proceeds from the Intellectual Property are property of the Estate and are not of inconsequential value to the Estate.

120.    The Bayview Furnishings retained by the Debtor, including, but not limited to, two vintage 1930's film lot lights worth approximately $5,000 each, an original Porky Pig from a 1920's carnival ride, and some African art, are all property of the Estate that is not of inconsequential value to the Estate.

121.    Accordingly, the Trustee is entitled to a judgment for turnover of the 900 Paintings, the 100 Paintings, the Bayview Furnishings, and proceeds from the Intellectual Property from the Defendants, or the value thereof, the exact amount and/or value of which according to proof at trial.

///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

**EIGHTH CLAIM FOR RELIEF**

**Accounting of Property of the Estate Against All Defendants**

**[11 U.S.C. § 542]**

122.    Plaintiff repeats and realleges each of the allegations set forth above as if fully set forth herein.

123.    Plaintiff is informed and believes and based thereon alleges that each of the Defendants may have received transfers of prepetition assets of the Debtor and are thus in possession of property of this Estate.

124.    Accordingly, the Defendants, and each of them, are required to account for such property as follows:

    a.    The Trustee is entitled to an accounting for all transfers from the Debtor to Revivo prepetition, including the exact identification of which assets were transferred by the Debtor to Revivo, whether Revivo still has possession, custody or control of any of the Debtor's prepetition assets, and whether any prepetition property of the Debtor was sold, transferred or otherwise alienated by Revivo.

    b.    The Trustee is entitled to an accounting for all transfers from the Debtor to Ross Art Group prepetition, including the exact identification of which assets were transferred by the Debtor to Ross Art Group, whether Ross Art Group still has possession, custody or control of any of the Debtor's prepetition assets, and whether any prepetition property of the Debtor was sold, transferred or otherwise alienated by Ross Art Group.

    c.    The Trustee is entitled to an accounting for all transfers from the Debtor to Hamblet prepetition, including the exact identification of which assets were transferred by the Debtor to Hamblet, whether Hamblet still has possession, custody or control of any of the Debtor's prepetition assets, and whether any prepetition property of the Debtor was sold, transferred or otherwise alienated by Hamblet.

    d.    The Trustee is entitled to an accounting for all transfers from the Debtor to Argall prepetition, including the exact identification of which assets were transferred by

the Debtor to Argall, whether Argall still has possession, custody or control of any of the Debtor's prepetition assets, and whether any prepetition property of the Debtor was sold, transferred or otherwise alienated by Argall.

e.  The Trustee is entitled to an accounting for all transfers from the Debtor to A. Goldman prepetition, including the exact identification of which assets were transferred by the Debtor to A. Goldman, whether A. Goldman still has possession, custody or control of any of the Debtor's prepetition assets, and whether any prepetition property of the Debtor was sold, transferred or otherwise alienated by A. Goldman.

f.  The Trustee is entitled to an accounting for all prepetition Intellectual Property in the possession, custody or control of D&G, and whether any prepetition property of the Debtor was sold, transferred or otherwise alienated by D&G postpetition.

g.  The Trustee is entitled to an accounting for all prepetition Intellectual Property in the possession, custody or control of Nerf Pong, and whether any prepetition property of the Debtor was sold, transferred or otherwise alienated by Nerf Pong postpetition.

h.  Finally, the Trustee is entitled to an accounting for all prepetition assets the Debtor has in his possession, custody or control, and whether any prepetition property of the Debtor was sold, transferred or otherwise alienated by the Debtor postpetition.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment on his Complaint as follows:

1.  On the First Claim for Relief, a declaratory judgment determining the nature and extent of the Debtor's interest in D&G, Nerf Pong, and the Intellectual Property, and the nature and extent of the Debtor's interest in proceeds from the Intellectual Property;

2.  On the Second, Third, Fourth and Fifth Claims for Relief, avoiding and recovering the Transfers of the Debtor's personal property, or the value thereof, for the benefit of the Estate;

3.  On the Sixth Claim for Relief, for actual damages in an amount to be proven at trial;

4.     On the Seventh Claim for Relief, for turnover of the 900 Paintings, the 100 Paintings, the Bayview Furnishings, and proceeds from the Intellectual Property, or the value thereof;

5.     On the Eighth Claim for Relief, ordering the Defendants to provide detailed records of transactions involving the Debtor's prepetition assets and account for such property of the estate;

6.     For costs of suit; and

7.     For such other and further relief as the Court may deem appropriate.


Dated: December 9, 2020                    **ARENT FOX LLP**


By: */s/ Annie Y. Stoops*
Aram Ordubegian
Annie Y. Stoops
Dylan J. Yamamoto
*Proposed* Special Litigation Counsel
for Chapter 7 Trustee

# EXHIBIT 1

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 76 through 94 of 94 entries.

previous  1  26  51  76  next

Resort results by: [＿＿＿＿＿＿＿＿]

Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 76 ] | David & Goliath, Inc. | Sweet-n-sour puss. | VAu000629041 | 2004 |
| [ 77 ] | David & Goliath, Inc. | Swirlies are fun! : no. 4084. | VA0001244058 | 2004 |
| [ 78 ] | David & Goliath, Inc. | Trendy Wendy 2006 wall calendar. | TX0006180815 | 2005 |
| [ 79 ] | David & Goliath, Inc. | Types of men, pick one. | VA0001299549 | 2004 |
| [ 80 ] | David & Goliath, Inc. | Wacky world of David & Goliath: sticker-a-day 2005 calendar. | TX0006033674 | 2004 |
| [ 81 ] | David & Goliath, Inc. | Wee wee! : no. 4215. | VA0001244060 | 2004 |
| [ 82 ] | David & Goliath, Inc. | Who farted? : no. 2548. | VA0001256482 | 2004 |
| [ 83 ] | David & Goliath, Inc. | You Rock, You Rule. | VA0001771842 | 2007 |
| [ 84 ] | David & Goliath, Inc. | You smelt it, you dealt it! : no. 2551. | VA0001266074 | 2004 |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 51 through 75 of 94 entries.

◀ previous    1  26  51  76    next ▶

Resort results by: [＿＿＿＿＿＿＿] ◇          [ Set Search Limits ]

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ [ 51 ] | David & Goliath, Inc. | Goodbye kitty. | VA0001266045 | 2004 |
| ☐ [ 52 ] | David & Goliath, Inc. | Goodbye Kitty 2005 wall calendar. | TX0006101243 | 2004 |
| ☐ [ 53 ] | David & Goliath, Inc. | Goodbye Kitty Spring 2002. | VA0001665309 | 2001 |
| ☐ [ 54 ] | David & Goliath, Inc. | Guy magnet : no. 4208. | VA0001244059 | 2004 |
| ☐ [ 55 ] | David & Goliath, Inc. | Have a smelly valentines! : no. 4424. | VA0001244057 | 2004 |
| ☐ [ 56 ] | David & Goliath, Inc. | I just wanted some cheese : no. 4000. | VA0001266069 | 2004 |
| ☐ [ 57 ] | David & Goliath, Inc. | I only wipe when it starts to itch : no. 2549. | VA0001256491 | 2004 |
| ☐ [ 58 ] | David & Goliath, Inc. | If boys are so brave, why do they run from cats? : no. 1753. | VA0001255718 | 2002 |
| ☐ [ 59 ] | David & Goliath, Inc. | I'll show you mine, if you show me yours : no. 4207. | VA0001244061 | 2004 |
| ☐ [ 60 ] | David & Goliath, Inc. | I'm good in the sack : no. 4313. | VA0001255650 | 2004 |
| ☐ [ 61 ] | David & Goliath, Inc. | It's all fun and games, until someone loses an eye--then it's a party! : no. 3155. | VA0001244074 | 2004 |
| ☐ [ 62 ] | David & Goliath, Inc. | KIA advertising campaign. | PAu002484072 | 2000 |
| ☐ [ 63 ] | David & Goliath, Inc. | Lobotomy, how to train boys : no. 1205. | VA0001256485 | 2000 |
| ☐ [ 64 ] | David & Goliath, Inc. | MEET ALL THE LITTLE LOSERS. | VA0001688782 | 2007 |
| ☐ [ 65 ] | David & Goliath, Inc. | MEET ALL THE LITTLE LOSERS. | VA0001688781 | 2007 |
| ☐ [ 66 ] | David & Goliath, Inc. | No. 2553. | VA0001256497 | 2004 |
| ☐ [ 67 ] | David & Goliath, Inc. | Not again! : no. 3176. | VA0001266067 | 2004 |
| ☐ | David & Goliath, | | | |

| [ 68 ] | Inc. | Once I ate dog food and it got me real sick : no. 1678. | VA0001256483 | 2002 |
| [ 69 ] | David & Goliath, Inc. | Once I farted in class and everyone laughed : no. 1681. | VA0001244069 | 2002 |
| [ 70 ] | David & Goliath, Inc. | Please don't feed the boys! : no. 3177. | VA0001256492 | 2004 |
| [ 71 ] | David & Goliath, Inc. | Proof that not all boys are stupid : no. 4316. | VA0001244072 | 2004 |
| [ 72 ] | David & Goliath, Inc. | Sling-shots are dangerous, so aim good! : no. 1866. | VA0001266068 | 2002 |
| [ 73 ] | David & Goliath, Inc. | Sometimes I like to run around in just my stinky socks for no reason : no. 4155. | VA0001244071 | 2004 |
| [ 74 ] | David & Goliath, Inc. | Sometimes I like to run around in my underwear for no reason : no. 1679. | VA0001266073 | 2002 |
| [ 75 ] | David & Goliath, Inc. | Stupid factory where boys are made : no. 2020. | VA0001266071 | 2002 |

Resort results by: [        ]                                          [ Set Search Limits ]

[ Clear Selected ]  [ Retain Selected ]

◄ previous    1  26  51  76    next ►

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| **Records** | Select Format: [ Full Record ]  [ Format for Print/Save ] | |
| ○ All on Page  ● Selected On Page  ○ Selected all Pages | Enter your email address: [                    ]  [ Email ] | |

Search for: [ David & Goliath ]    Search by: [ Name (Crichton Michael; Walt Disney Company) ]    Item type: [ None ]
[ 25 records per page ]                    [ Submit ]  [ Reset ]

Help   Search   History   **Titles**   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

23



Help   Search   History   Titles   Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 26 through 50 of 94 entries.

◄ previous   1  26  51  76   next ►

Resort results by: [_____] ▢                                    [ Set Search Limits ]

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ▢ [ 26 ] | David & Goliath, Inc. | Boys can't do laundry : no. 4074. | VA0001244066 | 2004 |
| ▢ [ 27 ] | David & Goliath, Inc. | Boys can't swim : no. 4422. | VA0001244073 | 2004 |
| ▢ [ 28 ] | David & Goliath, Inc. | Boys cheat--cut off their feet : no. 4213. | VA0001244077 | 2004 |
| ▢ [ 29 ] | David & Goliath, Inc. | Boys eat boogers when nobody's watching : no. 1865. | VA0001256490 | 2002 |
| ▢ [ 30 ] | David & Goliath, Inc. | Boys eat bugs! : no. 2000. | VA0001266070 | 2002 |
| ▢ [ 31 ] | David & Goliath, Inc. | Boys eat dirt : no. 2546. | VA0001256484 | 2004 |
| ▢ [ 32 ] | David & Goliath, Inc. | Boys eat paste : no. 1864. | VA0001266072 | 2002 |
| ▢ [ 33 ] | David & Goliath, Inc. | Boy's lie, make them cry! : no. 1922. | VA0001256489 | 2002 |
| ▢ [ 34 ] | David & Goliath, Inc. | Boys lie, throw pie! : no. 2550. | VA0001256481 | 2004 |
| ▢ [ 35 ] | David & Goliath, Inc. | Boys make good pets, everyone should own one : no. 1751. | VA0001244070 | 2002 |
| ▢ [ 36 ] | David & Goliath, Inc. | Boys make ugly girls : no. 2562. | VA0001256486 | 2004 |
| ▢ [ 37 ] | David & Goliath, Inc. | Boys pee on toilet seats! : no. 4210. | VA0001244068 | 2004 |
| ▢ [ 38 ] | David & Goliath, Inc. | Boys stink : no. 3175. | VA0001256408 | 2004 |
| ▢ [ 39 ] | David & Goliath, Inc. | Boys wet their pants when no one's watching! : no. 4212. | VA0001244076 | 2004 |
| ▢ [ 40 ] | David & Goliath, Inc. | Brown noser : no. 4073. | VA0001255724 | 2004 |
| ▢ [ 41 ] | David & Goliath, Inc. | Buster brown. | VAu000717225 | 2006 |
| ▢ [ 42 ] | David & Goliath, Inc. | Chicks dig metal! : no. 2556. | VA0001256495 | 2004 |
| ▢ [ 43 ] | David & Goliath, Inc. | Chicks rule! | VA0001266048 | 2004 |
| ▢ [ 44 ] | David & Goliath, Inc. | Cross your t's and dot your i's : no. 4216. | VA0001244063 | 2004 |
| ▢ [ 45 ] | David & Goliath, Inc. | Cutie. | VA0001266047 | 2004 |
| ▢ [ 46 ] | David & Goliath, Inc. | Don't eat poop, unless you wash it first : no. 2552. | VA0001256488 | 2004 |
| ▢ [ 47 ] | David & Goliath, Inc. | Don't kick a cat--unless it's over 3 pounds : no. 4209. | VA0001244064 | 2004 |
| ▢ [ 48 ] | David & Goliath, Inc. | Don't put a cat on your head, it hurts real bad : no. 1680. | VA0001256487 | 2002 |
| ▢ [ 49 ] | David & Goliath, Inc. | Don't stick a fork in the electrical socket. It doesn't feel so good : no. 4214. | VA0001244075 | 2004 |
| ▢ [ 50 ] | David & Goliath, Inc. | Evolution of a boy : no. 1947. | VA0001256494 | 2002 |

Resort results by: [_____] ▢                                    [ Set Search Limits ]

[ Clear Selected ]   [ Retain Selected ]

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 1 through 25 of 94 entries.

◀ previous  |  26 51 76  next ▶

**Resort results by:** [_____]            Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ ▪ | ▪ | ▪ | ▪ | ▪ |
| ☐ ▪ | ▪ | ▪ | ▪ | ▪ |
| ☐ ▪ | ▪ | ▪ | ▪ | ▪ |
| ☐ ▪ | ▪ | ▪ | ▪ | ▪ |
| ☐ ▪ | ▪ | | ▪ | ▪ |
| ☐ ▪ | ▪ | ▪ | ▪ | ▪ |
| ☐ ▪ | ▪ | ▪ | ▪ | ▪ |
| ☐ [ 8 ] | David & Goliath, Inc. | Boogers are a good source of protein : no. 4314. | VA0001274314 | 2004 |
| ☐ [ 9 ] | David & Goliath, Inc. | Books "boys are stupid, throw rocks at them & 1 other title. | V3608D186 | 2011 |
| ☐ [10] | David & Goliath, Inc. | Boy, girl, boy, girl. | VA0001266516 | 2002 |
| ☐ [11] | David & Goliath, Inc. | Boys are afraid of the dark! : no. 1915. | VA0001244065 | 2002 |
| ☐ [12] | David & Goliath, Inc. | Boys are dumb : no. 1023. | VA0001256496 | 2000 |
| ☐ [13] | David & Goliath, Inc. | Boys are jerks, make them wear ugly skirts : no. 4075. | VA0001255719 | 2004 |
| ☐ [14] | David & Goliath, Inc. | Boys are smelly. | VA0001266044 | 2004 |
| ☐ [15] | David & Goliath, Inc. | Boys are smelly, kick them in the belly : no. 4211. | VA0001255720 | 2004 |
| ☐ [16] | David & Goliath, Inc. | Boys are smelly : no. 1029. | VA0001266065 | 2000 |
| ☐ [17] | David & Goliath, Inc. | Boys are so dumb, they can't even chew : no. 2563. | VA0001256493 | 2004 |
| ☐ [18] | david & goliath, Inc. | Boys are stupid 2005 wall calendar. | TX0006101261 | 2004 |

| | | | | |
|---|---|---|---|---|
| ☐ [ 19 ] | David & Goliath, Inc. | Boys are stupid 2006 wall calendar. | TX0006180816 | 2005 |
| ☐ [ 20 ] | David & Goliath, Inc. | Boys are stupid, just ask cupid! : no. 4423. | VA0001255722 | 2004 |
| ☐ [ 21 ] | David & Goliath, Inc. | Boys are stupid, throw rocks at them! | VA0001269154 | 2002 |
| ☐ [ 22 ] | David & Goliath, Inc. | Boys Are Stupid, Throw Rocks At Them! & 1 other titles; ; books. | V9938D305 | 2016 |
| ☐ [ 23 ] | David & Goliath, Inc. | Boys are stupid, throw snowballs at them! : no. 4427. | VA0001266066 | 2004 |
| ☐ [ 24 ] | David & Goliath, Inc. | Boys are stupider, send them to Jupiter : no. 2071. | VA0001244067 | 2002 |
| ☐ [ 25 ] | David & Goliath, Inc. | Boys can't accessorize : no. 4072. | VA0001244062 | 2004 |

**Resort results by:** [ ⌄ ]                                          [ Set Search Limits ]

[ Clear Selected ]  [ Retain Selected ]

[ ◄ previous ]  |  26  51  76   [ next ► ]

| Save, Print and Email (**Help Page**) | |
|---|---|
| **Records** | Select Format: [ Full Record ⌄ ]   [ Format for Print/Save ] |
| ○ All on Page ⦿ Selected On Page ○ Selected all Pages | Enter your email address: [ ]  [ Email ] |

**Search for:** [ David & Goliath ]  **Search by:** [ Name (Crichton Michael; Walt Disney Company) ⌄ ]  **Item type:** [ None ⌄ ]

[ 25 records per page ⌄ ]                    [ Submit ]  [ Reset ]

Help    Search    History    Titles    Start Over

# Copyright
**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 26 through 50 of 94 entries.

◀ previous  1 26 **51 76**  next ▶

Resort results by: [_____] ▾          [ Set Search Limits ]

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ [ 26 ] | David & Goliath, Inc. | Boys can't do laundry : no. 4074. | VA0001244066 | 2004 |
| ☐ [ 27 ] | David & Goliath, Inc. | Boys can't swim : no. 4422. | VA0001244073 | 2004 |
| ☐ [ 28 ] | David & Goliath, Inc. | Boys cheat--cut off their feet : no. 4213. | VA0001244077 | 2004 |
| ☐ [ 29 ] | David & Goliath, Inc. | Boys eat boogers when nobody's watching : no. 1865. | VA0001256490 | 2002 |
| ☐ [ 30 ] | David & Goliath, Inc. | Boys eat bugs! : no. 2000. | VA0001266070 | 2002 |
| ☐ [ 31 ] | David & Goliath, Inc. | Boys eat dirt : no. 2546. | VA0001256484 | 2004 |
| ☐ [ 32 ] | David & Goliath, Inc. | Boys eat paste : no. 1864. | VA0001266072 | 2002 |
| ☐ [ 33 ] | David & Goliath, Inc. | Boy's lie, make them cry! : no. 1922. | VA0001256489 | 2002 |
| ☐ [ 34 ] | David & Goliath, Inc. | Boys lie, throw pie! : no. 2550. | VA0001256481 | 2004 |
| ☐ [ 35 ] | David & Goliath, Inc. | Boys make good pets, everyone should own one : no. 1751. | VA0001244070 | 2002 |
| ☐ [ 36 ] | David & Goliath, Inc. | Boys make ugly girls : no. 2562. | VA0001256486 | 2004 |
| ☐ [ 37 ] | David & Goliath, Inc. | Boys pee on toilet seats! : no. 4210. | VA0001244068 | 2004 |
| ☐ [ 38 ] | David & Goliath, Inc. | Boys stink : no. 3175. | VA0001256408 | 2004 |
| ☐ [ 39 ] | David & Goliath, Inc. | Boys wet their pants when no one's watching! : no. 4212. | VA0001244076 | 2004 |
| ☐ [ 40 ] | David & Goliath, Inc. | Brown noser : no. 4073. | VA0001255724 | 2004 |
| ☐ [ 41 ] | David & Goliath, Inc. | Buster brown. | VAu000717225 | 2006 |
| ☐ [ 42 ] | David & Goliath, Inc. | Chicks dig metal! : no. 2556. | VA0001256495 | 2004 |
| ☐ [ 43 ] | David & Goliath, Inc. | Chicks rule! | VA0001266048 | 2004 |
| ☐ [ 44 ] | David & Goliath, Inc. | Cross your t's and dot your i's : no. 4216. | VA0001244063 | 2004 |
| ☐ [ 45 ] | David & Goliath, Inc. | Cutie. | VA0001266047 | 2004 |
| ☐ [ 46 ] | David & Goliath, Inc. | Don't eat poop, unless you wash it first : no. 2552. | VA0001256488 | 2004 |
| ☐ [ 47 ] | David & Goliath, Inc. | Don't kick a cat--unless it's over 3 pounds : no. 4209. | VA0001244064 | 2004 |
| ☐ [ 48 ] | David & Goliath, Inc. | Don't put a cat on your head, it hurts real bad : no. 1680. | VA0001256487 | 2002 |
| ☐ [ 49 ] | David & Goliath, Inc. | Don't stick a fork in the electrical socket. It doesn't feel so good : no. 4214. | VA0001244075 | 2004 |
| ☐ [ 50 ] | David & Goliath, Inc. | Evolution of a boy : no. 1947. | VA0001256494 | 2002 |

Resort results by: [_____] ▾          [ Set Search Limits ]

[ Clear Selected ]   [ Retain Selected ]



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 51 through 75 of 94 entries.

◀ previous   1 26 51 76   next ▶

Resort results by: [_____]                                    Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ [ 51 ] | David & Goliath, Inc. | Goodbye kitty. | VA0001266045 | 2004 |
| ☐ [ 52 ] | David & Goliath, Inc. | Goodbye Kitty 2005 wall calendar. | TX0006101243 | 2004 |
| ☐ [ 53 ] | David & Goliath, Inc. | Goodbye Kitty Spring 2002. | VA0001665309 | 2001 |
| ☐ [ 54 ] | David & Goliath, Inc. | Guy magnet : no. 4208. | VA0001244059 | 2004 |
| ☐ [ 55 ] | David & Goliath, Inc. | Have a smelly valentines! : no. 4424. | VA0001244057 | 2004 |
| ☐ [ 56 ] | David & Goliath, Inc. | I just wanted some cheese : no. 4000. | VA0001266069 | 2004 |
| ☐ [ 57 ] | David & Goliath, Inc. | I only wipe when it starts to itch : no. 2549. | VA0001256491 | 2004 |
| ☐ [ 58 ] | David & Goliath, Inc. | If boys are so brave, why do they run from cats? : no. 1753. | VA0001255718 | 2002 |
| ☐ [ 59 ] | David & Goliath, Inc. | I'll show you mine, if you show me yours : no. 4207. | VA0001244061 | 2004 |
| ☐ [ 60 ] | David & Goliath, Inc. | I'm good in the sack : no. 4313. | VA0001255650 | 2004 |
| ☐ [ 61 ] | David & Goliath, Inc. | It's all fun and games, until someone loses an eye--then it's a party! : no. 3155. | VA0001244074 | 2004 |
| ☐ [ 62 ] | David & Goliath, Inc. | KIA advertising campaign. | PAu002484072 | 2000 |
| ☐ [ 63 ] | David & Goliath, Inc. | Lobotomy, how to train boys : no. 1205. | VA0001256485 | 2000 |
| ☐ [ 64 ] | David & Goliath, Inc. | MEET ALL THE LITTLE LOSERS. | VA0001688782 | 2007 |
| ☐ [ 65 ] | David & Goliath, Inc. | MEET ALL THE LITTLE LOSERS. | VA0001688781 | 2007 |
| ☐ [ 66 ] | David & Goliath, Inc. | No. 2553. | VA0001256497 | 2004 |
| ☐ [ 67 ] | David & Goliath, Inc. | Not again! : no. 3176. | VA0001266067 | 2004 |
| ☐ | David & Goliath, | | | |

28

| | | | | |
|---|---|---|---|---|
| [ 68 ] | Inc. | Once I ate dog food and it got me real sick : no. 1678. | VA0001256483 | 2002 |
| ☐ [ 69 ] | David & Goliath, Inc. | Once I farted in class and everyone laughed : no. 1681. | VA0001244069 | 2002 |
| ☐ [ 70 ] | David & Goliath, Inc. | Please don't feed the boys! : no. 3177. | VA0001256492 | 2004 |
| ☐ [ 71 ] | David & Goliath, Inc. | Proof that not all boys are stupid : no. 4316. | VA0001244072 | 2004 |
| ☐ [ 72 ] | David & Goliath, Inc. | Sling-shots are dangerous, so aim good! : no. 1866. | VA0001266068 | 2002 |
| ☐ [ 73 ] | David & Goliath, Inc. | Sometimes I like to run around in just my stinky socks for no reason : no. 4155. | VA0001244071 | 2004 |
| ☐ [ 74 ] | David & Goliath, Inc. | Sometimes I like to run around in my underwear for no reason : no. 1679. | VA0001266073 | 2002 |
| ☐ [ 75 ] | David & Goliath, Inc. | Stupid factory where boys are made : no. 2020. | VA0001266071 | 2002 |

Resort results by: [          ▼]                                                                    [ Set Search Limits ]

[ Clear Selected ]  [ Retain Selected ]

◀ previous    1  26  51  76    next ▶

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| **Records** | Select Format: [ Full Record ▼ ]  [ Format for Print/Save ] | |
| ○ All on Page  ● Selected On Page  ○ Selected all Pages | Enter your email address: [                    ]  [ Email ] | |

Search for: [ David & Goliath ]    Search by: [ Name (Crichton Michael; Walt Disney Company) ▼ ]    Item type: [ None ▼ ]

[ 25 records per page ▼ ]    [ Submit ]  [ Reset ]

Help    Search    History    **Titles**    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 76 through 94 of 94 entries.

1  26  51  76  next

**Resort results by:** [_____]           Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 76 ] | David & Goliath, Inc. | Sweet-n-sour puss. | VAu000629041 | 2004 |
| [ 77 ] | David & Goliath, Inc. | Swirlies are fun! : no. 4084. | VA0001244058 | 2004 |
| [ 78 ] | David & Goliath, Inc. | Trendy Wendy 2006 wall calendar. | TX0006180815 | 2005 |
| [ 79 ] | David & Goliath, Inc. | Types of men, pick one. | VA0001299549 | 2004 |
| [ 80 ] | David & Goliath, Inc. | Wacky world of David & Goliath: sticker-a-day 2005 calendar. | TX0006033674 | 2004 |
| [ 81 ] | David & Goliath, Inc. | Wee wee! : no. 4215. | VA0001244060 | 2004 |
| [ 82 ] | David & Goliath, Inc. | Who farted? : no. 2548. | VA0001256482 | 2004 |
| [ 83 ] | David & Goliath, Inc. | You Rock, You Rule. | VA0001771842 | 2007 |
| [ 84 ] | David & Goliath, Inc. | You smelt it, you dealt it! : no. 2551. | VA0001266074 | 2004 |



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Todd H. Goldman
Search Results: Displaying 1 through 25 of 10000 entries.

previous | 26 51 76 101 126 ... 9976  next

*Your search retrieved more records than can be displayed. Only the first 10,000 will be shown.*

Resort results by: Relevance ⟂     Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ [ 1 ] | ■■■■■ | Hot Rod Hot Dog. | TX0008335313 | 2016 |
| ☐ [ 2 ] | ■■■■■ | Veggies with Wedgies. | TX0007895332 | 2014 |
| ☐ [ 3 ] | ■■■■■ | One Potato, Two Potato. | TX0007789020 | 2013 |
| ☐ [ 4 ] | ■■■■■ | BUS DRIVER. | TX0007694279 | 2013 |
| ☐ [ 5 ] | ■■■■■ | PEAS ON EARTH. | TX0007586942 | 2012 |
| ☐ [ 6 ] | ■■■■■ | ANIMAL SOUP. | TX0007213527 | 2010 |
| ☐ [ 7 ] | ■■■■■ | ZOO I DREW. | TX0007043289 | 2009 |
| ☐ [ 8 ] | ■■■■ | How to break up with your boyfriend. | VA0001135897 | 2000 |
| ☐ [ 9 ] | ■■■■ | [Girlie girl] | VA0001135896 | 2000 |
| ☐ [ 10 ] | ■■■■ | Ex-boyfriend. | VA0001135895 | 2000 |
| ☐ [ 11 ] | ■■■■ | How to get a boyfriend. | VA0001135894 | 2000 |
| ☐ [ 12 ] | ■■■■ | Boys are smelly. | VA0001135893 | 2000 |
| ☐ [ 13 ] | ■■■■ | Boys are stupid 2006 wall calendar. | TX0006180816 | 2005 |
| ☐ [ 14 ] | ■■■■ | Trendy Wendy 2006 wall calendar. | TX0006180815 | 2005 |
| ☐ [ 15 ] | ■■■■ | Boys are stupid, throw rocks at them! | TX0006164201 | 2005 |
| ☐ [ 16 ] | ■■■■ | Boys are stupid 2005 wall calendar. | TX0006101261 | 2004 |
| ☐ [ 17 ] | ■■■■ | Goodbye Kitty 2005 wall calendar. | TX0006101243 | 2004 |
| ☐ [ 18 ] | ■■■■ | Local option taxes and the new subregionalism in transportation planning. | TX0005931975 | 2004 |
| ☐ [ 19 ] | ■■■■ | Recycling as economic development : toward a framework for strategic materials planning. | TX0004559670 | 1997 |
| ☐ [ 20 ] | ■■■■ | Man who played God. | PA0000993164 | 1994 |

31

| | | | | |
|---|---|---|---|---|
| ☐ [ 21 ] | 🟩🟩🟩 | All that glisters. | PAu001671704 | 1992 |
| ☐ [ 22 ] | 🟩🟩🟩 | Bikeweek : television show proposal. | PAu001652214 | 1992 |
| ☐ [ 23 ] | 🟩🟩🟩 | Man who played God. | V2981P485 | 1994 |
| ☐ [ 24 ] | 🟩🟩🟩 | Boys Are Stupid, Throw Rocks At Them! & 1 other titles; ; books. | V9938D305 | 2016 |
| ☐ [ 25 ] | 🟩🟩🟩 | RAWR! | TX0007790647 | 2013 |

**Resort results by:** Relevance ⇕                    Set Search Limits

Clear Selected    Retain Selected

◀ previous    | 26 51 76 101 126 ... 9976    next ▶

| **Save, Print and Email (Help Page)** | |
|---|---|
| **Records** | Select Format: ⇕  Format for Print/Save |
| ○ All on Page  ● Selected On Page  ○ Selected all Pages | Enter your email address: [＿＿＿＿＿] Email |
| | Save results for later: Save To Bookbag |

Help    Search    History    **Titles**    Start Over



---

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 26 of 36 entries



---

Labeled View

*Life Sucks and Then You Die.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007450084 / 2011-11-17 |
| **Application Title:** | Life Sucks and Then You Die. |
| **Title:** | Life Sucks and Then You Die. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd Harris Goldman. Address: c/o Perseus Books Group, 44 Farnsworth Street, 3rd Floor, Boston, MA, 02210, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-10-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd Harris Goldman; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Perseus Books Group, 11 Cambridge Center, Cambridge, MA, 02142, (617) 252-5257, permissions@perseusbooks.com |
| **Names:** | Goldman, Todd Harris |



---

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ⇅ ] [ Format for Print/Save ] |
| Enter your email address: [                    ] [ Email ] |

---

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 27 of 36 entries

[ ◄ previous ]  [ next ► ]

[ Labeled View ]

### *PEAS ON EARTH.*

|  |  |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007586942 / 2012-09-04 |
| **Application Title:** | PEAS ON EARTH. |
| **Title:** | PEAS ON EARTH. |
| **Description:** | Book,. |
| **Copyright Claimant:** | Todd Harris Goldman, Transfer: By written agreement. Address: c/o Painted Words, Inc., 310 West 97th Street, #24, New York, NY, 10025. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2012-02-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler (author of pseudonymous work); Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Bette Graber, Robin Corey Books, an imprint of Random House Children's Books, a division of Random House, Inc., Random House, Inc., 1745 Broadway, New York, NY, 10019, (212) 572-2707, bgraber@randomhouse.com |
| **ISBN:** | 9780307930880 |
| **Names:** | Doodler, Todd H. |
|  | Goldman, Todd Harris |

[ ◄ previous ]  [ next ► ]





| Save, Print and Email (**Help Page**) |
|:---:|
| Select Download Format [ Full Record ▾ ]  [ Format for Print/Save ] |
| Enter your email address: [                    ]  [ Email ] |

Help   Search   History   Titles   Start Over



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 28 of 36 entries

previous   next

Labeled View

***Boys Are Stupid, Throw Rocks At Them! & 1 other titles;***

|  |  |
|---|---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V9938D305 |
| **Date of Recordation:** | 2016-07-15 |
| **Entire Copyright Document:** | V9938 D305 P1-3 |
| **Date of Execution:** | as of 18Sep15; 21May16 |
| **Date of Certification:** | 07/13/2016 |
| **Title:** | Boys Are Stupid, Throw Rocks At Them! & 1 other titles; ; books. |
| **Notes:** | Short form option. |
| **Party 1:** | Todd Harris Goldman & David & Goliath, Inc. |
| **Party 2:** | Universal Pictures, a division of Universal City Studios, LLC |
| **Links:** | List of Titles |
| **Names:** | Goldman, Todd Harris |
| | David & Goliath, Inc. |
| | Universal Pictures |
| | Universal City Studios, LLC |

previous   next



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ⇕   Format for Print/Save |
| Enter your email address: [          ]  Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Doodler, Todd
Search Results: Displaying 3 of 6 entries



Labeled View

*Veggies with Wedgies Present Doin' the Wedgie.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008025155 / 2015-02-10 |
| **Application Title:** | Veggies with Wedgies Present Doin' the Wedgie. |
| **Title:** | Veggies with Wedgies Present Doin' the Wedgie. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd H. Doodler. Address: c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-01-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Simon & Schuster Permissions Dept., c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States, (212) 698-7284 |
| **ISBN:** | 9781442493513 |
| **Names:** | Doodler, Todd H. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⬍  Format for Print/Save |
| Enter your email address: [          ] Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |



| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 29 of 36 entries

[◄ previous]  [next ►]

Labeled View

### *ANIMAL SOUP.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007213527 / 2010-09-07 |
| **Application Title:** | ANIMAL SOUP. |
| **Title:** | ANIMAL SOUP. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd Harris Goldman. Address: c/o Painted Words, Inc., 310 West 97th Street, #24, New York, NY, 10025, United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2010-05-11 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler, pseud. of Todd Harris Goldman; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Alissa Kleinman, Golden Books, an imprint of Random House Children's Books, Random House, Inc., 1745 Broadway, 3rd Floor, New York, NY, 10019, United States, (212) 782-9375, akleinman@randomhouse.com |
| **ISBN:** | 9780375858086 |
| **Names:** | Goldman, Todd Harris<br>Doodler, Todd H., pseud. |

[◄ previous]  [next ►]





| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ]  [Email] |

Help    Search    History    Titles    Start Over



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 16 of 36 entries



Labeled View

*Cutie.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001266047 / 2004-08-13 |
| **Application Title:** | Cutie pie. |
| **Title:** | Cutie. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | David & Goliath, Inc. |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | approx. 1Jan00 |
| **Authorship on Application:** | artwork: Todd Goldman, 1968-. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Goldman, Todd, 1968-
David & Goliath, Inc. |



| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 30 of 36 entries

[ previous ] [ next ]

Labeled View

### *THE BUS DRIVER.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007694279 / 2013-03-21 |
| **Application Title:** | THE BUS DRIVER. |
| **Title:** | THE BUS DRIVER. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd Harris Goldman. Address: c/o Painted Words, Inc., 310 West 97th Street, #24, New York, NY, 10025, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2013-01-08 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler, pseud. of Todd Harris Goldman (author of pseudonymous work); Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Melanie Flaherty, Robin Corey Books, Random House Children's Books, Random House, Inc., 1745 Broadway, New York, NY, 10019, United States, (212) 572-2701, mflaherty@randomhouse.com |
| **ISBN:** | 9780307979070 |
| **Names:** | Goldman, Todd Harris |
| | Doodler, Todd H., pseud. |

[ previous ] [ next ]





| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format [ Full Record ] | [ Format for Print/Save ] |
| Enter your email address: [ ] | [ Email ] |

Help   Search   History   Titles   Start Over



---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 21 of 36 entries



---

Labeled View

***Veggies with Wedgies.***

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007895332 / 2014-05-08 |
| **Application Title:** | Veggies with Wedgies. |
| **Title:** | Veggies with Wedgies. |
| **Description:** | Book, 1 v. |
| **Copyright Claimant:** | Todd H. Goldman, Transfer: By written agreement. Address: c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-05-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Simon & Schuster Permissions Dept., c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States, (212) 698-7284 |
| **ISBN:** | 9781442493407 |
| **Names:** | Doodler, Todd H. |
|  | Goldman, Todd H. |



---



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help   Search   History   Titles   Start Over



---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 25 of 36 entries



---

Labeled View

---

### *Dicktionary.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007172445 / 2010-04-30 |
| **Application Title:** | Dicktionary. |
| **Title:** | Dicktionary. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd Harris Goldman. Address: C/O Perseus Books Group, 11 Cambridge Center, Cambridge, MA, 02142, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-04-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd Harris Goldman; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Perseus Books Group, 11 Cambridge Center, Cambridge, MA, 02142, (617) 252-5257, permissions@perseusbooks.com |
| **Names:** | Goldman, Todd Harris |



---

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ◊ ]  [ Format for Print/Save ] |
| Enter your email address: [                    ]  [ Email ] |

---

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

41



United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 24 of 36 entries

◄ previous    next ►

Labeled View

### *THE ZOO I DREW.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007043289 / 2009-10-20 |
| **Application Title:** | THE ZOO I DREW. |
| **Title:** | THE ZOO I DREW. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd Harris Goldman. Address: c/o King Features Syndicate, 300 West 57th Street, 15th Floor, New York, NY, 10019, United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-07-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler, pseud. of Todd Harris Goldman (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: Entire text and illustrations. |
| **Rights and Permissions:** | Alissa Kleinman, Random House Children's Books, Random House, Inc., 1745 Broadway, 3rd Floor, New York, NY, 10019, United States, (212) 782-9375, akleinman@randomhouse.com |
| **ISBN:** | 9780375852015 |
| **Names:** | Goldman, Todd Harris |
| | Doodler, Todd H., pseud. |

◄ previous    next ►





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record ⇕   Format for Print/Save |
| Enter your email address: [                    ]   Email |



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 20 of 36 entries



Labeled View

*One Potato, Two Potato.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007789020 / 2013-10-11 |
| **Application Title:** | One Potato, Two Potato. |
| **Title:** | One Potato, Two Potato. |
| **Description:** | Book, 1 v. |
| **Copyright Claimant:** | Todd H. Goldman. Address: c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-10-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Goldman; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Simon & Schuster Permissions Dept., c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States, (212) 698-7284 |
| **ISBN:** | 9781442485174 |
| **Names:** | Goldman, Todd H. |





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⇕   Format for Print/Save |
| Enter your email address: [                    ]  Email |

Help    Search    History    Titles    Start Over



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 22 of 36 entries



Labeled View

***Hot Rod Hot Dog.***

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008335313 / 2016-09-26 |
| **Application Title:** | Hot Rod Hot Dog. |
| **Title:** | Hot Rod Hot Dog. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd H. Goldman. Address: c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-08-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler, pseud. of Todd H. Goldman (author of pseudonymous work); Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Simon & Schuster, c/o Simon & Schuster, 1230 Avenue of the Americas - 12th Floor, New York, NY, 10020, United States |
| **ISBN:** | 9781481466073 |
| **Names:** | Goldman, Todd H. |
|  | Todd H. Doodler, pseud. |



| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

# Copyright
### United States Copyright Office

Database Name: Copyright Catalog (1978 to present)
: Simple Search = Goldman, Todd
:



---

Labeled View

### *RAWR!*

|  |  |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | TX0007790647 / 2013-10-23 |
| **Application Title:** | RAWR! |
| **Title:** | RAWR! |
| **Description:** | Book, 1 v. |
| **Copyright Claimant:** | Todd Goldman. Address: c/o East West Literary Agency, 1158 26th Street, Suite 462, Santa Monica, CA, 90403, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-09-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd Goldman; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| **Names:** | Goldman, Todd |



| **Record Options** | | |
|---|---|---|
| Select Download Format: | — ⌄ | Format for Print/Save |
| Enter your email address: | | Email |
| Save results for later: | Save To Bookbag | |

---



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 31 of 36 entries



Labeled View

*Peas on Earth.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001135898 / 2002-03-26
**Title:** Peas on Earth.
**Description:** Art reproduction.
**Copyright Claimant:** Todd Goldman, 1968-
**Date of Creation:** 2000
**Date of Publication:** 2000-11-13
**Names:** Goldman, Todd, 1968-





| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 29 of 36 entries



Labeled View

*How to break up with your boyfriend.*

|                       |                                   |
|-----------------------|-----------------------------------|
| **Type of Work:**     | Visual Material                   |
| **Registration Number / Date:** | VA0001135897 / 2002-03-26 |
| **Title:**            | How to break up with your boyfriend. |
| **Description:**      | Art reproduction.                 |
| **Copyright Claimant:** | Todd Goldman, 1968-             |
| **Date of Creation:** | 2000                              |
| **Date of Publication:** | 2000-11-13                     |
| **Names:**            | Goldman, Todd, 1968-              |



| **Save, Print and Email (Help Page)** |
|---------------------------------------|
| Select Download Format  Full Record ⇅   Format for Print/Save |
| Enter your email address: [            ]   Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 27 of 36 entries



*Ex-boyfriend.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001135895 / 2002-03-26 |
| **Title:** | Ex-boyfriend. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | Todd Goldman, 1968- |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | 2000-11-13 |
| **Names:** | Goldman, Todd, 1968- |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ‹› ] [ Format for Print/Save ] |
| Enter your email address: [                    ] [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 26 of 36 entries



*Boys are smelly.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001135893 / 2002-03-26 |
| **Title:** | Boys are smelly. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | Todd Goldman, 1968- |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | 2000-11-13 |
| **Names:** | Goldman, Todd, 1968- |



| **Save, Print and Email (Help Page)** |
|:---|
| Select Download Format  Full Record ⬍   Format for Print/Save |
| Enter your email address: _____  Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 21 of 36 entries



Labeled View

*Chicks rule!*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001266048 / 2004-08-13 |
| **Title:** | Chicks rule! |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | David & Goliath, Inc. |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | approx. 1Jan00 |
| **Authorship on Application:** | artwork: Todd Goldman, 1968-. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Goldman, Todd, 1968-<br>David & Goliath, Inc. |



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ⇕ | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 25 of 36 entries



Labeled View

*Goodbye kitty.*

|  |  |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001266045 / 2004-08-13 |
| **Title:** | Goodbye kitty. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | David & Goliath, Inc. |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | approx. 1Jan00 |
| **Authorship on Application:** | artwork: Todd Goldman, 1968-. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Goldman, Todd, 1968- |
| | David & Goliath, Inc. |



| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ⬍ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 23 of 36 entries



**Labeled View**

*Boys are smelly.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001266044 / 2004-08-13 |
| **Title:** | Boys are smelly. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | David & Goliath, Inc. |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | approx. 1Jan00 |
| **Authorship on Application:** | artwork: Todd Goldman, 1968-. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Goldman, Todd, 1968- |
| | David & Goliath, Inc. |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format | Full Record ⇕    Format for Print/Save |
| Enter your email address: |  Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 14 of 36 entries



*GIRLS ARE WEIRDOS but they smell pretty!*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0006952441 / 2008-01-09 |
| **Application Title:** | GIRLS ARE WEIRDOS but they smell pretty! |
| **Title:** | GIRLS ARE WEIRDOS but they smell pretty! |
| **Description:** | Book, 1 v. |
| **Copyright Claimant:** | Todd Harris Goldman. Address: c/o Workman Publishing Co., Inc., 225 Varick Street, New York, New York 10014-4381. |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | 2007-10-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd Harris Goldman; Citizenship: United States. Authorship: Text and illustrations. |
| **Names:** | Goldman, Todd Harris |



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

53



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 19 of 36 entries



*Fred Is Red.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001266046 / 2004-08-13 |
| **Title:** | Fred Is Red. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | Fred Is Red, Inc. |
| **Date of Creation:** | 2003 |
| **Date of Publication:** | approx. 1Aug03 |
| **Authorship on Application:** | artwork: Todd Goldman, 1968-, author of a work made for hire. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Goldman, Todd, 1968- |
|  | Fred Is Red, Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ] [ Format for Print/Save ] |
| Enter your email address: [                    ] [ Email ] |

Help   Search   History   Titles   Start Over



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 17 of 36 entries



Labeled View

*Boys are stupid, throw rocks at them!*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0006164201 / 2005-04-11 |
| **Title:** | Boys are stupid, throw rocks at them! |
| **Notes:** | Cataloged from appl. only. |
| **Copyright Claimant:** | Todd Harris Goldman |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-04-06 |
| **Names:** | Goldman, Todd Harris |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ⇕  Format for Print/Save |
| Enter your email address: _____  Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 20 of 36 entries



---

Labeled View

*Cutie.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001266047 / 2004-08-13 |
| **Application Title:** | Cutie pie. |
| **Title:** | Cutie. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | David & Goliath, Inc. |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | approx. 1Jan00 |
| **Authorship on Application:** | artwork: Todd Goldman, 1968-. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Goldman, Todd, 1968-
David & Goliath, Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⇕  Format for Print/Save |
| Enter your email address: [                    ]  Email |

---

Help | Search | History | Titles | Start Over

---



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 28 of 36 entries



*[Girlie girl]*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001135896 / 2002-03-26 |
| **Title:** | [Girlie girl] |
| **Description:** | Art reproduction. |
| **Notes:** | Title from appl. |
| **Copyright Claimant:** | Todd Goldman, 1968- |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | 2000-11-13 |
| **Names:** | Goldman, Todd, 1968- |



| Save, Print and Email (**Help Page**) |
|:---|
| Select Download Format  [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 30 of 36 entries



---

Labeled View

***How to get a boyfriend.***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001135894 / 2002-03-26
**Title:** How to get a boyfriend.
**Description:** Art reproduction.
**Copyright Claimant:** Todd Goldman, 1968-
**Date of Creation:** 2000
**Date of Publication:** 2000-11-13
**Names:** Goldman, Todd, 1968-



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT 2

Page 1 of 13)

RECEIVED

JUL 3 0 2015

1  RONALD F. BROT, State Bar No. 50201
   LAUREN H. KATAN, State Bar No. 265940
2  BROT & GROSS, LLP
   15260 Ventura Boulevard, Suite 1500
3  Sherman Oaks, CA 91403-5348
   (818) 594-0800
4
   Attorneys for Petitioner
5  NICOLE GOLDMAN

AUG 1 2 2015

CLARKE, CLERK

BY M. HART, DEPUTY

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  FOR THE COUNTY OF LOS ANGELES

10

11  In re the Marriage of            )    CASE NO. BD 610 524
                                     )
12  Petitioner:    NICOLE GOLDMAN    )    JUDGE MICHAEL E. WHITAKER
                                     )    DEPT. 2C
13              and                  )
                                     )    ORDER AFTER HEARING RE
14  Respondent:    TODD GOLDMAN      )    PETITIONER'S REQUEST FOR ORDER
                                     )    RE ATTORNEY FEES AND COSTS
15                                   )    FILED FEBRUARY 11, 2015
                                     )
16                                   )    DATE : JUNE 30, 2015
                                     )    TIME : 8:30 A.M.
17  _____ )    DEPT : 2C

18          Petitioner's Request for Order regarding Attorney Fees and Costs filed February 11, 2015,

19  having been continued from March 4, 2015 and May 27, 2015, came on regularly for hearing on June

20  30, 2015, in Department 2C of the above-entitled Court, the Honorable Michael E. Whitaker, Judge,

21  presiding. Petitioner appeared personally and through her attorneys of record, Brot & Gross, LLP, by

22  Ronald F. Brot. Respondent appeared personally and through his attorneys of record, Meyer, Olson,

23  Lowy & Meyers, by Lisa Helfend Meyer and Felicia R. Meyers.

24          The declarations offered by the parties were received into evidence pursuant to *Reifler v.*

25  *Superior Court* (1947) 39 Cal.App.3d 470, 115 Cal.Rptr. 356, and *In re Marriage of Stevenot* (1984)

26  154 Cal.App.3d 1051, 202 Cal.Rptr. 116.

27  ///

28  ///

IN RE MARRIAGE OF GOLDMAN                                    CASE NO. BD 610 524
OAH.3NG.wpd  063015.1839 NH                                               PAGE 1
        ORDER AFTER HEARING RE PETITIONER'S REQUEST FOR ORDER RE
          ATTORNEY FEES AND COSTS FILED FEBRUARY 11, 2015        8

59

Page 2 of 3)

1    The Court having considered all of the declarations filed in connection with the aforesaid

2  Request for Order, the evidence and other pleadings and documents filed in connection with the

3  aforesaid Request for Order, and the records and files in the above-entitled matter, and the issues

4  having been argued and submitted for decision by the Court, and good cause appearing therefor;

5       IT IS HEREBY ORDERED AS FOLLOWS:

6       1.      As and for a contributive share of Petitioner's attorney and accountant fees and costs,

7  on account and without prejudice, Respondent is ordered to pay the sum of $65,000.00 directly to Brot

8  & Gross, LLP, payable one-half ($32,500.00) on or before August 29, 2015, and one-half ($32,500.00)

9  on or before October 28, 2015.

10      2.      Counsel for Petitioner is to prepare the within Order After Hearing on Petitioner's

11  Request for Order pursuant to the California Rules of Court.

12  APPROVED AS CONFORMING TO COURT ORDER:

13  DATED: JULY _____, 2015

14  MEYER, OLSON, LOWY & MEYERS

15

16  By:_____
17     LISA HELFEND MEYER
       Attorneys for Respondent
       TODD GOLDMAN

18

19      IT IS SO ORDERED.

20  DATED:____8·12-2015____ 2015

21                                              _____
22                                              MICHAEL E. WHITAKER
                                                JUDGE
                                                LOS ANGELES COUNTY SUPERIOR COURT

23

24

25

26

27

28

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

IN RE MARRIAGE OF GOLDMAN                                    CASE NO. BD 610 524
OAH.3NG.wpd  063015.1839 NH                                              PAGE 2
**ORDER AFTER HEARING RE PETITIONER'S REQUEST FOR ORDER RE
ATTORNEY FEES AND COSTS FILED FEBRUARY 11, 2015**                         9

(Page 3 of 3)

PROOF OF SERVICE

BY FACSIMILE AND MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county where the mailing of the document(s) described below is to take place. My business address is 15260 Ventura Boulevard, Suite 1500, Sherman Oaks, CA 91403-5348. I am over the age of 18, and am not a party to this action.

On ____ day of July, 2015, I served copies of the document(s) described below on the interested party(ies) by faxing said document(s) to the below listed facsimile number, between the hours of 9:00 a.m. and 5:00 p.m., and thereafter mailing said document(s) by enclosing true copies thereof in a sealed envelope, with postage thereon fully prepaid, and depositing said envelope in the United States mail in Los Angeles County, California, addressed as follows:

Lisa Helfend Meyer, Esq.
Meyer, Olson, Lowy & Meyers
10100 Santa Monica Blvd., Suite 1425
Los Angeles, CA 90067

The document(s) which were faxed and mailed are designated: **ORDER AFTER HEARING RE PETITIONER'S REQUEST FOR ORDER RE ATTORNEY FEES AND COSTS FILED FEBRUARY 11, 2015.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ____ day of July, 2015, at Sherman Oaks, California.

BONNIE KELLEY

**BROT & GROSS, LLP**
15260 Ventura Boulevard · Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

10



I certify that this is a true and correct copy of the
original on file in this office consisting of 3 pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

NOV 4 2018

Date _____ by _____, Deputy

D. WADE

11

EXHIBIT 3

Page 1 of 3)

● ORIGINAL ●

RECEIVED

FEB 08 2016

FILED

1  RONALD F. BROT, State Bar No. 50201
2  LAUREN H. KATAN, State Bar No. 265940
   BROT & GROSS, LLP
3  15260 Ventura Boulevard, Suite 1500
   Sherman Oaks, CA 91403-5348
4  (818) 594-0800

   Attorneys for Petitioner
5  NICOLE GOLDMAN

RECEIVED - CENTRAL
FAMILY LAW CLERK'S OFFICE LOS AN          OR COURT

FEB 09 2016                    FEB 22 2016

JOH      CLARKE, CLERK

BY M     HART, DEPUTY

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF LOS ANGELES

10

11  In re the Marriage of                )    CASE NO. BD 610 524
                                          )
12  Petitioner:    NICOLE GOLDMAN         )    JUDGE MICHAEL E. WHITAKER
                                          )    DEPT. 43
13             and                        )
                                          )    ORDER AFTER HEARING ON
14  Respondent:    TODD GOLDMAN           )    PETITIONER'S MOTION TO COMPEL
                                          )    RESPONSES TO SPECIALLY
15                                        )    PREPARED WRITTEN
                                          )    INTERROGATORIES (SET ONE),
16                                        )    DEMAND FOR PRODUCTION OF
                                          )    DOCUMENTS (SET TWO), DEMAND
17                                        )    FOR PRODUCTION OF DOCUMENTS
                                          )    (SET THREE), FORM
18                                        )    INTERROGATORIES (GENERAL) (SET
                                          )    TWO); AND TO DEEM REQUESTS
19                                        )    FOR ADMISSION (SET TWO)
                                          )    ADMITTED
20                                        )
                                          )    DATE : JANUARY 14, 2016
21                                        )    TIME : 8:30 A.M.
                                          )    DEPT : 43
22  _____ )

23        Petitioner's Motions to Compel Responses to Specially Prepared Written Interrogatories (Set

24  One), Demand for Production of Documents (Set Two), Demand for Production of Documents (Set

25  Three), Form Interrogatories (General) (Set Two); and to Deem Requests for Admission (Set Two)

26  Admitted, each filed November 9, 2015, came on regularly for hearing on January 14, 2016, in

27  Department 59 of the above-entitled Court, the Honorable Michael E. Whitaker, Judge, presiding.

28  Petitioner appeared through her attorneys of record, Brot & Gross, LLP, by Lauren H. Katan.

IN RE MARRIAGE OF GOLDMAN                                        CASE NO. BD 610 524
OAH.8NG.wpd 102115.1519 LHK                                                    PAGE 1
         ORDER AFTER HEARING ON PETITIONER'S MOTIONS TO COMPEL

16

Page 2  of  3)

1  Respondent was present.

2      The Court having considered all of the declarations filed in connection with the aforesaid

3  Motions, the evidence and other pleadings and documents filed in connection with the aforesaid

4  Motions, and the records and files in the above-entitled matter, and the issues having been argued and

5  submitted for decision by the Court, and good cause appearing therefor;

6      IT IS HEREBY ORDERED AS FOLLOWS:

7      1.    The Court grants Petitioner's requests to compel responses to Specially Prepared

8  Written Interrogatories (Set One), Demand for Production of Documents (Set Two), Demand for

9  Production of Documents (Set Three), and Form Interrogatories (General) (Set Two). Respondent shall

10  serve his responses to Specially Prepared Written Interrogatories (Set One), Demand for Production

11  of Documents (Set Two), Demand for Production of Documents (Set Three), and Form Interrogatories

12  (General) (Set Two) without objections on or before February 5, 2016.

13      2.    Petitioner's request to deem Requests for Admissions (Set Two) admitted is denied.

14      3.    Petitioner's request for monetary sanctions against Respondent is granted. Respondent

15  is ordered to remit payment in the sum of $3,130 directly to Brot & Gross, LLP on or before February

16  5, 2016.

17

18  APPROVED AS CONFORMING TO COURT ORDER:

19  DATED: JANUARY _____, 2016

20

21  By:_____
        TODD GOLDMAN
22      Respondent

23

24  IT IS SO ORDERED.

    DATED:  FEB 2 2 2016

25      FEB 2 2 2016

26                                          _____
                                            MICHAEL E. WHITAKER
27                                          JUDGE
                                            LOS ANGELES COUNTY SUPERIOR COURT

28

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

IN RE MARRIAGE OF GOLDMAN                                CASE NO. BD 610 524
OAH.8NG.wpd 102115.1519 LHK                              PAGE 2
ORDER AFTER HEARING ON PETITIONER'S MOTIONS TO COMPEL

17

(Page 3 of 3)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

## PROOF OF SERVICE BY MAIL

### MAILED AS PER BUSINESS PROCEDURES

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county where the mailing of the document(s) described below is to take place. My business address is 15260 Ventura Boulevard, Suite 1500, Sherman Oaks, CA 91403-5348. I am over the age of 18 and not a party to this action.

I am readily familiar with the business practices of BROT & GROSS, with regard to the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business of said law office, the document(s) described below will be deposited with the United States Postal Service this day.

On 14 day of January, 2016, I caused copies of the document(s) described below to be served on the interested party(ies) by enclosing them in a sealed envelope, with postage thereon fully prepaid and, in accordance with the regular business practices of said law office and in the ordinary course of the business of the day, said envelope was to be deposited in the United States mail in Los Angeles County, California, addressed as follows:

Todd Goldman
4055 Redwood Avenue, #142
Los Angeles, CA 90066

The document(s) which were mailed are designated:

ORDER AFTER HEARING ON PETITIONER'S MOTION TO COMPEL RESPONSES TO SPECIALLY PREPARED WRITTEN INTERROGATORIES (SET ONE), DEMAND FOR PRODUCTION OF DOCUMENTS (SET TWO), DEMAND FOR PRODUCTION OF DOCUMENTS (SET THREE), FORM INTERROGATORIES (GENERAL) (SET TWO); AND TO DEEM REQUESTS FOR ADMISSION (SET TWO) ADMITTED

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14 day of January, 2016, at Sherman Oaks, California.

_Carol S. Aaker_
CAROL S. AAKER

IN RE MARRIAGE OF GOLDMAN                                    CASE NO. BD 610 524
OAH.8NG.wpd 102115.1519 LHK                                           PAGE 3
ORDER AFTER HEARING ON PETITIONER'S MOTIONS TO COMPEL    18

I certify that this is a true and correct copy of the
original on file in this office consisting of __3__ pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

Date:_____ By:_____ Deputy

D. WADE

19

# EXHIBIT 4

Page 1 of 4)

1 | RONALD F. BROT, State Bar No. 50201
BROT & GROSS, LLP
2 | 15260 Ventura Boulevard, Suite 1500
Sherman Oaks, CA 91403-5348
3 | (818) 594-0800

4 | Attorneys for Petitioner (Limited Scope)
NICOLE GOLDMAN

5

6

7

8 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | FOR THE COUNTY OF LOS ANGELES

10

11 | In re the Marriage of                    )    CASE NO. BD 610 524
                                             )
12 | Petitioner:    NICOLE GOLDMAN            )    JUDGE MICHAEL E. WHITAKER
                                             )    DEPT. 43
13 |                and                       )
                                             )    ORDER AFTER HEARING ON
14 | Respondent:    TODD GOLDMAN              )    PETITIONER'S REQUEST FOR ORDER
                                             )    RE ATTORNEY FEES AND COSTS
15 |                                          )    FILED NOVEMBER 25, 2015
                                             )
16 |                                          )    DATE : JULY 6, 2016
                                             )    TIME : 8:30 A.M.
17 |                                          )    DEPT : 43
                                             )
18 |                                          )
                                             )
19 | _____ )

20 |        Petitioner's Request for Order re Attorney Fees and Costs filed November 25, 2015, came on

21 | regularly for hearing on July 6, 2016, in Department 43 of the above-entitled Court, the Honorable

22 | Michael E. Whitaker, Judge, presiding.  Petitioner appeared personally and through her attorney of

23 | record, Laura Whitefield, and through her limited scope attorneys of record, Brot & Gross, LLP, by

24 | Ronald F. Brot.  Respondent appeared telephonically, and through his limited scope attorney of record,

25 | William W. Oxley.

26 |        The Court having considered all of the declarations, pleadings and documents filed in

27 | connection with the aforesaid Request for Order, and the records and files in the above-entitled matter,

28 | and the issues having been argued and submitted for decision by the Court, and good cause appearing

FILED
Superior Court of California
County of Los Angeles

SEP 13 2016

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Alicia Rhee

BROT & GROSS, LLP
15260 Ventura Boulevard · Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

IN RE MARRIAGE OF GOLDMAN                                    CASE NO. BD 610 524
OAF.10NG.Rev1.wpd  070616.1447 bk                            PAGE 1
ORDER AFTER HEARING ON PETITIONER'S REQUEST FOR ORDER RE
ATTORNEY FEES AND COSTS FILED NOVEMBER 25, 2015

23

(Page 2 of 4)

1  therefor;

2      IT IS HEREBY ORDERED AS FOLLOWS:

3      1.      The Court orders Respondent to sell the real property located at 548 Palmetto Road,

4  Belleair, FL 33758, forthwith.  The proceeds are to be paid to Brot & Gross, LLP, former attorneys for

5  Petitioner, to satisfy the prior Order After Hearing Re Petitioner's Request for Order Re Attorney Fees

6  and Costs in the sum of $65,000, which Order was made on June 30, 2015, and filed on August 12,

7  2015, and remains wholly due, owing and unpaid.  The remainder of the sale proceeds, if any, is to be

8  paid to Petitioner as a credit against the amount of support arrears owed by Respondent to Petitioner.

9      2.      Petitioner's request for an Order for the sale of the property located at 565 Bayview

10  Drive, Belleair, FL 33756, is denied based on the lack of joinder of the co-owner of record.  Similarly,

11  the sale of the property located at 4672 Brewster Drive, Tarzana, CA 91356, is denied due to lack of

12  joinder of the owners of record.

13      3.      Pursuant to *Family Code* § 6344, the Court orders Respondent to pay directly to Brot

14  & Gross, LLP, the additional sum of $46,600, payable forthwith, in attorney fees and costs incurred

15  by Petitioner as the prevailing party in the *Domestic Violence Protection Act* proceeding between the

16  parties herein.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**BROT & GROSS, LLP**
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

09/27/2017

IN RE MARRIAGE OF GOLDMAN                                    CASE NO. BD 610 524
OAF.10NG.Rev1.wpd 070616.1447 bk                                            PAGE 2
**ORDER AFTER HEARING ON PETITIONER'S REQUEST FOR ORDER RE
ATTORNEY FEES AND COSTS FILED NOVEMBER 25, 2015**

24

(Page 3 of 4)

4.    Pursuant to *Family Code* §§ 2030 and 2032, Respondent is ordered to pay the further sum of $75,000 to Brot & Gross, LLP, payable forthwith. In the event of the sale of the real property located at 565 Bayview Drive, Belleair, FL 33756, or the sale of the real property located at 4672 Brewster Drive, Tarzana, CA 91356, said sum shall be paid to Brot & Gross, LLP, from the sale proceeds and charged against the interest of Respondent. The Court does not order the sale of either of said properties, but the within Order may be satisfied from the sale proceeds if and when the properties, or either of them, are otherwise sold.

**APPROVED AS CONFORMING TO COURT ORDER:**

DATED: JULY _____, 2016

LAW OFFICES OF WILLIAM W. OXLEY

By: _____
      WILLIAM W. OXLEY
      Attorney for Respondent
      TODD GOLDMAN

**IT IS SO ORDERED.**

DATED: _____SEP 1 3 2016_____

_____
MICHAEL E. WHITAKER
JUDGE
LOS ANGELES COUNTY SUPERIOR COURT

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

09/27/2017

IN RE MARRIAGE OF GOLDMAN
OAF.10NG.Rev1.wpd 070616.1447 bk
**ORDER AFTER HEARING ON PETITIONER'S REQUEST FOR ORDER RE
ATTORNEY FEES AND COSTS FILED NOVEMBER 25, 2015**

CASE NO. BD 610 524
PAGE 3

25

Page 4  of  4)

● **VERIFICATION** ●

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing _____

_____ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____

a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____          _____
Type or Print Name                              Signature

**PROOF OF SERVICE**
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: 15260 Ventura Boulevard, Suite 1500, Sherman Oaks, CA  91403

On, July 21, 2016 , I served the foregoing document described as Order After Hearing on Petitioner's Request for Order Re Attorney Fees and Costs Filed November 25, 2015

_____ on the interested parties _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

William W. Oxley, Esq.
Law Offices of William W. Oxley
15233 Ventura Boulevard, Suite 1100
Sherman Oaks, CA  91403

☐ **BY MAIL**

☐ *I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

☒ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on July 21, 2016 , at Sherman Oaks _____ , California.

☒ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

STANLEY MURRA
_____          _____
Type or Print Name                              Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus          Rev. 7/99

26



I certify that this is a true and correct copy of the
original on file in this office consisting of _____ pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

NOV 1 4 2018 _____ , Deputy

D. WADE

EXHIBIT 5

Filing # 47041336 E-Filed 09/28/2016 03:31:40 PM

IN THE CIRCUIT COURT OF THE 6TH
JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

**CASE NO.: 16-005455-CI**

NICOLE GOLDMAN,

     Plaintiff/Judgment-Creditor,

**WRIT OF GARNISHMENT**

vs.

TODD GOLDMAN,

     Defendant/Judgment-Debtor,

and

UNKNOWN TENANTS, at the property located at
565 Bayview Drive, Belleair, FL 33756.

_____/

THE STATE OF FLORIDA:
TO ALL AND SINGULAR SHERIFFS OF THE STATE:

     **YOU ARE HEREBY COMMANDED** to summon the Garnishee:

UNKNOWN TENANTS, residing
at the property located at 565 Bayview Drive, Belleair, FL 33756

who is required to serve an Answer to this Writ on KEITH T. GRUMER, ESQ., GRUMER &
MACALUSO, P.A., attorney for Plaintiff/Judgment-Creditor in the above styled cause of action,
whose address is 101 N.E. 3rd Avenue, Suite 1420, Fort Lauderdale, Florida 33301, within
twenty (20) days after service on the Garnishee, exclusive of the day of service, and to file the
original with the Clerk of the Court for Pinellas County, Florida, either before service on the
attorney for Plaintiff/Judgment-Creditor or immediately thereafter.  The answer shall state
whether the Garnishee is indebted to Defendant/Judgment-Debtor, **TODD GOLDMAN,** at the
time of the Answer or was indebted at the time of service of the Writ, or at any time between
such times, and in what sum and what tangible and intangible personal property of the
Defendant/Judgment-Debtor the Garnishee is in possession or control of at the time of the
answer or had at the time of service of this writ, plus sufficient time not to exceed one (1)
business day for the garnishee to act expeditiously on the Writ or at any time between such
times, and whether the Garnishee knows of any other person indebted to the
Defendant/Judgment-Debtor or who may be in possession or control any of the property of the
Defendant/Judgment-Debtor.  Pursuant to *Fla. Stat.* §77.07 Defendant/Judgment-Debtor possess

CASE NO.: 16-005455-CI
*Writ of Garnishment*

a right to an immediate hearing regarding this garnishment. The amount set in Plaintiff's Motion is **$65,000.00.**

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE TOTAL AMOUNT OF **$65,000.00**.

WITNESS my hand and the seal of the Court on _____OCT 12 2016_____, 2016.

CLERK OF THE COURT

**KEN BURKE**

BY: _____
Deputy Clerk

IMPORTANT

Pursuant to Fla.Stat. §77.06: "Service of the writ shall make garnishee liable for all debts due by him or her to defendant and for any tangible or intangible personal property of defendant in the garnishee's possession or control at the time of the service of the writ or at any time between the service and the time of the garnishee's answer."

NOTICE TO THE DEFENDANTS:  Pursuant to Fla.Stat. §77.07(1) you may by motion, obtain the dissolution of a writ of garnishment, unless the petitioner proves the grounds upon which the writ was issued and unless, in the case of a prejudgment writ, there is a reasonable probability that the final judgment in the underlying action will be rendered in his or her favor.

2

Filing # 47041336 E-Filed 09/28/2016 03:31:40 PM

IN THE CIRCUIT COURT OF THE 6TH
JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

**CASE NO.: 16-005455-CI**

NICOLE GOLDMAN,

    Plaintiff/Judgment-Creditor,

                         **MOTION FOR ISSUANCE OF WRIT
OF GARNISHMENT**

vs.

TODD GOLDMAN,

    Defendant/Judgment-Debtor,

and

UNKNOWN TENANTS, at the property located at
565 Bayview Drive, Belleair, FL 33756.

_____/

COMES NOW, Plaintiff/Judgment-Creditor NICOLE GOLDMAN ("JUDGMENT-CREDITOR"), through undersigned counsel and pursuant to Fla.Stat. §77.03, move this Court for the issuance of a *Writ of Garnishment in Aid of Execution* directed to Garnishee, UNKNOWN TENANTS ("GARNISHEE") residing at the property owned by Defendant/Judgment-Debtor and landlord TODD GOLDMAN ("JUDGMENT-DEBTOR"), located at 565 Bayview Drive, Belleair, FL 33756, and state as follows:

1.    <u>Summary of Motion</u>: On August 19, 2016, pursuant to Fla. Stat. §55.501 JUDGMENT-CREDITOR filed her Foreign Judgment in Pinellas County, Florida against Defendant/Judgment-Debtor TODD GOLDMAN in the principal amount of $65,000.00. A copy of this recorded Judgment (I #: 2016258347 BL: 19313 PG: 2004) attached hereto and incorporated by reference as Exhibit "A." Pursuant to Fla. Stat. § 55.503(1), JUDGMENT-

GRUMER & MACALUSO, P.A.
101 N.E. 3RD AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 713-2700
PLEADINGS SERVICE EMAIL: SERVICE@GRUMERLAW.COM

***ELECTRONICALLY FILED 10/11/2016 01:41:36 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

74

CASE NO.: 16-005455-CI
*Motion for Writ of Garnishment re 565 Bayview Drive*

CREDITOR through undersigned counsel, duly recorded the Foreign Judgment in Pinellas

County on August 23, 2016.  See Exhibit "A."

2.      JUDGMENT-CREDITOR does not believe said JUDGMENT-DEBTOR has in his

possession tangible or intangible property in the state and in the county upon which a levy can be

made sufficient to satisfy JUDGMENT-CREDITOR'S claim.

3.      Judgment-Debtor's Owns and Leases Real Property:  JUDGMENT-CREDITOR

suggests that GARNISHEE who are TENANT(s) that reside at 565 Bayview Drive, Belleair, FL

33756, are indebted to JUDGMENT-DEBTOR who receives monthly rents through tenancy of

the property.   GARNISHEE as the TENANT(s) pay monthly rent at the property owned by

JUDGMENT-DEBTOR as landlord.  Presently, the identity of the TENANTS is unknown to the

JUDGMENT-CREDITOR, who anticipate through the service of the writ will be identified.

4.      JUDGMENT-CREDITOR  has  reason  to  believe,  and  does  believe,  that

GARNISHEE,  who  resides  at  565  Bayview  Drive,  Belleair,  FL  33756,  is  indebted  and/or

possesses property, such as monthly rents payable and belonging to JUDGMENT-DEBTOR as

landlord of the property, in its hands, possession or control, in which the JUDGMENT-DEBTOR

has substantial nonexempt interest.

WHEREFORE, Plaintiff/Judgment-Creditor NICOLE GOLDMAN, respectfully requests

the issuance of a Writ of Garnishment directed to Garnishee UNKNOWN TENANTS residing at

the  property  owned  by  JUDGMENT-DEBTOR  as  landlord,  located  at  565  Bayview  Drive,

Belleair, FL 33756, and for such other relief deemed just and proper.

2

GRUMER & MACALUSO, P.A.
101 N.E. 3ᴿᴰ AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 713-2700
PLEADINGS SERVICE EMAIL: SERVICE@GRUMERLAW.COM

CASE NO.: 16-005455-CI
*Motion for Writ of Garnishment re 565 Bayview Drive*

Dated this 11th day of October, 2016

**GRUMER & MACALUSO, P.A.**
*Attorneys for Judgment-Creditor*
101 N.E. 3rd Ave., Suite 1420
Fort Lauderdale FL 33301
Phone: (954) 713-2700; Fax: (954) 713-2713
Primary Email: *kgrumer@grumerlaw.com*
Secondary Email: *jsantillian@grumerlaw.com*
                 *service@grumerlaw.com*

By:   */s/ Keith T. Grumer, Esq.*
        KEITH T. GRUMER, ESQ.
        Florida Bar No.:  504416

GRUMER & MACALUSO, P.A.
101 N.E. 3RD AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 713-2700
PLEADINGS SERVICE EMAIL: SERVICE@GRUMERLAW.COM

CASE NO.: 16-005455-CI
*Motion for Writ of Garnishment re 565 Bayview Drive*

# EXHIBIT "A"

GRUMER & MACALUSO, P.A.
101 N.E. 3RD AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 713-2700
PLEADINGS SERVICE EMAIL: SERVICE@GRUMERLAW.COM

I#: 2016256347 BK: 19313  PG: 2004, 08/23/2016 at 09:53 AM, RECORDING 7    KEN
BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK:
CLKPR04

Filing # 45472092 E-Filed 08/19/2016 05:15:11 PM

IN THE CIRCUIT COURT OF THE 6TH
JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

CASE NO.:

$16-5455-CI$

NICOLE GOLDMAN,

    Plaintiff/Judgment-Creditor,

vs.

TODD GOLDMAN,

    Defendant/Judgment-Debtor.

**AFFIDAVIT TO DOMESTICATE AND
ENFORCE FOREIGN JUDGMENT
IN ACCORDANCE WITH
FLA. STAT. §55.501**

> FILED
> CIVIL COURT RECORDS DEPARTMENT
>
> AUG 19 2016
>
> KEN BURKE
> CLERK CIRCUIT COUNTY COURT

STATE OF FLORIDA    )
                    )ss:
COUNTY OF BROWARD  )

      BEFORE ME, the undersigned authority, personally appeared Keith T. Grumer, on

behalf of Plaintiff NICOLE GOLDMAN, who, after first being duly sworn deposes and states as

follows:

      1.    The undersigned Affiant is counsel for Plaintiff NICOLE GOLDMAN in the

above captioned matter. I am authorized to make this Affidavit herein. I make this affidavit of

my own personal knowledge of the facts attested to herein. This Affidavit is submitted in

support of domesticating and enforcing a Foreign Judgment in Accordance with Fla. Stat.

§55.501.

      2.    Plaintiff NICOLE GOLDMAN obtained a Judgment in her favor and against

Defendant TODD GOLDMAN, in the Superior Court of the State of California for the County of

Los Angeles, Case No.: BD 610 524. A copy of this Judgment is attached hereto and

incorporated by reference as Exhibit "A." A certified copy of the Judgment is being recorded

contemporaneously with this Affidavit.

      3.    The name, social security number/tax identification number, and last known post

office addresses of the Judgment-Debtor is:

| Name: | Last Known Address: | SS/Tax ID. No. |
|---|---|---|
| Todd Goldman | 1419 South Martin Luther King Jr. Ave. Clearwater, FL 33756-3446 | xxx■■■ |

GRUMER & MACALUSO, P.A.
101 N.E. 3RD AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 713-2700
PLEADINGS SERVICE EMAIL: SERVICE@GRUMERLAW.COM

PINELLAS COUNTY FL OFF. REC. BK  19313  PG  2005

*Affidavit to Domesticate and Enforce Foreign Judgment*
Case No.: _____

4.   The name and last known post office address of the Judgment-Creditor is:

| Name: | Last Known Address: |
|---|---|
| Nicole Goldman | c/o Brot & Gross, LLP<br>15260 Ventura Blvd., Suite 1500<br>Sherman Oaks, CA 91403 |

5.   The Judgment Creditors' attorney in Florida is:

Keith T. Grumer, Esq.
GRUMER & MACALUSO, P.A.
101 N.E. 3rd Avenue, Suite 1420
Fort Lauderdale, FL 33301
Tel: (943) 713-2700; Fax: (943) 713-2713
*kgrumer@grumerlaw.com*
*Service@grumerlaw.com*

6.   The subject Judgment is a valid, final, legally enforceable Judgment in the State of
California.  No part of this Judgment has been satisfied as of this date.

Under penalties of perjury, I declare under penalty of perjury that I have thoroughly reviewed
this Affidavit and I can attest that all the facts stated herein are true, correct and based on my
personal knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on _____ day of August, 2016.

By: _____
KEITH T. GRUMER, ESQ.
*Attorney for Judgment Creditor*

STATE OF FLORIDA            )
                            ) ss:
COUNTY OF BROWARD   )

SWORN TO AND SUBSCRIBED before me, the undersigned authority, personally
appeared KEITH T. GRUMER, who is personally known to me, on this _____ day of August,
2016.
IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

JESSE SANTILLIAN
MY COMMISSION # FF 234627
EXPIRES: May 26, 2019
Bonded Thru Budget Notary Services

NOTARY PUBLIC – State of Florida

_____
(My Commission expires:)

2
GRUMER & MACALUSO, P.A.
101 N.E. 3RD AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 713-2700
PLEADINGS SERVICE EMAIL: SERVICE@GRUMERLAW.COM

79

PINELLAS COUNTY FL OFF. REC. BK  19313  PG  2006

( 0-5 |

1  RONALD F. BROT, State Bar No. 50201
   LAUREN H. KATAN, State Bar No. 265940
2  BROT & GROSS, LLP
   15260 Ventura Boulevard, Suite 1500
3  Sherman Oaks, CA  91403-5348
   (818) 594-0800 .
4
5  Attorneys for Petitioner
   NICOLE GOLDMAN
6

**FILED**
Superior Court of California
County of Los Angeles

JUL 26 2016

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Jacqueline Morgan

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    FOR THE COUNTY OF LOS ANGELES

10

11  In re the Marriage of                )   CASE NO. BD 610 524
                                         )
12  Petitioner:    NICOLE GOLDMAN        )   JUDGE MICHAEL E. WHITAKER
                                         )   DEPT. 43
13                 and                   )
                                         )   ABSTRACT OF JUDGMENT
14  Respondent:    TODD GOLDMAN          )   RECORDED 11/20/15
                                         )
15                                       )

16

17

18

19

20

21

22

23

24

25

26

27

28

*(left margin, rotated)* BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0196

IN RE MARRIAGE OF GOLDMAN                              CASE NO. BD 610 524
ABSTRACT.1NG.wpd  072216.1204 CA                                    PAGE 1
               ABSTRACT OF JUDGMENT RECORDED 11/20/15

80

PINELLAS COUNTY FL OFF. REC. BK  19313  PG  2007

RECORDING REQUESTED BY
LAUREN H. KATAN, ESQ.

WHEN RECORDED MAIL TO
NAME LAUREN H. KATAN, ESQ.

MAILING  BROT & GROSS, LLP
ADDRESS 15260 VENTURA BLVD.
SUITE 1500
CITY, STATE SHERMAN OAKS, CA
ZIP CODE 91403

CO

11/10/2015

*20151373066*

Has no.
Originals will be re...
has been completed.
LOS ANGELES COUNTY REGISTRAR-RECORDER

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# T I T L E(S)

ABSTRACT OF JUDGMENT -- CIVIL AND SMALL CLAIMS

LS-201

PINELLAS COUNTY FL OFF. REC. BK  19313  PG  2008

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state, and State Bar number):
After recording, return to:
RONALD F. BROT, SBN 50201
LAUREN H. KATAN, SBN 265940
BROT & GROSS, LLP
15260 VENTURA BLVD., SUITE 1500
SHERMAN OAKS, CA 91403
TEL NO. (818) 594-0800 FAX NO. (optional): (818) 594-0796
E-MAIL ADDRESS (Optional): brot@brotgross.com
[ ] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
STREET ADDRESS: 111 N. HILL STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: LOS ANGELES 90012
BRANCH NAME: CENTRAL DISTRICT

FOR RECORDER'S USE ONLY

PLAINTIFF: NICOLE GOLDMAN

DEFENDANT: TODD GOLDMAN

CASE NUMBER: BD 610 524

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS      [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
                Name and last known address

   TODD GOLDMAN
   4055 Redwood Avenue, #142
   Los Angeles, CA 90066

   b. Driver's license no. [last 4 digits] and state:                    [X] Unknown
   c. Social security no. [last 4 digits]: ▓▓▓▓▓▓                         [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Todd Goldman, 4672 Brewster Drive, Tarzana, CA 91356

2. [ ] Information on additional judgment debtors is
       shown on page 2.
3. Judgment creditor (name and address):
   BROT & GROSS, LLP; 15260 VENTURA BLVD., SUITE
   1500, SHERMAN OAKS, CA 91403
   Date: September 28, 2015
   LAUREN H. KATAN, ESQ.
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is
       shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

[signature]
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 65,000
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 08/12/15
   b. Renewal entered on (date):
9. [X] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
OCT 09 2015

10. [ ] An  [ ] execution lien  [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
           (date):
12. a. [X] I certify that this is a true and correct abstract of
           the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by                            SHERRI R. CARTER        , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Legal
Solutions
Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700,190

PINELLAS COUNTY FL OFF. REC. BK  19313  PG  2010

I certify that this is a true and correct copy of the
original Abstract of Judgment
on file in this office consisting of 4 pages.

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles.
JUL 2 5 2018
Date:_____ By:_____
ALICE M. THOMPSON

83

Filing # 48581176 E-Filed 11/07/2016 01:50:52 PM

## VERIFIED RETURN OF SERVICE

State of Florida

County of Pinellas

Case Number: 16-005455-CI

Plaintiff:
**NICOLE GOLDMAN**

vs.


ABV2016002042

Defendant:
**TODD GOLDMAN**

For:
Keith Grumer
Grumer & Macaluso
101 N.E. 3rd Avenue
Suite 15420
Fort Lauderdale, FL 33301

Received by On Time Legal Services, a Division of OTD on the 13th day of October, 2016 at 10:44 am to be served on **Unknown Tenants, 565 Bayview Drive, Belleair, FL 33756.**

I, Shelagh Roberts, do hereby affirm that on the **17th day of October, 2016 at 10:55 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Writ of Garnishment, and Motion for Issuance of Writ of Garnishment, and Affidavit to Domesticate and Enforce Foreign Judgment in Accordance With FLA Stat. 55.501**, with the  date, hour of service, my initials, and identification # (if applicable) endorsed thereon by me, to: **Jane Doe** as **Tenant** at the address of: **565 Bayview Drive, Belleair, FL 33756, Unknown Tenants's**, usual place of **Abode**. Jane Doe resides therein,  is fifteen (15) years of age or older and was informed of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
At time of Service the Unidentified woman confirmed she resided in the home with permission of Defendant Todd Goldman. She refused to provide her name, confirm if anyone additional resided therein or confirm if she paid rent. The vehicle in the driveway (Tag MYMYQT) is registered to Maya Ellie Hamblet.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: White, Height: 5'4, Weight: 125, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare I have read the foregoing verified return of service and that the facts stated in it are true. Pursuant to FS 92.525(2), no notary is required.

**978429** -A

**SPECIAL PROCESS SERVICE**

**Pinellas County, Florida**
**Bob Gualtieri, Sheriff**

_Shelagh Roberts_

Shelagh Roberts
APS 55418

**On Time Legal Services, a Division of OTD**
**3620 NE 5th Avenue**
**Oakland Park, FL 33334**
**(954) 915-8727**

Our Job Serial Number: ABV-2016002042
Ref: 470.40915

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1r

84

# EXHIBIT 6

3/16/2017

# BILL OF LADING

<table>
<tr><td colspan="2">

**SHIP FROM**

Name:        ERE Distribution Center

Address:        2840 W. Orange Ave

City/State/Zip:   Apopka, FL 32703

Phone:  407-649-6552 X 120          FOB: ☐

</td><td colspan="2">

**BAR CODE SPACE**

</td></tr>
<tr><td colspan="2">

**SHIP TO**

Name: ERE          Location #: _____

Address: 5938 Laurel Canyon Blvd

City/State/Zip: Valley Village, CA  91607

FOB: ☐

</td><td>

Trailer number:

Seal number(s):

Pro number:

</td></tr>
</table>

**SHIP TO** / continued

Trailer number:

Seal number(s):

Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:

Address:

City/State/Zip:

SPECIAL INSTRUCTIONS:

**BAR CODE SPACE**

**Freight Charge Terms:**

Prepaid ____ ____    Collect:  X    3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET /SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| | | | Y | N | Seal # 3988166 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 15 | BNDL | | | | | **Painting** | | |
| 13 | PLT | | | 10,000 | | | | |
| | | | | | | | | |
| | | | | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $ _____

Fee Terms:   Collect:  x    Prepaid: ☐

Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).

RECEIVED  subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Scott* 3/16/17

Scott Pavlak -- Shipping Manager

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☒ By Shipper | ☒ By Shipper |
| ☐ By Driver | X By Driver/pallets said to contain |
| | X By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

# EXHIBIT 7

# 565 BAYVIEW FURNITURE LIST STOLEN

| ITEMS STOLEN - JASMIN ISMAIL | FMV | CONFIRM PER MAYA |
|---|---|---|
| CASSINA PRIVE COUCH WHITE | $9,000 | C |
| CASSINA PRIVE CHAIR WHITE | $7,000 | C |
| CASSINA PRIVE OTTOMAN WHITE | $4,000 | C |
| CASSINA PRIVE DAYBED BLACK | $13,000 | C |
| EERO AARNIO BUBBLE CHAIR | $6,500 | |
| KARTELL LCP CLEAR PLASTIC CHAIR | $3,000 | |
| KARTELL GHOST CHAIR (2) | $1,000 | |
| COLOR CUBE SHELVES (16) | $8,000 | |
| SNAKE LIGHTS SILVER (3) | $2,400 | |
| SNAKE LIGHTS BLACK (3) | $2,400 | |
| WHITE COFFEE TABLES (2) | $4,000 | |
| EERO AARNIO WHITE POD CHAIRS (3) | $7,200 | |
| EMECO NAVY STAINLESS CHAIRS (6) | $3,600 | |
| KARTELL FOAM LOUNGES LIME (2) | $4,000 | |
| DWR LIME METAL FILING CABINET | $1,000 | |
| ORANGE CERAMIC VASES (2) | $1,000 | |
| DWR 10 FT. GREY WOOL RUG | $8,000 | C |
| DWR LIME FELT SOFA | $2,500 | |
| BLACK MARBLE BUDDAH | $8,000 | |
| DWR WHITE WOODEN VASE | $500 | |
| WOOD BENCH | $1,000 | |

| Item | Value | |
|---|---|---|
| HERMAN MILLER OFFICE CHAIR | $1,200 | |
| DWR GLASS METAL OFFICE DESK | $1,000 | |
| DWR BLACK FLOOR VASE | $1,000 | |
| DWR WHITE METAL SIDE TABLE | $500 | |
| DWR WHITE METAL COFFEE TABLE | $1,500 | |
| ITALIAN COLOR GLASS VASES (10) | $5,000 | |
| BOFFI FLOOR MIRROR LARGE | $10,000 | C |
| DWR FLOOR GLOW LIGHTS (3) | $3,000 | |
| WEST ELM QUEEN BEDFRAME | $1,000 | |
| QUEEN MATTRESS | $1,000 | |
| 10' TREE VASE | $5,000 | C |
| GE WASHER AND DRYER | $2,000 | |
| WOODEN RUG | $800 | |
| MULTI CIRCLE WALL MIRROR | $5,000 | |
| INDIAN WOOD CHEST (2) | $7,000 | |
| INDIAN WOOD ARMOUR | $5,000 | C |
| INDIAN 10' DOORS (2) | $16,000 | C |
| ANGELA ADAMS 5X7' WOOL RUG | $3,000 | |
| DWR WHITE CUBE STORAGE (4) | $1,000 | |
| WHITE CUBE BATHROOM STORAGE (2) | $1,200 | |
| B&O STEREO BEO 9000 | $3,500 | |
| B&O BEO 8000 FLOOR SPEAKERS (2) | $3,000 | |
| DWR BED FLOOR LAMP | $1,000 | |
| MOB SILVER FLOOR RETRO LAMPS (2) | $5,000 | C |

87

| | |
|---|---|
| LEATHER SHAG RUG | $1,000 |
| DWR METAL BOX SHELVES | $3,000 |
| ASSORTED PILLOWS (12) | $2,500 |
| BODUM GLASSES (96) | $7,200 |
| BODUM WHITE DISHES (SET OF 12) | $3,600 |
| WILLIAM SONOMA POTS PANS (24+) | $4,000 |
| WILLIAM SONOMA KNIFE SET | $1,000 |
| BODUM SILVERWARE (SET OF 24) | $2,400 |
| BLENDER | $300 |
| JUICER | $1,000 |
| TOASTER | $300 |
| COFFEE MAKER/EXPRESSO | $500 |
| 48" SONY TV BEDROOM | $1,500 |
| SIMPLE LIFE TRASH CANS (3) | $750 |

**TOTAL LOSS**            **$209,850**

| ITEMS STOLEN – TODD GOLDMAN | FMV   CONFIRM PER MAYA |
|---|---|
| WHITE MODERN DOG | $1,000 |
| MICKEY MOUSE PAINTING 5X6' | $10,000 |
| WHITE COW PARADE COW | $10,000 IRREPLACABLE |
| LITHO ARTIST PROOFS (25 X 35 X $1,500) | $719,250 IRREPLACABLE |
| BLACK ARCHITECT FILING CABINET | $2,500 |
| SMOKING KILLS PRINTS (12 X $1,500) | $18,000 IRREPLACABLE |

| | |
|---|---|
| GOLD DIGGER PRINT | $2,000 IRREPLACABLE |
| WOODEN AFRICAN SHOVEL | $500 IRREPLACABLE |
| WOODEN AFRICAN BOWL | $800  IRREPLACABLE |
| AFRICAN VASES (6) | $3000 IRREPLACABLE |
| AFRICAN MASKS (12) | $25,000 IRREPLACABLE |
| AFRICAN SPEARS (6) | $3,000 IRREPLACABLE |
| AFRICAN PHOTOS (6) | $1,200 IRREPLACABLE |
| AFRICAN STEP LADDER | $5,000 IRREPLACABLE |
| AFRICAN 15' WOOD GIRAFFE | $2,000 IRREPLACABLE |
| METAL GOAT | $600 |
| METAL MAN STATUE | $1,500 BROKEN |
| B&B ITALIA RUBBER FOOT | $10,000 DESTROYED |

**TOTAL LOSS**                    **$815,350**

**GRAND TOTAL LOSS**         **$1,025,200**