Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
Dylan J. Yamamoto (SBN 324601)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
aram.ordubegian@arentfox.com
annie.stoops@arentfox.com
dylan.yamamoto@arentfox.com

*Proposed* Special Litigation Counsel
for David Seror, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:18-bk-12979-MB |
| TODD HARRIS GOLDMAN, | Chapter 7 |
| Debtor. | |
| DAVID SEROR, Chapter 7 Trustee, | Adv. Case No. 1:20-ap-01118-MB |
| Plaintiff, | **PROOF OF SERVICE RE:** |
| v. | **1. COMPLAINT FOR: 1) DECLARATORY RELIEF; 2) AVOIDANCE OF FRAUDULENT TRANSFERS WITH ACTUAL INTENT; 3) AVOIDANCE OF CONSTRUCTIVELY FRAUDULENT TRANSFERS; 4) RECOVERY AND PRESERVATION OF AVOIDED TRANSFERS; 5) CONVERSION; 6) TURNOVER; AND 7) ACCOUNTING;** |
| TODD HARRIS GOLDMAN, an individual, MAYA HAMBLET, an individual, MATTHEW ROCH ARGALL, an individual, ROY REVIVO, an individual, ANDREW GOLDMAN, an individual, DAVID & GOLIATH, INC., a Florida profit corporation, NERF PONG PRODUCTIONS, LLC, a Florida limited liability company, and THE ROSS ART GROUP INC., a New York domestic business corporation, | **2. SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]; STATUS CONFERENCE PROCEDURES FOR THE HON. MARTIN R. BARASH; and** |
| Defendants. | **3. NOTICE THAT COMPLIANCE WITH RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 7026 1 IS REQUIRED** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*):
- **COMPLAINT FOR: 1) DECLARATORY RELIEF; 2) AVOIDANCE OF FRAUDULENT TRANSFERS WITH ACTUAL INTENT; 3) AVOIDANCE OF CONSTRUCTIVELY FRAUDULENT TRANSFERS; 4) RECOVERY AND PRESERVATION OF AVOIDED TRANSFERS; 5) CONVERSION; 6) TURNOVER; AND 7) ACCOUNTING;**
- **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]; STATUS CONFERENCE PROCEDURES FOR THE HON. MARTIN R. BARASH; and**
- **NOTICE THAT COMPLIANCE WITH RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 7026 1 IS REQUIRED**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **12/10/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/10/2020 | YVONNE LI | /s/ Yvonne Li |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

AFDOCS/21684292.1

**2.  SERVED BY UNITED STATES MAIL**:

**DEFENDANTS**

Todd Harris Goldman
1313 5th Ave N #7
Nashville, TN 37208

Maya Hamblet
16209 Villarreal De Avila
Tampa, FL 33613-1083

Maya Hamblet
825 Indian Rocks Rd,
Belleair, FL 33756-1083

Matthew Roch Argall
16209 Villarreal De Avila
Tampa, FL 33613-1083

Matthew Roch Argall
825 Indian Rocks Rd
Belleair, FL 33756-1083

Roy Revivo
8401 Wyndham Rd
Los Angeles, CA 90046-1537

Roy Revivo
12358 Tiara St.
Valley Village, CA 91607-1123

Andrew Goldman
1714 Cypress Ave
Belleair, FL 33756

David & Goliath, Inc.
c/o Chestnut Business Services, LLC
911 Chestnut Street
Clearwater, FL 33756

David & Goliath, Inc.
Attn: Lenore Goldman, President and Director
1419 S Martin Luther King Jr. Ave
Clearwater, FL 33756

Nerf Pong Productions, LLC
Attn: Andrew Goldman, Manager and Registered Agent
1714 Cypress Ave
Belleair, FL 33756

The Ross Art Group Inc.
c/o Skwiersky, Alpert & Bressler
462 7th Avenue, 23rd Floor
New York, NY, 10018

The Ross Art Group Inc.
Attn: Martin Ross, Chief Executive Officer
532 Madison Avenue, 4th Floor
New York, NY, 10022

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

Aram Ordubegian (SBN 185142)
Annie Y. Stoops (SBN 286325)
Dylan J. Yamamoto (SBN 324601)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:     213.629.7400
Facsimile:      213.629.7401
aram.ordubegian@arentfox.com
annie.stoops@arentfox.com
dylan.yamamoto@arentfox.com

*Proposed* Special Litigation Counsel
for David Seror, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>TODD HARRIS GOLDMAN,<br><br>Debtor. | Case No. 1:18-bk-12979-MB<br><br>Chapter 7 |
| DAVID SEROR, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>TODD HARRIS GOLDMAN, an individual, MAYA HAMBLET, an individual, MATTHEW ROCH ARGALL, an individual, ROY REVIVO, an individual, ANDREW GOLDMAN, an individual, DAVID & GOLIATH, INC., a Florida profit corporation, NERF PONG PRODUCTIONS, LLC, a Florida limited liability company, and THE ROSS ART GROUP INC., a New York domestic business corporation,<br><br>Defendants. | Adv. Case No. 1:20-ap-_____-MB<br><br>**COMPLAINT FOR:**<br><br>1) **DECLARATORY RELIEF;**<br><br>2) **AVOIDANCE OF FRAUDULENT TRANSFERS WITH ACTUAL INTENT;**<br><br>3) **AVOIDANCE OF CONSTRUCTIVELY FRAUDULENT TRANSFERS;**<br><br>4) **RECOVERY AND PRESERVATION OF AVOIDED TRANSFERS;**<br><br>5) **CONVERSION;**<br><br>6) **TURNOVER; AND**<br><br>7) **ACCOUNTING**<br><br>[SUMMONS TO BE ISSUED] |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

4

1   David Seror, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of

2   debtor Todd Goldman (the "Debtor"), complaining of the Debtor, Maya Hamblet, Matthew Roch

3   Argall, Roy Revivo, Andrew Goldman, David & Goliath, Inc., Nerf Pong Productions, LLC, and

4   The Ross Art Group Inc. (collectively, the "Defendants"), alleges as follows:

5                   **I.      NATURE OF ACTION AND JURISDICTION**

6       1.      The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157(b)(2)(A),

7   (E), (H) and (O), 1334(b), and General Order No. 13-05 of the District Court for the Central District

8   of California, because this is a core proceeding related to the bankruptcy case of *In re Todd*

9   *Goldman,* Case No. 1:18-bk-12979-MB, pending before the United States Bankruptcy Court for

10  the Central District of California, San Fernando Valley Division.  Venue properly lies in this

11  judicial district pursuant to 28 U.S.C. § 1409(a), in that the instant proceeding is related to the

12  Debtor's pending bankruptcy case.  The Trustee consents to final orders or judgment by the

13  Bankruptcy Court.

14      2.      This is an adversary proceeding brought pursuant to Title VII of the Federal Rules

15  of Bankruptcy Procedure to recover certain transfers of personal property made by the Debtor to

16  certain of the Defendants and related relief.  The Trustee seeks entry of a judgment avoiding the

17  transfers at issue pursuant to 11 U.S.C. §§ 544 and/or 548 and recovering the transfers pursuant to

18  11 U.S.C. § 550.

19      3.      Additionally, this adversary proceeding seeks declaratory relief as to the nature and

20  extent of the Debtor's ownership interest in David & Goliath, Inc. and Nerf Pong Productions, LLC

21  and/or the Debtor's interest in royalties and commissions received by those entities on account of

22  the Debtor's prepetition intellectual property.

23                          **II.      THE PARTIES**

24      4.      The Trustee brings this action solely in his capacity as Chapter 7 Trustee of the

25  Debtor's estate.

26      5.      Todd Goldman is the Debtor in this bankruptcy case and resided in Los Angeles,

27  California as of the petition date.  On information and belief, the Debtor now resides in Nashville,

28  Tennessee.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

6.      Maya Hamblet ("Hamblet") is an individual, and on information and belief, a resident of Tampa, Florida.

7.      Matthew Roch Argall ("Argall") is an individual, and on information and belief, a resident of Belleair, Florida.

8.      Roy Revivo ("Revivo") is an individual, and on information and belief, a resident of Los Angeles, California.

9.      Andrew Goldman ("A. Goldman") is the Debtor's brother, and on information and belief, a resident of Florida.

10.     David & Goliath, Inc. ("D&G") is a Florida profit corporation incorporated by the Debtor on or around January 26, 2000.

11.     Nerf Pong Productions, LLC ("Nerf Pong") is a Florida limited liability company organized by A. Goldman on or around June 1, 2018.

12.     The Ross Art Group Inc. ("Ross Art Group") is a New York domestic business corporation.

### III.      GENERAL ALLEGATIONS

**A.      Background**

13.     The Debtor is an artist and author who creates, among other things, paintings and children's books.

14.     On information and belief, on or around January 26, 2000, the Debtor incorporated D&G to manage and license the Debtor's intellectual property related to the Debtor's artwork.

15.     From 2000 to 2014, the Annual Reports filed with the Florida Secretary of State named the Debtor as the President of D&G and one of its directors.

16.     On information and belief, although the Debtor is no longer listed as a director of D&G, the Debtor has consistently held himself out as the owner of D&G.

17.     On information and belief, on or around January 2, 2002, the Debtor signed a Work for Hire Agreement with D&G (the "2002 Agreement"). Under the 2002 Agreement, the Debtor was to be employed by D&G to develop and design creative content, concepts, digital art, books, paintings, graphics, products, character and entertainment properties, including the scripting and

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

1  animation and other ideas and concepts, and was to be paid for his work as a salaried employee.

2      18.    On information and belief, on or around January 1, 2005, the Debtor and D&G

3  entered into an Artwork Work for Hire Agreement (the "2005 Agreement").  Under the 2005

4  Agreement, D&G paid the Debtor $1.00 for all rights in and to the Debtor's artworks known as

5  "Boys are Stupid, Throw Rocks at Them" and "Girls Are Weirdoes, But They Smell Pretty."

6  However, the Debtor retained the rights in and to any books created from the artwork.

7      19.    On information and belief, notwithstanding the 2002 Agreement, the Debtor and his

8  father, one of D&G's former directors, had a separate agreement that the Debtor would receive

9  50% of the proceeds from the intellectual property created by the Debtor in addition to salary as an

10  "employee."

11     20.    On information and belief, in apparent accordance with the 2002 Agreement, from

12  2002 through the present date, the Debtor has been receiving income from D&G amounting to his

13  50% of proceeds from the Debtor's intellectual property.

14     21.    On information and belief, the Debtor has a legal or equitable ownership in the

15  intellectual property listed in **Exhibit 1** attached hereto and incorporated herein in full by this

16  reference (the "Intellectual Property"). The Intellectual Property is either held directly by the

17  Debtor or for his benefit through D&G.

18     22.    On information and belief, from approximately 2015 to 2019, A. Goldman

19  controlled D&G.  During that time – and in an attempt to shield the Debtor's income from his

20  creditors – D&G  paid the Debtor through the Debtor's PayPal account.

21     23.    On information and belief, on or around February 2, 2017, D&G and Entertainment

22  Retail Enterprises, LLC ("ERE") entered into a licensing agreement whereby D&G granted ERE a

23  license to certain prepetition Intellectual Property of the Debtor (the "ERE Agreement").  Pursuant

24  to which, ERE is to pay D&G guaranteed minimum payments during each year of the agreement,

25  ranging from $100,000 to $150,000.  In addition, ERE is to pay D&G earned royalties at the end

26  of each calendar year. The initial term of the ERE Agreement is from January 1, 2017 to December

27  31, 2026.

28     24.    On information and belief, the Debtor receives 50% of the proceeds from the ERE

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

1   Agreement paid to D&G via A. Goldman.

2        25.     On information and belief, on or around June 1, 2018, at the Debtor's direction, A.

3   Goldman organized Nerf Pong to manage and license the Debtor's prepetition Intellectual Property

4   related to the Debtor's artwork.[1]

5        26.     On information and belief, on or around January 1, 2019 and at A. Goldman's

6   direction, Nerf Pong and D&G entered into a licensing agreement whereby D&G granted Nerf

7   Pong a license to certain prepetition Intellectual Property of the Debtor.

8        27.     On information and belief, the Debtor is receiving income from Nerf Pong on

9   account of proceeds from his prepetition Intellectual Property.

10       28.     On information and belief, in or around the Spring of 2020, the Debtor signed with

11  Firefly Brand Management regarding licensing and product opportunities of the Debtor's

12  prepetition Intellectual Property, which is property of the estate.

13       29.     On information and belief, the Debtor has been selling paintings he created prior to

14  the petition date, which paintings are property of the Debtor's bankruptcy estate, through the

15  website www.toddart.co.uk.

16  **B.**      **The Dissolution Action and Collection Efforts**

17       30.     On information and belief, the Debtor and Nicole Goldman ("N. Goldman") were

18  married on April 3, 2011.

19       31.     On October 28, 2014, N. Goldman initiated marital dissolution proceedings against

20  the Debtor by filing a Petition for Dissolution of Marriage in the Superior Court for the County of

21  Los Angeles (the "State Court"), in that certain action entitled *Nicole Goldman v. Todd Goldman*,

22  Los Angeles County Superior Court case number BD610524 (the "Dissolution Action").

23       32.     On information and belief, in the Dissolution Action, N. Goldman and her counsel

24  obtained several orders against the Debtor, including, but not limited to, the following:

25        a.    On August 12, 2015, the State Court entered an order requiring the Debtor to pay

26              $65,000 to N. Goldman's counsel, Brot & Gross, LLP, as his contributive share of

27

28  _____

[1] To the extent that the Debtor executed a work for hire agreement with Nerf Pong, the Trustee reserves the right to
challenge such agreement in connection with this action.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

N. Goldman's attorney and accountant fees and costs (the "August Order"). Pursuant to the August Order, the Debtor was to make the $65,000 payment on or before October 28, 2015. A true and correct copy of the August Order is attached hereto as **Exhibit 2** and incorporated herein in full by this reference.

    b.  On February 22, 2016, the State Court entered an order compelling the Debtor to respond to discovery propounded by N. Goldman in the Dissolution Action and awarding monetary sanctions against the Debtor in the amount of $3,130 payable to Brot & Gross, LLP on or before February 5, 2016 (the "February Order"). A true and correct copy of the February Order is attached hereto as **Exhibit 3** and incorporated herein in full by this reference.

    c.  On September 13, 2016, the State Court entered an order stating that the August Order remained due, owing, and unpaid, and requiring the Debtor to pay Brot & Gross, LLP an additional $121,600 for N. Goldman's attorneys' fees and costs (the "September Order," collectively with the August Order and February Order, the "Orders"). A true and correct copy of the September Order is attached hereto as **Exhibit 4** and incorporated herein in full by this reference.

    d.  On information and belief, the State Court ordered the Debtor to pay spousal support and child support to N. Goldman, and at all relevant time herein, the Debtor was not timely paying these domestic support obligations (the "Domestic Support Obligations").

33.  On information and belief, after obtaining the Orders and Domestic Support Obligations, Brot & Gross, LLP, on behalf of N. Goldman, began taking actions to collect the amounts owed by Debtor, including, but not limited to, the following:

    a.  On or around November 10, 2015, Brot & Gross, LLP recorded an Abstract of Judgment against the Debtor in California based on the August Order (the "California Judgment"). A true and correct copy of the California Judgment is attached hereto as **Exhibit 5** and incorporated herein in full by this reference.

    b.  On or around July 21, 2016, Brot & Gross, LLP served a writ of execution to enforce

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 6 -

the California Judgment.

    c. On or around September 16, 2016, Brot & Gross, LLP recorded an Abstract of Judgment against the Debtor in Florida based on the California Judgment.

    d. On or around October 17, 2016, Brot & Gross, LLP served a Writ of Garnishment on Hamblet and Argall (the "October Writ"). A true and correct copy of the October Writ is attached hereto as **Exhibit 5** and incorporated herein in full by this reference.

    e. In or around November 2016, Brot & Gross, LLP conducted a deposition of the Debtor.

    f. In or around December 2016, Brot & Gross, LLP conducted a deposition of Goldman.

    g. In or around January 2017, Brot & Gross, LLP served another Writ of Garnishment on Hamblet and Argall (the "January Writ," together with the October Writ, the "Writs of Garnishment").

    h. On or around January 27, 2017, Brot & Gross, LLP conducted a deposition of Hamblet regarding the Writs of Garnishment.

34. On information and belief, the Orders and Domestic Support Obligations as well as N. Goldman and her counsel's efforts to collect thereon, precipitated the Debtor to create a scheme to delay, hinder, or defraud his creditors by concealing his assets, including his interest in D&G and his Intellectual Property, and transferring his personal property to several of the defendants named herein in an attempt to shield those assets from the reach of his creditors.

**C.**   **Debtor's Fraudulent Transfer of 1,000 Paintings**

35. On information and belief, in or around December 2016, the Debtor removed approximately 1,000 of his paintings from the D&G warehouse and temporarily placed those paintings at the ERE Distribution Center in Apopka, Florida.

36. On information and belief, the Debtor moved the paintings to hide them from N. Goldman and her counsel in light of the numerous orders and writs detailed above.

37. On information and belief, in early 2017, the Debtor entered into negotiations with Revivo regarding approximately 900 of those paintings (the "900 Paintings").

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 7 -

38.     On information and belief, the Debtor and Revivo came to an oral agreement that Revivo would loan $100,000 to the Debtor and the Debtor would transfer the 900 Paintings to Revivo as collateral (the "Revivo Agreement").

39.     On information and belief, Revivo advanced $10,000 of that loan to the Debtor.

40.     On information and belief, on March 16, 2017, the Debtor caused the 900 Paintings to be shipped from the ERE Distribution Center to Revivo at 5938 Laurel Canyon Blvd., Valley Village, California 91607 (the "March 2017 Revivo Transfer").  A true and correct copy of the Bill of Lading is attached hereto as **Exhibit 6** and incorporated herein in full by this reference.

41.     On information and belief, the fair market value of the 900 Paintings was approximately $900,000 at the time of the March 2017 Revivo Transfer.

42.     On information and belief, as compared to the value of the 900 Paintings, the Debtor received nominal consideration of $10,000 for the March 2017 Revivo Transfer.

43.     On information and belief, once the 900 Paintings arrived in Los Angeles, Revivo refused to fund the remaining $90,000 under the Revivo Agreement unless the Debtor agreed to split the proceeds from the 900 Paintings with Revivo, which the Debtor refused.

44.     On information and belief, Revivo has possession, custody or control of the 900 Paintings.

45.     On information and belief, in or around July 2017, the Debtor transferred the remaining 100 paintings located at the ERE Distribution Center ("100 Paintings") to Ross Art Group ("July 2017 Transfer").

46.     On information and belief, the fair market value of the 100 Paintings was approximately $100,000 at the time of the July 2017 Transfer.

47.     On information and belief, as compared to the value of the 100 Paintings, the Debtor received nominal consideration, if any, in exchange for the July 2017 Transfer.

48.     On information and belief, the Debtor was insolvent on the dates of the March 2017 Revivo Transfer and the July 2017 Transfer or became insolvent as a result of those transfers.

49.     Based on the circumstances of the March 2017 Revivo Transfer and the July 2017 Transfer, the Trustee is informed and believes, and based thereon alleges, that those transfers were

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 8 -

1  made by the Debtor with the actual intent to hinder, delay, or defraud his creditors, because, among

2  other things: (i) the transfers were made after N. Goldman's counsel began collection efforts; (ii)

3  the Debtor did not disclose the true nature of the transfers in his Schedules or Statement of Financial

4  Affairs; (iii) the Debtor does not appear to have received reasonably equivalent value in exchange

5  for the transfers; and (iv) the Debtor was insolvent at the time of the transfers or became insolvent

6  as a result of the transfers.

7  **D.**    **Debtor's Concealment and Fraudulent Transfer of Artwork and Furniture**

8        50.    On information and belief, the Debtor resided at 565 Bayview Drive, Belleair,

9  Florida 33756 (the "Bayview Property") from approximately 2004 until relocating to Los Angeles,

10  California in or around 2012.

11        51.    On information and belief, artwork and furniture was located in the Bayview

12  Property with a fair market value of approximately $1,000,000 as of March 2017 (the "Bayview

13  Furnishings"). A true and correct copy of a list of the Bayview Furnishings is attached hereto as

14  **Exhibit 7** and incorporated herein in full by this reference.

15        52.    On information and belief, in or around March 2016, the Debtor listed the Bayview

16  Property for rent, fully furnished with the Bayview Furnishings, through the website Airbnb.

17        53.    On information and belief, on or about March 23, 2016, Hamblet contacted the

18  Debtor via Airbnb and Facebook regarding leasing the Bayview Property.

19        54.    On information and belief, the Debtor, Hamblet and Argall entered into an oral

20  agreement wherein the Debtor agreed to lease the Bayview Property to Hamblet and Argall for

21  $10,000 per month less repairs, plus a $10,000 security deposit.

22        55.    On information and belief, in or around April 2016, Hamblet and Argall moved into

23  the Bayview Property, and began paying the monthly lease obligation to the Debtor.

24        56.    On information and belief, in or around October 2016, Brot & Gross, LLP sent

25  Hamblet and Argall letters regarding garnishment of the monthly lease obligation and the Bayview

26  Furnishings.

27        57.    On information and belief, on or around October 17, 2016 and January 2017, Brot

28  & Gross, LLP served the Writs of Garnishment on Hamblet and Argall.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 9 -

1    58.    On or around January 27, 2017, Brot & Gross, LLP conducted a deposition of

2  Hamblet regarding the Writs of Garnishment.

3    59.    On information and belief, from January 2017 to February 2017, pursuant to the

4  Writs of Garnishment, Hamblet and Argall paid $6,500 each month to Brot & Gross, LLP.

5    60.    On information and belief, in or around March 2017, the Debtor transferred some

6  of the Bayview Furnishings to Hamblet and Argall in exchange for the $10,000 security deposit

7  (the "March 2017 Bayview Transfer").

8    61.    On information and belief, the Bayview Furnishings transferred to Hamblet and

9  Argall included, among other things, the Debtor's hand-signed limited edition lithographs valued

10  in the aggregate amount of approximately $719,250.

11    62.    On information and belief, as compared to the value of the Bayview Furnishings

12  transferred, the Debtor received merely nominal consideration of $10,000 in exchange for the

13  March 2017 Bayview Transfer.

14    63.    On information and belief, the Debtor transferred some of the Bayview Furnishings

15  to A. Goldman, including but not limited to, his African art collection, his vintage TWA poster

16  collection, a Leo Ray oil painting, a painting by Gabriel Nicolet, a Campbell's Soup painting and

17  some of the Debtor's original artwork (the "A. Goldman Transfers").

18    64.    On information and belief, the fair market value of the Debtor's African art

19  collection was approximately $40,500 on the date of the A. Goldman Transfers.

20    65.    On information and belief, as compared to the value of the Debtor's African art

21  collection and the other artwork transferred, the Debtor received nominal consideration, if any, in

22  exchange for the A. Goldman Transfers.

23    66.    On information and belief, A. Goldman has possession, custody or control of the

24  artwork transferred to him.

25    67.    On information and belief, the Debtor retained possession of some of the Bayview

26  Furnishings, including, but not limited to, two vintage 1930's film lot lights worth approximately

27  $5,000 each, an original Porky Pig from a 1920's carnival ride, and some African art, all of which

28  constitute property of the Debtor's bankruptcy estate.

68.     On information and belief, the Debtor has concealed these assets from his creditors by falsely claiming that they were stolen by Hamblet and Argall.

69.     On information and belief, on or around July 6, 2017, Hamblet and Argall terminated their lease of the Bayview Property, and moved out of the property taking with them the Bayview Furnishings.

70.     On information and belief, on or around July 15, 2017, the Debtor caused a complaint for theft to be filed with the Belleair Police Department, alleging that Hamblet and Argall stole the Bayview Furnishings (the "Police Report").

71.     According to the Police Report, on or around August 11, 2017, detectives from the Belleair Police Department interviewed Hamblet and Argall at their new residence regarding the alleged theft of the Bayview Furnishings.

72.     According to the Police Report, while in Hamblet and Argall's new residence, the detectives observed several of the items the Debtor alleged were stolen by Hamblet and Argall, including a large wooden hutch, a set of 12 foot decorative doors, Cassina couches, a large Buddha, a large mirror, a life size cow, and a Mickey Mouse painting.

73.     According to the Police Report, during the interview, Hamblet showed the detectives text messages and photographs exchanged with the Debtor evidencing their negotiations regarding the March 2017 Bayview Transfer.

74.     On information and belief, the Debtor caused the Police Report to be filed in an attempt to shield his assets and conceal the fraudulent nature of the March 2017 Bayview Transfer and the A. Goldman Transfers in furtherance of his scheme to hinder, delay, or defraud his creditors.

**E.      The Debtor's Bankruptcy Case**

75.     On December 11, 2018, the Debtor filed a voluntary chapter 7 petition, initiating Bankruptcy Case No. 1:18-bk-12979-MB. On December 26, 2018, the Debtor filed his Schedules and Statement of Financial Affairs [Bankruptcy Case, Doc. 9].

76.     In his schedule A/B, the Debtor represented that he owned personal property in the aggregate amount of $7,505, including $1,000 in household goods and furnishings and $2,000 in collectibles of value. In response to Question No. 33, "Claims against third parties, whether or not

1  you have filed a lawsuit or made a demand for payment," the Debtor answered "Potential claim

2  against former tenants Maya Hamblet and Matthew Argall who stole approximately $200,000 in

3  furniture and $800,000 in art print from 565 Bayview Drive, Belleair, FL."

4       77.    On information and belief, the Debtor made the claim in his schedule A/B that

5  Hamblet and Argall "stole" the Bayview Furnishings in furtherance of the Debtor's scheme to

6  hinder, delay, or defraud his creditors.

7       78.    On information and belief, the Debtor was insolvent on the dates of the March 2017

8  Bayview Transfer and the A. Goldman Transfers or became insolvent as a result of those transfers.

9       79.    Based on the circumstances of the March 2017 Bayview Transfer and the A.

10  Goldman Transfer, the Trustee is informed and believes, and based thereon alleges, that the

11  transfers were made by the Debtor with the actual intent to hinder, delay, or defraud his creditors,

12  because, among other things: (i) the transfers were made after N. Goldman's counsel began

13  collection efforts; (ii) the Debtor caused the Police Report to be filed to conceal the fraudulent

14  nature of the transfers from his creditors; (iii) the Debtor did not disclose the true nature of the

15  transfers in his Schedules or Statement of Financial Affairs; (iv) the Debtor does not appear to have

16  received reasonably equivalent value in exchange for the transfers; and (v) the Debtor was insolvent

17  at the time of the transfers or became insolvent as a result of the transfers.

18  **F.**    **Revivo's Conversion of the Proceeds of the 900 Paintings**

19       80.    On information and belief, after the Debtor filed bankruptcy, Revivo began selling

20  the 900 Paintings without the Debtor's or the Trustee's consent.

21       81.    On information and belief, the proceeds from the sale of the 900 Paintings are

22  property of the Estate.

23       82.    On information and belief, Revivo has converted the proceeds from the sale of the

24  900 Paintings for his own benefit, the exact amount of which according to proof at trial.

25  **FIRST CLAIM FOR RELIEF**

26  **Declaratory Relief Against Defendants D&G and Nerf Pong**

27  **[28 U.S.C. § 2201]**

28       83.    Plaintiff repeats and realleges each of the allegations set forth above as if fully set

1    forth herein.

2        84.      An actual controversy exists as between Plaintiff and defendants D&G and Nerf

3    Pong, in that:

4            a.   D&G claims that it owns all rights and interest to the Intellectual Property;

5            b.   Nerf Pong claims that the Debtor has no interest in Nerf Pong;

6            c.   Plaintiff contends that the Debtor owns at least a 50% interest in the rights and

7                interests to the Intellectual Property; and

8            d.   Plaintiff contends that the Debtor owns at least an equitable interest in Nerf Pong to

9                the extent that Nerf Pong is receiving proceeds from the Debtor's Intellectual

10                Property.

11        85.      Because of the adverse positions of Plaintiff and defendants D&G and Nerf Pong, a

12    dispute exists as to the Parties' rights, claims, interests, and obligations in the Intellectual Property.

13    Based thereon, Plaintiff seeks an order of the Bankruptcy Court determining:

14            a.   The nature and extent of the Debtor's interest in D&G;

15            b.   The nature and extent of the Debtor's interest in Nerf Pong;

16            c.   The nature and extent of the Debtor's interest in the Intellectual Property; and

17            d.   The nature and extent of the Debtor's interest in the proceeds from the Intellectual

18                Property.

19        86.      An actual controversy exists between the Parties as heretofore stated, the

20    determination of which will impact the value of the Debtor's assets in this bankruptcy estate.

21                  **SECOND CLAIM FOR RELIEF**

22    **Avoidance of Actual Fraudulent Transfer Against Defendants Revivo, Ross Art Group,**

23                  **Hamblet, Argall, and A. Goldman**

24            **[11 U.S.C. §§ 544(b) and 550; and Fla. Stat. Ann. § 726.105(1)(a)]**

25        87.      Plaintiff repeats and realleges each of the allegations set forth above as if fully set

26    forth herein.

27        88.      The March 2017 Revivo Transfer, the March 2017 Bayview Transfer, the July 2017

28    Transfer, and the A. Goldman Transfers (collectively, the "Transfers") were made with the actual

intent to hinder, delay, or defraud creditors of the Debtor.

89.     The Debtor received nominal consideration in exchange for each of the Transfers.

90.     The Debtor effectuated each of the Transfers with the intent to prevent N. Goldman's counsel and/or N. Goldman from being able to collect on the Orders.

91.     The Debtor caused the Police Report to be filed with the express purpose of shielding the Bayview Furnishings and concealing the fraudulent nature of the March 2017 Bayview Transfer and the A. Goldman Transfers from the Debtor's creditors.

92.     At all relevant times, the Transfers of the Debtor's personal property are avoidable as fraudulent pursuant to 11 U.S.C. §§544(b) and 550, and Fla. Stat. Ann. § 726.105(1)(a) by one or more creditors who held and hold unsecured claims against the Debtor that were and are allowable against his Estate under 11 U.S.C. § 502 or that were not and are not allowable only under 11 U.S.C. § 502(e).

93.     By reason of the foregoing, the Trustee may avoid the Transfers under 11 U.S.C. § 544(b) and Fla. Stat. Ann. § 726.105(1)(a).

### THIRD CLAIM FOR RELIEF

**Avoidance of Actual Fraudulent Transfer Against Defendants Revivo, Ross Art Group, Hamblet, Argall, and A. Goldman**

**[11 U.S.C. §548(a)(1)(A)]**

94.     Plaintiff repeats and realleges each of the allegations set forth above as if fully set forth herein.

95.     The Transfers of the Debtor's personal property to Revivo, Ross Art Group, Hamblet, Argall, and Goldman occurred within the two (2) years prior to the Petition Date.

96.     Accordingly, the Transfers are avoidable, and should be avoided, as fraudulent pursuant to 11 U.S.C. § 548(a)(1)(A).

///

///

///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 14 -

## FOURTH CLAIM FOR RELIEF

### AVOIDANCE OF CONSTRUCTIVELY FRAUDULENT TRANSFER Against Defendants

### Revivo, Ross Art Group, Hamblet, Argall, and Andrew

### [11 U.S.C. §§ 544(B), 548(A)(1)(B) AND 550; AND Fla. Stat. Ann. § 726.105(1)(b)]

97.     Plaintiff repeats and realleges each of the allegations set forth above as if fully set forth herein.

98.     The Debtor did not receive reasonably equivalent value in exchange for any of the Transfers of the Debtor's personal property.

99.     The Debtor received a nominal $10,000 for the 900 Paintings, which were worth approximately $900,000 at the time of the March 2017 Revivo Transfer.

100.    The Debtor received a nominal $10,000 for the Bayview Furnishings, which were worth at least $719,250 at the time of the March 2017 Bayview Transfer.

101.    The Debtor received nominal consideration, if any, for the 100 Paintings, which were worth approximately $100,000 at the time of the July 2017 Transfer.

102.    The Debtor received nominal consideration, if any, for the personal property transferred to A. Goldman, which was worth at least $40,500 on the date of the A. Goldman Transfers.

103.    At the time of each of the Transfers, the Debtor either:

a.   Was insolvent on the dates the Transfers were made, or became insolvent as a result thereof;

b.   Was engaged or was about to engage in a business or a transaction for which any property remaining of the Debtor was of unreasonably small capital; or

c.   Intended to incur, or believed that he would incur, debts beyond his ability to pay as such debts matured.

104.    On information and belief, the Debtor was insolvent, or became insolvent as a result of each of the Transfers.

105.    On information and belief, the Debtor was not paying at least the following debts as they came due:

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 15 -

a.  The Domestic Support Obligations;

b.  A debt of approximately $33,070.26 owed to his former counsel, Weintraub and Selth;

c.  Attorneys' fees and costs ordered paid by the State Court in connection with the Dissolution Action; and

d.  American Express Card charges.

106.    On information and belief, there exist other creditors of the Debtor whose claims arose before each of the Transfers were made.

107.    Accordingly, the Transfers are avoidable, and should be avoided, as constructively fraudulent pursuant to 11 U.S.C. §§544(b), 548(a)(1)(B) and 550, and Fla. Stat. Ann. § 726.105(1)(b).

### FIFTH CLAIM FOR RELIEF

**Recovery and Preservation of Avoided Transfers Against Defendants Revivo, Ross Art Group, Hamblet, Argall, and A. Goldman**

**[11 U.S.C. §§ 550, 551; AND Fla. Stat. Ann. § 726.105]**

108.    Plaintiff repeats and realleges each of the allegations set forth above as if fully set forth herein.

109.    The Transfers, and each of them, were either (i) incurred and made with the actual intent to hinder, delay, or defraud creditors of the Debtor; or (ii) were made for less than reasonably equivalent value when the Debtor was insolvent or not paying his debts as they came due.

110.    Accordingly, each of the Transfers made by the Debtor should be avoided as fraudulent as set forth in the Trustee's Second through Fourth Claims, above, and such property, or the value thereof, should be recovered and preserved for the benefit of the Estate pursuant to 11 U.S.C. § 550 and Fla. Stat. Ann. § 726.105.

### SIXTH CLAIM FOR RELIEF

**Conversion Against Defendants Revivo, Hamblet, and Argall**

111.    Plaintiff repeats and realleges each of the allegations set forth above as if fully set forth herein.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 16 -

112.    After the Debtor filed his chapter 7 bankruptcy petition, Revivo began selling the 900 Paintings.

113.    Revivo converted the proceeds from the 900 Paintings to his own benefit and use, the exact amount of which according to proof at trial.

114.    To the extent that Hamblet and Argall took the Bayview Furnishings without the Debtor's permission, Hamblet and Argall have converted the Bayview Furnishings to their own benefit and use, the exact amount of which according to proof at trial.

## SEVENTH CLAIM FOR RELIEF

### Turnover of Estate Property Against All Defendants

**[11 U.S.C. § 542]**

115.    Plaintiff repeats and realleges each of the allegations set forth above as if fully set forth herein.

116.    The 900 Paintings are property of the Estate and are not of inconsequential value to the Estate.

117.    The 100 Paintings are property of the Estate and are not of inconsequential value to the Estate.

118.    The Bayview Furnishings are property of the Estate and are not of inconsequential value to the Estate.

119.    The proceeds from the Intellectual Property are property of the Estate and are not of inconsequential value to the Estate.

120.    The Bayview Furnishings retained by the Debtor, including, but not limited to, two vintage 1930's film lot lights worth approximately $5,000 each, an original Porky Pig from a 1920's carnival ride, and some African art, are all property of the Estate that is not of inconsequential value to the Estate.

121.    Accordingly, the Trustee is entitled to a judgment for turnover of the 900 Paintings, the 100 Paintings, the Bayview Furnishings, and proceeds from the Intellectual Property from the Defendants, or the value thereof, the exact amount and/or value of which according to proof at trial.

///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 17 -

## EIGHTH CLAIM FOR RELIEF

### Accounting of Property of the Estate Against All Defendants

### [11 U.S.C. § 542]

122.    Plaintiff repeats and realleges each of the allegations set forth above as if fully set forth herein.

123.    Plaintiff is informed and believes and based thereon alleges that each of the Defendants may have received transfers of prepetition assets of the Debtor and are thus in possession of property of this Estate.

124.    Accordingly, the Defendants, and each of them, are required to account for such property as follows:

a.  The Trustee is entitled to an accounting for all transfers from the Debtor to Revivo prepetition, including the exact identification of which assets were transferred by the Debtor to Revivo, whether Revivo still has possession, custody or control of any of the Debtor's prepetition assets, and whether any prepetition property of the Debtor was sold, transferred or otherwise alienated by Revivo.

b.  The Trustee is entitled to an accounting for all transfers from the Debtor to Ross Art Group prepetition, including the exact identification of which assets were transferred by the Debtor to Ross Art Group, whether Ross Art Group still has possession, custody or control of any of the Debtor's prepetition assets, and whether any prepetition property of the Debtor was sold, transferred or otherwise alienated by Ross Art Group.

c.  The Trustee is entitled to an accounting for all transfers from the Debtor to Hamblet prepetition, including the exact identification of which assets were transferred by the Debtor to Hamblet, whether Hamblet still has possession, custody or control of any of the Debtor's prepetition assets, and whether any prepetition property of the Debtor was sold, transferred or otherwise alienated by Hamblet.

d.  The Trustee is entitled to an accounting for all transfers from the Debtor to Argall prepetition, including the exact identification of which assets were transferred by

1    the Debtor to Argall, whether Argall still has possession, custody or control of any

2    of the Debtor's prepetition assets, and whether any prepetition property of the

3    Debtor was sold, transferred or otherwise alienated by Argall.

4    e.  The Trustee is entitled to an accounting for all transfers from the Debtor to A.

5    Goldman prepetition, including the exact identification of which assets were

6    transferred by the Debtor to A. Goldman, whether A. Goldman still has possession,

7    custody or control of any of the Debtor's prepetition assets, and whether any

8    prepetition property of the Debtor was sold, transferred or otherwise alienated by A.

9    Goldman.

10    f.  The Trustee is entitled to an accounting for all prepetition Intellectual Property in

11    the possession, custody or control of D&G, and whether any prepetition property of

12    the Debtor was sold, transferred or otherwise alienated by D&G postpetition.

13    g.  The Trustee is entitled to an accounting for all prepetition Intellectual Property in

14    the possession, custody or control of Nerf Pong, and whether any prepetition

15    property of the Debtor was sold, transferred or otherwise alienated by Nerf Pong

16    postpetition.

17    h.  Finally, the Trustee is entitled to an accounting for all prepetition assets the Debtor

18    has in his possession, custody or control, and whether any prepetition property of

19    the Debtor was sold, transferred or otherwise alienated by the Debtor postpetition.

20    **PRAYER FOR RELIEF**

21    WHEREFORE, Plaintiff requests judgment on his Complaint as follows:

22    1.    On the First Claim for Relief, a declaratory judgment determining the nature and

23    extent of the Debtor's interest in D&G, Nerf Pong, and the Intellectual Property, and the nature and

24    extent of the Debtor's interest in proceeds from the Intellectual Property;

25    2.    On the Second, Third, Fourth and Fifth Claims for Relief, avoiding and recovering

26    the Transfers of the Debtor's personal property, or the value thereof, for the benefit of the Estate;

27    3.    On the Sixth Claim for Relief, for actual damages in an amount to be proven at trial;

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 19 -

1    4.    On the Seventh Claim for Relief, for turnover of the 900 Paintings, the 100

2    Paintings, the Bayview Furnishings, and proceeds from the Intellectual Property, or the value

3    thereof;

4    5.    On the Eighth Claim for Relief, ordering the Defendants to provide detailed records

5    of transactions involving the Debtor's prepetition assets and account for such property of the estate;

6    6.    For costs of suit; and

7    7.    For such other and further relief as the Court may deem appropriate.

8

9    Dated: December 9, 2020                    **ARENT FOX LLP**

10

11                                        By: */s/ Annie Y. Stoops*

12                                            Aram Ordubegian
                                            Annie Y. Stoops

13                                            Dylan J. Yamamoto
                                            *Proposed* Special Litigation Counsel

14                                            for Chapter 7 Trustee

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 76 through 94 of 94 entries.

previous   1  26  51  76   next

Resort results by: [          ]                                    Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 76 ] | David & Goliath, Inc. | Sweet-n-sour puss. | VAu000629041 | 2004 |
| [ 77 ] | David & Goliath, Inc. | Swirlies are fun! : no. 4084. | VA0001244058 | 2004 |
| [ 78 ] | David & Goliath, Inc. | Trendy Wendy 2006 wall calendar. | TX0006180815 | 2005 |
| [ 79 ] | David & Goliath, Inc. | Types of men, pick one. | VA0001299549 | 2004 |
| [ 80 ] | David & Goliath, Inc. | Wacky world of David & Goliath: sticker-a-day 2005 calendar. | TX0006033674 | 2004 |
| [ 81 ] | David & Goliath, Inc. | Wee wee! : no. 4215. | VA0001244060 | 2004 |
| [ 82 ] | David & Goliath, Inc. | Who farted? : no. 2548. | VA0001256482 | 2004 |
| [ 83 ] | David & Goliath, Inc. | You Rock, You Rule. | VA0001771842 | 2007 |
| [ 84 ] | David & Goliath, Inc. | You smelt it, you dealt it! : no. 2551. | VA0001266074 | 2004 |
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |

21



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 51 through 75 of 94 entries.



Resort results by: [                ]                                    Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 51 ] | David & Goliath, Inc. | Goodbye kitty. | VA0001266045 | 2004 |
| [ 52 ] | David & Goliath, Inc. | Goodbye Kitty 2005 wall calendar. | TX0006101243 | 2004 |
| [ 53 ] | David & Goliath, Inc. | Goodbye Kitty Spring 2002. | VA0001665309 | 2001 |
| [ 54 ] | David & Goliath, Inc. | Guy magnet : no. 4208. | VA0001244059 | 2004 |
| [ 55 ] | David & Goliath, Inc. | Have a smelly valentines! : no. 4424. | VA0001244057 | 2004 |
| [ 56 ] | David & Goliath, Inc. | I just wanted some cheese : no. 4000. | VA0001266069 | 2004 |
| [ 57 ] | David & Goliath, Inc. | I only wipe when it starts to itch : no. 2549. | VA0001256491 | 2004 |
| [ 58 ] | David & Goliath, Inc. | If boys are so brave, why do they run from cats? : no. 1753. | VA0001255718 | 2002 |
| [ 59 ] | David & Goliath, Inc. | I'll show you mine, if you show me yours : no. 4207. | VA0001244061 | 2004 |
| [ 60 ] | David & Goliath, Inc. | I'm good in the sack : no. 4313. | VA0001255650 | 2004 |
| [ 61 ] | David & Goliath, Inc. | It's all fun and games, until someone loses an eye--then it's a party! : no. 3155. | VA0001244074 | 2004 |
| [ 62 ] | David & Goliath, Inc. | KIA advertising campaign. | PAu002484072 | 2000 |
| [ 63 ] | David & Goliath, Inc. | Lobotomy, how to train boys : no. 1205. | VA0001256485 | 2000 |
| [ 64 ] | David & Goliath, Inc. | MEET ALL THE LITTLE LOSERS. | VA0001688782 | 2007 |
| [ 65 ] | David & Goliath, Inc. | MEET ALL THE LITTLE LOSERS. | VA0001688781 | 2007 |
| [ 66 ] | David & Goliath, Inc. | No. 2553. | VA0001256497 | 2004 |
| [ 67 ] | David & Goliath, Inc. | Not again! : no. 3176. | VA0001266067 | 2004 |
|  | David & Goliath, |  |  |  |

22

| [ 68 ] | Inc. | Once I ate dog food and it got me real sick : no. 1678. | VA0001256483 | 2002 |
| ☐ [ 69 ] | David & Goliath, Inc. | Once I farted in class and everyone laughed : no. 1681. | VA0001244069 | 2002 |
| ☐ [ 70 ] | David & Goliath, Inc. | Please don't feed the boys! : no. 3177. | VA0001256492 | 2004 |
| ☐ [ 71 ] | David & Goliath, Inc. | Proof that not all boys are stupid : no. 4316. | VA0001244072 | 2004 |
| ☐ [ 72 ] | David & Goliath, Inc. | Sling-shots are dangerous, so aim good! : no. 1866. | VA0001266068 | 2002 |
| ☐ [ 73 ] | David & Goliath, Inc. | Sometimes I like to run around in just my stinky socks for no reason : no. 4155. | VA0001244071 | 2004 |
| ☐ [ 74 ] | David & Goliath, Inc. | Sometimes I like to run around in my underwear for no reason : no. 1679. | VA0001266073 | 2002 |
| ☐ [ 75 ] | David & Goliath, Inc. | Stupid factory where boys are made : no. 2020. | VA0001266071 | 2002 |

**Resort results by:** [　　　　　　▼]                                          Set Search Limits

Clear Selected    Retain Selected

◀ previous    1  26  51  76    next ▶

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| **Records** | Select Format: [ Full Record ▼ ]    Format for Print/Save | |
| ○ All on Page ● Selected On Page ○ Selected all Pages | Enter your email address: [　　　　　　　]    Email | |

**Search for:** [David & Goliath]    **Search by:** [Name (Crichton Michael; Walt Disney Company) ▼]    **Item type:** [None ▼]

[25 records per page ▼]                          Submit    Reset

Help    Search    History    **Titles**    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

23



| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 26 through 50 of 94 entries.



previous    1   26   51   76    next

**Resort results by:**                                          Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 26 ] | David & Goliath, Inc. | Boys can't do laundry : no. 4074. | VA0001244066 | 2004 |
| [ 27 ] | David & Goliath, Inc. | Boys can't swim : no. 4422. | VA0001244073 | 2004 |
| [ 28 ] | David & Goliath, Inc. | Boys cheat--cut off their feet : no. 4213. | VA0001244077 | 2004 |
| [ 29 ] | David & Goliath, Inc. | Boys eat boogers when nobody's watching : no. 1865. | VA0001256490 | 2002 |
| [ 30 ] | David & Goliath, Inc. | Boys eat bugs! : no. 2000. | VA0001266070 | 2004 |
| [ 31 ] | David & Goliath, Inc. | Boys eat dirt : no. 2546. | VA0001256484 | 2004 |
| [ 32 ] | David & Goliath, Inc. | Boys eat paste : no. 1864. | VA0001266072 | 2002 |
| [ 33 ] | David & Goliath, Inc. | Boy's lie, make them cry! : no. 1922. | VA0001256489 | 2002 |
| [ 34 ] | David & Goliath, Inc. | Boys lie, throw pie! : no. 2550. | VA0001256481 | 2004 |
| [ 35 ] | David & Goliath, Inc. | Boys make good pets, everyone should own one : no. 1751. | VA0001244070 | 2002 |
| [ 36 ] | David & Goliath, Inc. | Boys make ugly girls : no. 2562. | VA0001256486 | 2004 |
| [ 37 ] | David & Goliath, Inc. | Boys pee on toilet seats! : no. 4210. | VA0001244068 | 2004 |
| [ 38 ] | David & Goliath, Inc. | Boys stink : no. 3175. | VA0001256408 | 2004 |
| [ 39 ] | David & Goliath, Inc. | Boys wet their pants when no one's watching! : no. 4212. | VA0001244076 | 2004 |
| [ 40 ] | David & Goliath, Inc. | Brown noser : no. 4073. | VA0001255721 | 2004 |
| [ 41 ] | David & Goliath, Inc. | Buster brown. | VAu000717225 | 2006 |
| [ 42 ] | David & Goliath, Inc. | Chicks dig metal! : no. 2556. | VA0001256495 | 2004 |
| [ 43 ] | David & Goliath, Inc. | Chicks rule! | VA0001266048 | 2004 |
| [ 44 ] | David & Goliath, Inc. | Cross your t's and dot your i's : no. 4216. | VA0001244063 | 2004 |
| [ 45 ] | David & Goliath, Inc. | Cutie. | VA0001266047 | 2004 |
| [ 46 ] | David & Goliath, Inc. | Don't eat poop, unless you wash it first : no. 2552. | VA0001256488 | 2004 |
| [ 47 ] | David & Goliath, Inc. | Don't kick a cat--unless it's over 3 pounds : no. 4209. | VA0001244064 | 2004 |
| [ 48 ] | David & Goliath, Inc. | Don't put a cat on your head, it hurts real bad : no. 1680. | VA0001256487 | 2002 |
| [ 49 ] | David & Goliath, Inc. | Don't stick a fork in the electrical socket. It doesn't feel so good : no. 4214. | VA0001244075 | 2004 |
| [ 50 ] | David & Goliath, Inc. | Evolution of a boy : no. 1947. | VA0001256494 | 2002 |

**Resort results by:**                                          Set Search Limits

Clear Selected    Retain Selected

24



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 1 through 25 of 94 entries.

◀ previous | 26 51 76 | next ▶

Resort results by: [            ▾]                                   Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ ▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮ |
| ☐ ▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮ |
| ☐ ▮ | ▮▮▮ | ▮▮▮▮▮▮ | ▮▮ | ▮ |
| ☐ ▮ | ▮▮ | ▮▮ | ▮▮ | ▮ |
| ☐ ▮ | ▮▮ ▮ | ▮▮ | ▮▮ | ▮ |
| ☐ ▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮ |
| ☐ ▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮ |
| ☐ [ 8 ] | David & Goliath, Inc. | Boogers are a good source of protein : no. 4314. | VA0001274314 | 2004 |
| ☐ [ 9 ] | David & Goliath, Inc. | Books "boys are stupid, throw rocks at them & 1 other title. | V3608D186 | 2011 |
| ☐ [ 10 ] | David & Goliath, Inc. | Boy, girl, boy, girl. | VA0001266516 | 2002 |
| ☐ [ 11 ] | David & Goliath, Inc. | Boys are afraid of the dark! : no. 1915. | VA0001244065 | 2002 |
| ☐ [ 12 ] | David & Goliath, Inc. | Boys are dumb : no. 1023. | VA0001256496 | 2000 |
| ☐ [ 13 ] | David & Goliath, Inc. | Boys are jerks, make them wear ugly skirts : no. 4075. | VA0001255719 | 2004 |
| ☐ [ 14 ] | David & Goliath, Inc. | Boys are smelly. | VA0001266044 | 2004 |
| ☐ [ 15 ] | David & Goliath, Inc. | Boys are smelly, kick them in the belly : no. 4211. | VA0001255720 | 2004 |
| ☐ [ 16 ] | David & Goliath, Inc. | Boys are smelly : no. 1029. | VA0001266065 | 2000 |
| ☐ [ 17 ] | David & Goliath, Inc. | Boys are so dumb, they can't even chew : no. 2563. | VA0001256493 | 2004 |
| ☐ [ 18 ] | david & goliath, Inc. | Boys are stupid 2005 wall calendar. | TX0006101261 | 2004 |

25

| | | | | |
|---|---|---|---|---|
| ☐ [ 19 ] | David & Goliath, Inc. | Boys are stupid 2006 wall calendar. | TX0006180816 | 2005 |
| ☐ [ 20 ] | David & Goliath, Inc. | Boys are stupid, just ask cupid! : no. 4423. | VA0001255722 | 2004 |
| ☐ [ 21 ] | David & Goliath, Inc. | Boys are stupid, throw rocks at them! | VA0001269154 | 2002 |
| ☐ [ 22 ] | David & Goliath, Inc. | Boys Are Stupid, Throw Rocks At Them! & 1 other titles; : books. | V9938D305 | 2016 |
| ☐ [ 23 ] | David & Goliath, Inc. | Boys are stupid, throw snowballs at them! : no. 4427. | VA0001266066 | 2004 |
| ☐ [ 24 ] | David & Goliath, Inc. | Boys are stupider, send them to Jupiter : no. 2071. | VA0001244067 | 2002 |
| ☐ [ 25 ] | David & Goliath, Inc. | Boys can't accessorize : no. 4072. | VA0001244062 | 2004 |

**Resort results by:** [ ⇕ ]                                            [ Set Search Limits ]

[ Clear Selected ]  [ Retain Selected ]

◀ **previous**  |  26  51  76    **next** ▶

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| **Records** | Select Format: [ Full Record ⇕ ]  [ Format for Print/Save ] | |
| ○ All on Page<br>◉ Selected On Page<br>○ Selected all Pages | Enter your email address: [                    ]  [ Email ] | |

**Search for:** [ David & Goliath ]  **Search by:** [ Name (Crichton Michael; Walt Disney Company) ⇕ ]  **Item type:** [ None ⇕ ]

[ 25 records per page ⇕ ]                [ Submit ]  [ Reset ]

Help  |  Search  |  History  |  **Titles**  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

26



| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 26 through 50 of 94 entries.

◀ previous   1  26  51  76   next ▶

**Resort results by:** [ dropdown ]                    [ Set Search Limits ]

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 26 ] | David & Goliath, Inc. | Boys can't do laundry : no. 4074. | VA0001244066 | 2004 |
| [ 27 ] | David & Goliath, Inc. | Boys can't swim : no. 4422. | VA0001244073 | 2004 |
| [ 28 ] | David & Goliath, Inc. | Boys cheat--cut off their feet : no. 4213. | VA0001244077 | 2004 |
| [ 29 ] | David & Goliath, Inc. | Boys eat boogers when nobody's watching : no. 1865. | VA0001256490 | 2002 |
| [ 30 ] | David & Goliath, Inc. | Boys eat bugs! : no. 2000. | VA0001266070 | 2004 |
| [ 31 ] | David & Goliath, Inc. | Boys eat dirt : no. 2546. | VA0001256484 | 2004 |
| [ 32 ] | David & Goliath, Inc. | Boys eat paste : no. 1864. | VA0001266072 | 2002 |
| [ 33 ] | David & Goliath, Inc. | Boy's lie, make them cry! : no. 1922. | VA0001256489 | 2002 |
| [ 34 ] | David & Goliath, Inc. | Boys lie, throw pie! : no. 2550. | VA0001256481 | 2004 |
| [ 35 ] | David & Goliath, Inc. | Boys make good pets, everyone should own one : no. 1751. | VA0001244070 | 2002 |
| [ 36 ] | David & Goliath, Inc. | Boys make ugly girls : no. 2562. | VA0001256486 | 2004 |
| [ 37 ] | David & Goliath, Inc. | Boys pee on toilet seats! : no. 4210. | VA0001244068 | 2004 |
| [ 38 ] | David & Goliath, Inc. | Boys stink : no. 3175. | VA0001256408 | 2004 |
| [ 39 ] | David & Goliath, Inc. | Boys wet their pants when no one's watching! : no. 4212. | VA0001244076 | 2004 |
| [ 40 ] | David & Goliath, Inc. | Brown noser : no. 4073. | VA0001255721 | 2004 |
| [ 41 ] | David & Goliath, Inc. | Buster brown. | VAu000717225 | 2006 |
| [ 42 ] | David & Goliath, Inc. | Chicks dig metal! : no. 2556. | VA0001256495 | 2004 |
| [ 43 ] | David & Goliath, Inc. | Chicks rule! | VA0001266048 | 2004 |
| [ 44 ] | David & Goliath, Inc. | Cross your t's and dot your i's : no. 4216. | VA0001244063 | 2004 |
| [ 45 ] | David & Goliath, Inc. | Cutie. | VA0001266047 | 2004 |
| [ 46 ] | David & Goliath, Inc. | Don't eat poop, unless you wash it first : no. 2552. | VA0001256488 | 2004 |
| [ 47 ] | David & Goliath, Inc. | Don't kick a cat--unless it's over 3 pounds : no. 4209. | VA0001244064 | 2004 |
| [ 48 ] | David & Goliath, Inc. | Don't put a cat on your head, it hurts real bad : no. 1680. | VA0001256487 | 2002 |
| [ 49 ] | David & Goliath, Inc. | Don't stick a fork in the electrical socket. It doesn't feel so good : no. 4214. | VA0001244075 | 2004 |
| [ 50 ] | David & Goliath, Inc. | Evolution of a boy : no. 1947. | VA0001256494 | 2002 |

**Resort results by:** [ dropdown ]                    [ Set Search Limits ]

[ Clear Selected ]   [ Retain Selected ]

27



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 51 through 75 of 94 entries.



previous  1  26  51  76  next

Resort results by: ⌄                                    Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 51 ] | David & Goliath, Inc. | Goodbye kitty. | VA0001266045 | 2004 |
| [ 52 ] | David & Goliath, Inc. | Goodbye Kitty 2005 wall calendar. | TX0006101243 | 2004 |
| [ 53 ] | David & Goliath, Inc. | Goodbye Kitty Spring 2002. | VA0001665309 | 2001 |
| [ 54 ] | David & Goliath, Inc. | Guy magnet : no. 4208. | VA0001244059 | 2004 |
| [ 55 ] | David & Goliath, Inc. | Have a smelly valentines! : no. 4424. | VA0001244057 | 2004 |
| [ 56 ] | David & Goliath, Inc. | I just wanted some cheese : no. 4000. | VA0001266069 | 2004 |
| [ 57 ] | David & Goliath, Inc. | I only wipe when it starts to itch : no. 2549. | VA0001256491 | 2004 |
| [ 58 ] | David & Goliath, Inc. | If boys are so brave, why do they run from cats? : no. 1753. | VA0001255718 | 2002 |
| [ 59 ] | David & Goliath, Inc. | I'll show you mine, if you show me yours : no. 4207. | VA0001244061 | 2004 |
| [ 60 ] | David & Goliath, Inc. | I'm good in the sack : no. 4313. | VA0001255650 | 2004 |
| [ 61 ] | David & Goliath, Inc. | It's all fun and games, until someone loses an eye--then it's a party! : no. 3155. | VA0001244074 | 2004 |
| [ 62 ] | David & Goliath, Inc. | KIA advertising campaign. | PAu002484072 | 2000 |
| [ 63 ] | David & Goliath, Inc. | Lobotomy, how to train boys : no. 1205. | VA0001256485 | 2000 |
| [ 64 ] | David & Goliath, Inc. | MEET ALL THE LITTLE LOSERS. | VA0001688782 | 2007 |
| [ 65 ] | David & Goliath, Inc. | MEET ALL THE LITTLE LOSERS. | VA0001688781 | 2007 |
| [ 66 ] | David & Goliath, Inc. | No. 2553. | VA0001256497 | 2004 |
| [ 67 ] | David & Goliath, Inc. | Not again! : no. 3176. | VA0001266067 | 2004 |
|  | David & Goliath, |  |  |  |

28

| | | | | |
|---|---|---|---|---|
| [ 68 ] | Inc. | Once I ate dog food and it got me real sick : no. 1678. | VA0001256483 | 2002 |
| ☐ [ 69 ] | David & Goliath, Inc. | Once I farted in class and everyone laughed : no. 1681. | VA0001244069 | 2002 |
| ☐ [ 70 ] | David & Goliath, Inc. | Please don't feed the boys! : no. 3177. | VA0001256492 | 2004 |
| ☐ [ 71 ] | David & Goliath, Inc. | Proof that not all boys are stupid : no. 4316. | VA0001244072 | 2004 |
| ☐ [ 72 ] | David & Goliath, Inc. | Sling-shots are dangerous, so aim good! : no. 1866. | VA0001266068 | 2002 |
| ☐ [ 73 ] | David & Goliath, Inc. | Sometimes I like to run around in just my stinky socks for no reason : no. 4155. | VA0001244071 | 2004 |
| ☐ [ 74 ] | David & Goliath, Inc. | Sometimes I like to run around in my underwear for no reason : no. 1679. | VA0001266073 | 2002 |
| ☐ [ 75 ] | David & Goliath, Inc. | Stupid factory where boys are made : no. 2020. | VA0001266071 | 2002 |

**Resort results by:** [ ⇳ ]

[ Set Search Limits ]

[ Clear Selected ]  [ Retain Selected ]

◀ **previous**   1  26  51  76   **next** ▶

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| **Records** | Select Format: [ Full Record ⇳ ]  [ Format for Print/Save ] | |
| ○ All on Page  ⦿ Selected On Page  ○ Selected all Pages | Enter your email address: [                    ]  [ Email ] | |

**Search for:** [ David & Goliath ]  **Search by:** [ Name (Crichton Michael; Walt Disney Company) ⇳ ]  **Item type:** [ None ⇳ ]

[ 25 records per page ⇳ ]    [ Submit ]  [ Reset ]

Help    Search    History    **Titles**    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

29



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = David & Goliath
Search Results: Displaying 76 through 94 of 94 entries.

previous   1  26  51  76  next

Resort results by: [                    ]                                   Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 76 ] | David & Goliath, Inc. | Sweet-n-sour puss. | VAu000629041 | 2004 |
| [ 77 ] | David & Goliath, Inc. | Swirlies are fun! : no. 4084. | VA0001244058 | 2004 |
| [ 78 ] | David & Goliath, Inc. | Trendy Wendy 2006 wall calendar. | TX0006180815 | 2005 |
| [ 79 ] | David & Goliath, Inc. | Types of men, pick one. | VA0001299549 | 2004 |
| [ 80 ] | David & Goliath, Inc. | Wacky world of David & Goliath: sticker-a-day 2005 calendar. | TX0006033674 | 2004 |
| [ 81 ] | David & Goliath, Inc. | Wee wee! : no. 4215. | VA0001244060 | 2004 |
| [ 82 ] | David & Goliath, Inc. | Who farted? : no. 2548. | VA0001256482 | 2004 |
| [ 83 ] | David & Goliath, Inc. | You Rock, You Rule. | VA0001771842 | 2007 |
| [ 84 ] | David & Goliath, Inc. | You smelt it, you dealt it! : no. 2551. | VA0001266074 | 2004 |

30

34



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Todd H. Goldman
Search Results: Displaying 1 through 25 of 10000 entries.



previous | 26 51 76 101 126 ... 9976 | next

*Your search retrieved more records than can be displayed. Only the first 10,000 will be shown.*

**Resort results by:** Relevance          Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|-----------|------------|------------------|------|
| ☐ [ 1 ] | ■■■■ | Hot Rod Hot Dog. | TX0008335313 | 2016 |
| ☐ [ 2 ] | ■■■■ | Veggies with Wedgies. | TX0007895332 | 2014 |
| ☐ [ 3 ] | ■■■■ | One Potato, Two Potato. | TX0007789020 | 2013 |
| ☐ [ 4 ] | ■■■■ | BUS DRIVER. | TX0007694279 | 2013 |
| ☐ [ 5 ] | ■■■■ | PEAS ON EARTH. | TX0007586942 | 2012 |
| ☐ [ 6 ] | ■■■■ | ANIMAL SOUP. | TX0007213527 | 2010 |
| ☐ [ 7 ] | ■■■■ | ZOO I DREW. | TX0007043289 | 2009 |
| ☐ [ 8 ] | ■■■■ | How to break up with your boyfriend. | VA0001135897 | 2000 |
| ☐ [ 9 ] | ■■■■ | [Girlie girl] | VA0001135896 | 2000 |
| ☐ [ 10 ] | ■■■■ | Ex-boyfriend. | VA0001135895 | 2000 |
| ☐ [ 11 ] | ■■■■ | How to get a boyfriend. | VA0001135894 | 2000 |
| ☐ [ 12 ] | ■■■■ | Boys are smelly. | VA0001135893 | 2000 |
| ☐ [ 13 ] | ■■■■ | Boys are stupid 2006 wall calendar. | TX0006180816 | 2005 |
| ☐ [ 14 ] | ■■■■ | Trendy Wendy 2006 wall calendar. | TX0006180815 | 2005 |
| ☐ [ 15 ] | ■■■■ | Boys are stupid, throw rocks at them! | TX0006164201 | 2005 |
| ☐ [ 16 ] | ■■■■ | Boys are stupid 2005 wall calendar. | TX0006101261 | 2004 |
| ☐ [ 17 ] | ■■■■ | Goodbye Kitty 2005 wall calendar. | TX0006101243 | 2004 |
| ☐ [ 18 ] | ■■■■ | Local option taxes and the new subregionalism in transportation planning. | TX0005931975 | 2004 |
| ☐ [ 19 ] | ■■■■ | Recycling as economic development : toward a framework for strategic materials planning. | TX0004559670 | 1997 |
| ☐ [ 20 ] | ■■■■ | Man who played God. | PA0000993164 | 1994 |

31

| | | | | | |
|---|---|---|---|---|---|
| ☐ [ 21 ] | | All that glisters. | | PAu001671704 | 1992 |
| ☐ [ 22 ] | | Bikeweek : television show proposal. | | PAu001652214 | 1992 |
| ☐ [ 23 ] | | Man who played God. | | V2981P485 | 1994 |
| ☐ [ 24 ] | | Boys Are Stupid, Throw Rocks At Them! & 1 other titles: ; books. | | V9938D305 | 2016 |
| ☐ [ 25 ] | | RAWR! | | TX0007790647 | 2013 |

**Resort results by:**  Relevance

Set Search Limits

Clear Selected    Retain Selected

◀ previous  |  26 51 76 101 126 ... 9976  next ▶

| Save, Print and Email (**Help Page**) | |
|---|---|
| **Records** | Select Format: ⬍   Format for Print/Save |
| ○ All on Page  ⦿ Selected On Page  ○ Selected all Pages | Enter your email address: _____ Email |
| | Save results for later: Save To Bookbag |

Help   Search   History   **Titles**   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

32



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 26 of 36 entries



Labeled View

*Life Sucks and Then You Die.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007450084 / 2011-11-17 |
| **Application Title:** | Life Sucks and Then You Die. |
| **Title:** | Life Sucks and Then You Die. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd Harris Goldman. Address: c/o Perseus Books Group, 44 Farnsworth Street, 3rd Floor, Boston, MA, 02210, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-10-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd Harris Goldman; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Perseus Books Group, 11 Cambridge Center, Cambridge, MA, 02142, (617) 252-5257, permissions@perseusbooks.com |
| **Names:** | Goldman, Todd Harris |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⌄   Format for Print/Save |
| Enter your email address: [            ]  Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

33



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 27 of 36 entries



Labeled View

*PEAS ON EARTH.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007586942 / 2012-09-04 |
| **Application Title:** | PEAS ON EARTH. |
| **Title:** | PEAS ON EARTH. |
| **Description:** | Book,. |
| **Copyright Claimant:** | Todd Harris Goldman, Transfer: By written agreement. Address: c/o Painted Words, Inc., 310 West 97th Street, #24, New York, NY, 10025. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2012-02-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler (author of pseudonymous work); Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Bette Graber, Robin Corey Books, an imprint of Random House Children's Books, a division of Random House, Inc., Random House, Inc., 1745 Broadway, New York, NY, 10019, (212) 572-2707, bgraber@randomhouse.com |
| **ISBN:** | 9780307930880 |
| **Names:** | Doodler, Todd H. |
| | Goldman, Todd Harris |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⌄   Format for Print/Save |
| Enter your email address: [_____]  Email |



Help    Search    History    Titles    Start Over

34



**Help**    **Search**    **History**    **Titles**    **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 28 of 36 entries



Labeled View

*Boys Are Stupid, Throw Rocks At Them! & 1 other titles;*

|  |  |
|---|---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V9938D305 |
| **Date of Recordation:** | 2016-07-15 |
| **Entire Copyright Document:** | V9938 D305 P1-3 |
| **Date of Execution:** | as of 18Sep15; 21May16 |
| **Date of Certification:** | 07/13/2016 |
| **Title:** | Boys Are Stupid, Throw Rocks At Them! & 1 other titles; ; books. |
| **Notes:** | Short form option. |
| **Party 1:** | Todd Harris Goldman & David & Goliath, Inc. |
| **Party 2:** | Universal Pictures, a division of Universal City Studios, LLC |
| **Links:** | List of Titles |
| **Names:** | Goldman, Todd Harris |
|  | David & Goliath, Inc. |
|  | Universal Pictures |
|  | Universal City Studios, LLC |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format [Full Record ▾] | [Format for Print/Save] |
| Enter your email address: [ ] | [Email] |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |

35



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Doodler, Todd
Search Results: Displaying 3 of 6 entries



Labeled View

*Veggies with Wedgies Present Doin' the Wedgie.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008025155 / 2015-02-10 |
| **Application Title:** | Veggies with Wedgies Present Doin' the Wedgie. |
| **Title:** | Veggies with Wedgies Present Doin' the Wedgie. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd H. Doodler. Address: c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-01-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Simon & Schuster Permissions Dept., c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States, (212) 698-7284 |
| **ISBN:** | 9781442493513 |
| **Names:** | Doodler, Todd H. |





Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |

36



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 29 of 36 entries



*Labeled View*

***ANIMAL SOUP.***

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007213527 / 2010-09-07 |
| **Application Title:** | ANIMAL SOUP. |
| **Title:** | ANIMAL SOUP. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd Harris Goldman. Address: c/o Painted Words, Inc., 310 West 97th Street, #24, New York, NY, 10025, United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2010-05-11 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler, pseud. of Todd Harris Goldman; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Alissa Kleinman, Golden Books, an imprint of Random House Children's Books, Random House, Inc., 1745 Broadway, 3rd Floor, New York, NY, 10019, United States, (212) 782-9375, akleinman@randomhouse.com |
| **ISBN:** | 9780375858086 |
| **Names:** | Goldman, Todd Harris |
| | Doodler, Todd H., pseud. |





Save, Print and Email (**Help Page**)
Select Download Format  Full Record    Format for Print/Save
Enter your email address:  [                    ]  Email

Help   Search   History   Titles   Start Over

37



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 16 of 36 entries



Labeled View

*Cutie.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001266047 / 2004-08-13 |
| **Application Title:** | Cutie pie. |
| **Title:** | Cutie. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | David & Goliath, Inc. |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | approx. 1Jan00 |
| **Authorship on Application:** | artwork: Todd Goldman, 1968-. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Goldman, Todd, 1968- |
| | David & Goliath, Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⬍   Format for Print/Save |
| Enter your email address: [                    ] Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

38



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 30 of 36 entries



Labeled View

### *THE BUS DRIVER.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007694279 / 2013-03-21 |
| **Application Title:** | THE BUS DRIVER. |
| **Title:** | THE BUS DRIVER. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd Harris Goldman. Address: c/o Painted Words, Inc., 310 West 97th Street, #24, New York, NY, 10025, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2013-01-08 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler, pseud. of Todd Harris Goldman (author of pseudonymous work); Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Melanie Flaherty, Robin Corey Books, Random House Children's Books, Random House, Inc., 1745 Broadway, New York, NY, 10019, United States, (212) 572-2701, mflaherty@randomhouse.com |
| **ISBN:** | 9780307979070 |
| **Names:** | Goldman, Todd Harris<br>Doodler, Todd H., pseud. |





Help    Search    History    Titles    Start Over

39



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 21 of 36 entries



Labeled View

***Veggies with Wedgies.***

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007895332 / 2014-05-08 |
| **Application Title:** | Veggies with Wedgies. |
| **Title:** | Veggies with Wedgies. |
| **Description:** | Book, 1 v. |
| **Copyright Claimant:** | Todd H. Goldman, Transfer: By written agreement. Address: c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-05-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Simon & Schuster Permissions Dept., c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States, (212) 698-7284 |
| **ISBN:** | 9781442493407 |
| **Names:** | Doodler, Todd H. |
| | Goldman, Todd H. |



| Save, Print and Email (**Help Page**) |
|:---:|
| Select Download Format  Full Record ⇕  Format for Print/Save |
| Enter your email address:  [            ]  Email |

Help    Search    History    Titles    Start Over

40



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 25 of 36 entries



Labeled View

*Dicktionary.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007172445 / 2010-04-30 |
| **Application Title:** | Dicktionary. |
| **Title:** | Dicktionary. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd Harris Goldman. Address: C/O Perseus Books Group, 11 Cambridge Center, Cambridge, MA, 02142, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-04-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd Harris Goldman; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Perseus Books Group, 11 Cambridge Center, Cambridge, MA, 02142, (617) 252-5257, permissions@perseusbooks.com |
| **Names:** | Goldman, Todd Harris |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [          ] Email |

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

41



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 24 of 36 entries



Labeled View

### *THE ZOO I DREW.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007043289 / 2009-10-20 |
| **Application Title:** | THE ZOO I DREW. |
| **Title:** | THE ZOO I DREW. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd Harris Goldman. Address: c/o King Features Syndicate, 300 West 57th Street, 15th Floor, New York, NY, 10019, United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-07-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler, pseud. of Todd Harris Goldman (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: Entire text and illustrations. |
| **Rights and Permissions:** | Alissa Kleinman, Random House Children's Books, Random House, Inc., 1745 Broadway, 3rd Floor, New York, NY, 10019, United States, (212) 782-9375, akleinman@randomhouse.com |
| **ISBN:** | 9780375852015 |
| **Names:** | Goldman, Todd Harris |
| | Doodler, Todd H., pseud. |







| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 20 of 36 entries



Labeled View

*One Potato, Two Potato.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007789020 / 2013-10-11 |
| **Application Title:** | One Potato, Two Potato. |
| **Title:** | One Potato, Two Potato. |
| **Description:** | Book, 1 v. |
| **Copyright Claimant:** | Todd H. Goldman. Address: c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-10-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Goldman; Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Simon & Schuster Permissions Dept., c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States, (212) 698-7284 |
| **ISBN:** | 9781442485174 |
| **Names:** | Goldman, Todd H. |





| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |

43



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, TOdd
Search Results: Displaying 22 of 36 entries



Labeled View

*Hot Rod Hot Dog.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008335313 / 2016-09-26 |
| **Application Title:** | Hot Rod Hot Dog. |
| **Title:** | Hot Rod Hot Dog. |
| **Description:** | Book. |
| **Copyright Claimant:** | Todd H. Goldman. Address: c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-08-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Todd H. Doodler, pseud. of Todd H. Goldman (author of pseudonymous work); Citizenship: United States. Authorship: text, artwork. |
| **Rights and Permissions:** | Simon & Schuster, c/o Simon & Schuster, 1230 Avenue of the Americas - 12th Floor, New York, NY, 10020, United States |
| **ISBN:** | 9781481466073 |
| **Names:** | Goldman, Todd H. |
|  | Todd H. Doodler, pseud. |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ⊟   Format for Print/Save |
| Enter your email address: [                ]  Email |

Help   Search   History   Titles   Start Over

44

# Copyright
**United States Copyright Office**

Database Name: Copyright Catalog (1978 to present)
: Simple Search = Goldman, Todd
:

◄ previous    next ►

Labeled View

*RAWR!*

**Type of Work:** Entry Not Found
**Registration Number / Date:** TX0007790647 / 2013-10-23
**Application Title:** RAWR!
**Title:** RAWR!
**Description:** Book, 1 v.
**Copyright Claimant:** Todd Goldman. Address: c/o East West Literary Agency, 1158 26th Street, Suite 462, Santa Monica, CA, 90403, United States.
**Date of Creation:** 2013
**Date of Publication:** 2013-09-01
**Nation of First Publication:** United States
**Authorship on Application:** Todd Goldman; Domicile: United States; Citizenship: United States. Authorship: text, artwork.
**Names:** [Goldman, Todd](#)

◄ previous    next ►



| Record Options | | |
|---|---|---|
| Select Download Format: | ⇕ | Format for Print/Save |
| Enter your email address: | | Email |
| Save results for later: | Save To Bookbag | |

[Contact Us](#) | [Request Copies](#) | [Get a Search Estimate](#) | [Frequently Asked Questions (FAQs) about Copyright](#) |
[Copyright Office Home Page](#) | [Library of Congress Home Page](#)

45



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 31 of 36 entries

previous   next

Labeled View

### *Peas on Earth.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001135898 / 2002-03-26
**Title:** Peas on Earth.
**Description:** Art reproduction.
**Copyright Claimant:** Todd Goldman, 1968-
**Date of Creation:** 2000
**Date of Publication:** 2000-11-13
**Names:** Goldman, Todd, 1968-

previous   next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ⇅ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

46



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 29 of 36 entries



Labeled View

***How to break up with your boyfriend.***

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001135897 / 2002-03-26 |
| **Title:** | How to break up with your boyfriend. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | Todd Goldman, 1968- |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | 2000-11-13 |
| **Names:** | Goldman, Todd, 1968- |



| Save, Print and Email (**Help Page**) |
|:---:|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                    Email |

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

47



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 27 of 36 entries



Labeled View

*Ex-boyfriend.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001135895 / 2002-03-26
**Title:** Ex-boyfriend.
**Description:** Art reproduction.
**Copyright Claimant:** Todd Goldman, 1968-
**Date of Creation:** 2000
**Date of Publication:** 2000-11-13
**Names:** [Goldman, Todd, 1968-](#)



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record   Format for Print/Save |
| Enter your email address:  _____  Email |

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

48

Case 1:20-ap-01118-MB   Doc 1   Filed 12/09/20   Entered 12/09/20 15:53:34   Desc
Main Document    Page 50 of 96



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 26 of 36 entries



*Boys are smelly.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001135893 / 2002-03-26
**Title:** Boys are smelly.
**Description:** Art reproduction.
**Copyright Claimant:** Todd Goldman, 1968-
**Date of Creation:** 2000
**Date of Publication:** 2000-11-13
**Names:** Goldman, Todd, 1968-





Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

49





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 21 of 36 entries



Labeled View

***Chicks rule!***

|  |  |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001266048 / 2004-08-13 |
| **Title:** | Chicks rule! |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | David & Goliath, Inc. |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | approx. 1Jan00 |
| **Authorship on Application:** | artwork: Todd Goldman, 1968-. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Goldman, Todd, 1968- |
|  | David & Goliath, Inc. |



| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____ Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

50



| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 25 of 36 entries



Labeled View

***Goodbye kitty.***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001266045 / 2004-08-13
**Title:** Goodbye kitty.
**Description:** Art reproduction.
**Copyright Claimant:** David & Goliath, Inc.
**Date of Creation:** 2000
**Date of Publication:** approx. 1Jan00
**Authorship on Application:** artwork: Todd Goldman, 1968-.
**Copyright Note:** C.O. correspondence.
**Names:** Goldman, Todd, 1968-
David & Goliath, Inc.



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⬍   Format for Print/Save |
| Enter your email address: [                ]  Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

51



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 23 of 36 entries

◀ previous    next ▶

Labeled View



*Boys are smelly.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001266044 / 2004-08-13 |
| **Title:** | Boys are smelly. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | David & Goliath, Inc. |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | approx. 1Jan00 |
| **Authorship on Application:** | artwork: Todd Goldman, 1968-. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Goldman, Todd, 1968- |
| | David & Goliath, Inc. |

◀ previous    next ▶



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format | Full Record ▾  Format for Print/Save |
| Enter your email address: | [＿＿＿＿＿＿＿] Email |

---

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

52



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 14 of 36 entries



Labeled View

### *GIRLS ARE WEIRDOS but they smell pretty!*

**Type of Work:** Text
**Registration Number / Date:** TX0006952441 / 2008-01-09
**Application Title:** GIRLS ARE WEIRDOS but they smell pretty!
**Title:** GIRLS ARE WEIRDOS but they smell pretty!
**Description:** Book, 1 v.
**Copyright Claimant:** Todd Harris Goldman. Address: c/o Workman Publishing Co., Inc., 225 Varick Street, New York, New York 10014-4381.
**Date of Creation:** 2007
**Date of Publication:** 2007-10-01
**Nation of First Publication:** United States
**Authorship on Application:** Todd Harris Goldman; Citizenship: United States. Authorship: Text and illustrations.
**Names:** Goldman, Todd Harris



| Save, Print and Email (**Help Page**) | | |
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

53



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 19 of 36 entries



Labeled View

***Fred Is Red.***

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001266046 / 2004-08-13 |
| **Title:** | Fred Is Red. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | Fred Is Red, Inc. |
| **Date of Creation:** | 2003 |
| **Date of Publication:** | approx. 1Aug03 |
| **Authorship on Application:** | artwork: Todd Goldman, 1968-, author of a work made for hire. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Goldman, Todd, 1968- |
|  | Fred Is Red, Inc. |





| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

---

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

54



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 17 of 36 entries



Labeled View

***Boys are stupid, throw rocks at them!***

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0006164201 / 2005-04-11 |
| **Title:** | Boys are stupid, throw rocks at them! |
| **Notes:** | Cataloged from appl. only. |
| **Copyright Claimant:** | Todd Harris Goldman |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-04-06 |
| **Names:** | Goldman, Todd Harris |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⌄   Format for Print/Save |
| Enter your email address: _____  Email |

---

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

55



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 20 of 36 entries



Labeled View

*Cutie.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001266047 / 2004-08-13 |
| **Application Title:** | Cutie pie. |
| **Title:** | Cutie. |
| **Description:** | Art reproduction. |
| **Copyright Claimant:** | David & Goliath, Inc. |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | approx. 1Jan00 |
| **Authorship on Application:** | artwork: Todd Goldman, 1968-. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Goldman, Todd, 1968- |
| | David & Goliath, Inc. |





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⬍   Format for Print/Save |
| Enter your email address: [                    ]  Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

56



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 28 of 36 entries



Labeled View

*[Girlie girl]*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001135896 / 2002-03-26
**Title:** [Girlie girl]
**Description:** Art reproduction.
**Notes:** Title from appl.
**Copyright Claimant:** Todd Goldman, 1968-
**Date of Creation:** 2000
**Date of Publication:** 2000-11-13
**Names:** Goldman, Todd, 1968-



| Save, Print and Email (**Help Page**) |
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

---

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

57



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Goldman, Todd
Search Results: Displaying 30 of 36 entries



Labeled View

***How to get a boyfriend.***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001135894 / 2002-03-26
**Title:** How to get a boyfriend.
**Description:** Art reproduction.
**Copyright Claimant:** Todd Goldman, 1968-
**Date of Creation:** 2000
**Date of Publication:** 2000-11-13
**Names:** Goldman, Todd, 1968-



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record   Format for Print/Save |
| Enter your email address: _____  Email |

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

58

# EXHIBIT 2



RECEIVED

JUL 3 0 2015

1   RONALD F. BROT, State Bar No. 50201
    LAUREN H. KATAN, State Bar No. 265940
2   BROT & GROSS, LLP
    15260 Ventura Boulevard, Suite 1500
3   Sherman Oaks, CA  91403-5348
    (818) 594-0800
4
    Attorneys for Petitioner
5   NICOLE GOLDMAN

AUG 1 2 2015

......., CLERK

BY M. HART, DEPUTY

6

7

8                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      FOR THE COUNTY OF LOS ANGELES

10

11  In re the Marriage of                )   CASE NO. BD 610 524
                                         )
12  Petitioner:   NICOLE GOLDMAN         )   JUDGE MICHAEL E. WHITAKER
                                         )   DEPT. 2C
13          and                          )
                                         )   ORDER AFTER HEARING RE
14  Respondent:   TODD GOLDMAN           )   PETITIONER'S REQUEST FOR ORDER
                                         )   RE ATTORNEY FEES AND COSTS
15                                       )   FILED FEBRUARY 11, 2015
                                         )
16                                       )   DATE : JUNE 30, 2015
                                         )   TIME : 8:30 A.M.
17  _____        )   DEPT : 2C

18          Petitioner's Request for Order regarding Attorney Fees and Costs filed February 11, 2015,

19  having been continued from March 4, 2015 and May 27, 2015, came on regularly for hearing on June

20  30, 2015, in Department 2C of the above-entitled Court, the Honorable Michael E. Whitaker, Judge,

21  presiding.  Petitioner appeared personally and through her attorneys of record, Brot & Gross, LLP, by

22  Ronald F. Brot.  Respondent appeared personally and through his attorneys of record, Meyer, Olson,

23  Lowy & Meyers, by Lisa Helfend Meyer and Felicia R. Meyers.

24          The declarations offered by the parties were received into evidence pursuant to *Reifler v.*

25  *Superior Court* (1947) 39 Cal.App.3d 470, 115 Cal.Rptr. 356, and *In re Marriage of Stevenot* (1984)

26  154 Cal.App.3d 1051, 202 Cal.Rptr. 116.

27  ///

28  ///

IN RE MARRIAGE OF GOLDMAN                              CASE NO. BD 610 524
OAH.3NG.wpd  063015.1839 NH                                          PAGE 1
        ORDER AFTER HEARING RE PETITIONER'S REQUEST FOR ORDER RE
           ATTORNEY FEES AND COSTS FILED FEBRUARY 11, 2015              8

Page 2 of 3

1    The Court having considered all of the declarations filed in connection with the aforesaid

2    Request for Order, the evidence and other pleadings and documents filed in connection with the

3    aforesaid Request for Order, and the records and files in the above-entitled matter, and the issues

4    having been argued and submitted for decision by the Court, and good cause appearing therefor;

5        IT IS HEREBY ORDERED AS FOLLOWS:

6        1.    As and for a contributive share of Petitioner's attorney and accountant fees and costs,

7    on account and without prejudice, Respondent is ordered to pay the sum of $65,000.00 directly to Brot

8    & Gross, LLP, payable one-half ($32,500.00) on or before August 29, 2015, and one-half ($32,500.00)

9    on or before October 28, 2015.

10       2.    Counsel for Petitioner is to prepare the within Order After Hearing on Petitioner's

11   Request for Order pursuant to the California Rules of Court.

12   APPROVED AS CONFORMING TO COURT ORDER:

13   DATED: JULY _____, 2015

14   MEYER, OLSON, LOWY & MEYERS

15

16   By: _____

17   LISA HELFEND MEYER
     Attorneys for Respondent
18   TODD GOLDMAN

19   IT IS SO ORDERED.

20   DATED: 8-12-2015

21

22   MICHAEL E. WHITAKER
     JUDGE
23   LOS ANGELES COUNTY SUPERIOR COURT

24

25

26

27

28

IN RE MARRIAGE OF GOLDMAN                                    CASE NO. BD 610 524
OAH.3NG.wpd  063015.1839 NH                                              PAGE 2
      ORDER AFTER HEARING RE PETITIONER'S REQUEST FOR ORDER RE
      ATTORNEY FEES AND COSTS FILED FEBRUARY 11, 2015          9

BROT & GROSS, LLP
15260 Ventura Boulevard · Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796



[Page 3 of 3]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

BY FACSIMILE AND MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county where the mailing of the document(s) described below is to take place. My business address is 15260 Ventura Boulevard, Suite 1500, Sherman Oaks, CA 91403-5348. I am over the age of 18, and am not a party to this action.

On ___ day of July, 2015, I served copies of the document(s) described below on the interested party(ies) by faxing said document(s) to the below listed facsimile number, between the hours of 9:00 a.m. and 5:00 p.m., and thereafter mailing said document(s) by enclosing true copies thereof in a sealed envelope, with postage thereon fully prepaid, and depositing said envelope in the United States mail in Los Angeles County, California, addressed as follows:

Lisa Helfend Meyer, Esq.
Meyer, Olson, Lowy & Meyers
10100 Santa Monica Blvd., Suite 1425
Los Angeles, CA 90067

The document(s) which were faxed and mailed are designated: **ORDER AFTER HEARING RE PETITIONER'S REQUEST FOR ORDER RE ATTORNEY FEES AND COSTS FILED FEBRUARY 11, 2015.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ___ day of July, 2015, at Sherman Oaks, California.

BONNIE KELLEY

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

10



I certify that this is a true and correct copy of the
original on file in this office consisting of ___3___ pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

NOV 1 4 2018    by _____ Deputy

D. WADE

11

# EXHIBIT 3



Page 1 of 3)

● **ORIGINAL** ●

RECEIVED

FEB 08 2016
D43

FILED

RECEIVED - CENTRAL
FAMILY LAW CLERK'S OFFICE LOS ANGELES SUPERIOR COURT

FEB 09 2016    FEB 2 2 2016

JOH...    ...LARKE, CLERK

BY M...HART, DEPUTY

1    RONALD F. BROT, State Bar No. 50201
     LAUREN H. KATAN, State Bar No. 265940
2    BROT & GROSS, LLP
     15260 Ventura Boulevard, Suite 1500
3    Sherman Oaks, CA  91403-5348
     (818) 594-0800
4
     Attorneys for Petitioner
5    NICOLE GOLDMAN
6
7
8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                    FOR THE COUNTY OF LOS ANGELES
10
11   In re the Marriage of            )    CASE NO. BD 610 524
                                      )
12   Petitioner:    NICOLE GOLDMAN    )    JUDGE MICHAEL E. WHITAKER
                                      )    DEPT.  43
13               and                  )
                                      )    ORDER AFTER HEARING ON
14   Respondent:    TODD GOLDMAN      )    PETITIONER'S MOTION TO COMPEL
                                      )    RESPONSES TO SPECIALLY
15                                    )    PREPARED WRITTEN
                                      )    INTERROGATORIES (SET ONE),
16                                    )    DEMAND FOR PRODUCTION OF
                                      )    DOCUMENTS (SET TWO), DEMAND
17                                    )    FOR PRODUCTION OF DOCUMENTS
                                      )    (SET THREE), FORM
18                                    )    INTERROGATORIES (GENERAL) (SET
                                      )    TWO); AND TO DEEM REQUESTS
19                                    )    FOR ADMISSION (SET TWO)
                                      )    ADMITTED
20                                    )
                                      )    DATE : JANUARY 14, 2016
21                                    )    TIME : 8:30 A.M.
                                      )    DEPT :  43
22   _____ )
23        Petitioner's Motions to Compel Responses to Specially Prepared Written Interrogatories (Set
24   One), Demand for Production of Documents (Set Two), Demand for Production of Documents (Set
25   Three), Form Interrogatories (General) (Set Two); and to Deem Requests for Admission (Set Two)
26   Admitted, each filed November 9, 2015, came on regularly for hearing on January 14, 2016, in
27   Department 59 of the above-entitled Court, the Honorable Michael E. Whitaker, Judge, presiding.
28   Petitioner appeared through her attorneys of record, Brot & Gross, LLP, by Lauren H. Katan.

IN RE MARRIAGE OF GOLDMAN                              CASE NO. BD 610 524
OAH.8NG.wpd 102115.1519 LHK                                           PAGE 1
**ORDER AFTER HEARING ON PETITIONER'S MOTIONS TO COMPEL**

16

(left margin) BROT & GROSS, LLP
15260 Ventura Boulevard · Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796



Page 2 of 3

1   Respondent was present.

2       The Court having considered all of the declarations filed in connection with the aforesaid

3   Motions, the evidence and other pleadings and documents filed in connection with the aforesaid

4   Motions, and the records and files in the above-entitled matter, and the issues having been argued and

5   submitted for decision by the Court, and good cause appearing therefor;

6       IT IS HEREBY ORDERED AS FOLLOWS:

7       1.    The Court grants Petitioner's requests to compel responses to Specially Prepared

8   Written Interrogatories (Set One), Demand for Production of Documents (Set Two), Demand for

9   Production of Documents (Set Three), and Form Interrogatories (General) (Set Two). Respondent shall

10  serve his responses to Specially Prepared Written Interrogatories (Set One), Demand for Production

11  of Documents (Set Two), Demand for Production of Documents (Set Three), and Form Interrogatories

12  (General) (Set Two) without objections on or before February 5, 2016.

13      2.    Petitioner's request to deem Requests for Admissions (Set Two) admitted is denied.

14      3.    Petitioner's request for monetary sanctions against Respondent is granted. Respondent

15  is ordered to remit payment in the sum of $3,130 directly to Brot & Gross, LLP on or before February

16  5, 2016.

17

18  APPROVED AS CONFORMING TO COURT ORDER:

19  DATED: JANUARY _____, 2016

20

21  By: _____
       TODD GOLDMAN
22     Respondent

23

24  IT IS SO ORDERED.

25  DATED: FEB 22 2016

26                                  _____
                                    MICHAEL E. WHITAKER
27                                  JUDGE
                                    LOS ANGELES COUNTY SUPERIOR COURT
28

BROT & GROSS, LLP
15260 Ventura Boulevard · Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

IN RE MARRIAGE OF GOLDMAN                                    CASE NO. BD 610 524
OAH.8NG.wpd 102115.1519 LHK                                  PAGE 2
ORDER AFTER HEARING ON PETITIONER'S MOTIONS TO COMPEL

17

(Page 3 of 3)

## PROOF OF SERVICE BY MAIL

### MAILED AS PER BUSINESS PROCEDURES

1

2

3

4    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

5        I am employed in the county where the mailing of the document(s) described below is to take
place. My business address is 15260 Ventura Boulevard, Suite 1500, Sherman Oaks, CA 91403-5348.
6    I am over the age of 18 and not a party to this action.

7        I am readily familiar with the business practices of BROT & GROSS, with regard to the
collection and processing of correspondence for mailing with the United States Postal Service. In the
8    ordinary course of business of said law office, the document(s) described below will be deposited with
the United States Postal Service this day.

9        On 14 day of January, 2016, I caused copies of the document(s) described below to be
10   served on the interested party(ies) by enclosing them in a sealed envelope, with postage thereon fully
prepaid and, in accordance with the regular business practices of said law office and in the ordinary
11   course of the business of the day, said envelope was to be deposited in the United States mail in Los
Angeles County, California, addressed as follows:
12
        Todd Goldman
13      4055 Redwood Avenue, #142
        Los Angeles, CA 90066
14
        The document(s) which were mailed are designated:
15
16   ORDER AFTER HEARING ON PETITIONER'S MOTION TO COMPEL RESPONSES TO
SPECIALLY PREPARED WRITTEN INTERROGATORIES (SET ONE), DEMAND FOR
17   PRODUCTION OF DOCUMENTS (SET TWO), DEMAND FOR PRODUCTION OF
DOCUMENTS (SET THREE), FORM INTERROGATORIES (GENERAL) (SET TWO); AND TO
DEEM REQUESTS FOR ADMISSION (SET TWO) ADMITTED
18
        I declare under penalty of perjury under the laws of the State of California that the foregoing
19   is true and correct.

20      Executed this 14 day of January, 2016, at Sherman Oaks, California.

21

22                                      Carol S. Aaker
23                                      CAROL S. AAKER

24

25

26

27

28

IN RE MARRIAGE OF GOLDMAN
OAH.8NG.wpd 102115.1519 LHK                                      CASE NO. BD 610 524
**ORDER AFTER HEARING ON PETITIONER'S MOTIONS TO COMPEL**          PAGE 3

18

BROT & GROSS, L.L.P.
15260 Ventura Boulevard · Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796



I certify that this is a true and correct copy of the
original on file in this office consisting of ___3___ pages

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles

NOV 1 4 2018
Date _____, Deputy

D. WADE

19

66

# EXHIBIT 4

Page 1 of 4)

1    RONALD F. BROT, State Bar No. 50201
     BROT & GROSS, LLP
2    15260 Ventura Boulevard, Suite 1500
     Sherman Oaks, CA  91403-5348
3    (818) 594-0800

4    Attorneys for Petitioner (Limited Scope)
     NICOLE GOLDMAN

5

6

7

8               **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                  **FOR THE COUNTY OF LOS ANGELES**

10

11    In re the Marriage of        )    CASE NO. BD 610 524
                        )
12    Petitioner:    NICOLE GOLDMAN    )    JUDGE MICHAEL E. WHITAKER
                        )    DEPT. 43
13           and               )
                        )    ORDER AFTER HEARING ON
14    Respondent:    TODD GOLDMAN    )    PETITIONER'S REQUEST FOR ORDER
                        )    RE ATTORNEY FEES AND COSTS
15                          )    FILED NOVEMBER 25, 2015
                        )
16                          )    DATE : JULY 6, 2016
                        )    TIME : 8:30 A.M.
17                          )    DEPT : 43
                        )
18                          )
                        )
19                          )

20        Petitioner's Request for Order re Attorney Fees and Costs filed November 25, 2015, came on

21 regularly for hearing on July 6, 2016, in Department 43 of the above-entitled Court, the Honorable

22 Michael E. Whitaker, Judge, presiding.  Petitioner appeared personally and through her attorney of

23 record, Laura Whitefield, and through her limited scope attorneys of record, Brot & Gross, LLP, by

24 Ronald F. Brot.  Respondent appeared telephonically, and through his limited scope attorney of record,

25 William W. Oxley.

26        The Court having considered all of the declarations, pleadings and documents filed in

27 connection with the aforesaid Request for Order, and the records and files in the above-entitled matter,

28 and the issues having been argued and submitted for decision by the Court, and good cause appearing

IN RE MARRIAGE OF GOLDMAN                      CASE NO. BD 610 524
OAF.1ØNG.Rev1.wpd  070616.1447.bk                    PAGE 1
            **ORDER AFTER HEARING ON PETITIONER'S REQUEST FOR ORDER RE**
                 **ATTORNEY FEES AND COSTS FILED NOVEMBER 25, 2015**        23

*Left margin:* BROT & GROSS, LLP
15260 Ventura Boulevard · Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

*Vertical margin:* 09/27/2017

FILED
Superior Court of California
County of Los Angeles

SEP 13 2016

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy



(Page 2 of 4)

1    therefor;

2        IT IS HEREBY ORDERED AS FOLLOWS:

3        1.    The Court orders Respondent to sell the real property located at 548 Palmetto Road,

4    Belleair, FL 33758, forthwith.  The proceeds are to be paid to Brot & Gross, LLP, former attorneys for

5    Petitioner, to satisfy the prior Order After Hearing Re Petitioner's Request for Order Re Attorney Fees

6    and Costs in the sum of $65,000, which Order was made on June 30, 2015, and filed on August 12,

7    2015, and remains wholly due, owing and unpaid.  The remainder of the sale proceeds, if any, is to be

8    paid to Petitioner as a credit against the amount of support arrears owed by Respondent to Petitioner.

9        2.    Petitioner's request for an Order for the sale of the property located at 565 Bayview

10   Drive, Belleair, FL 33756, is denied based on the lack of joinder of the co-owner of record.  Similarly,

11   the sale of the property located at 4672 Brewster Drive, Tarzana, CA 91356, is denied due to lack of

12   joinder of the owners of record.

13       3.    Pursuant to *Family Code* § 6344, the Court orders Respondent to pay directly to Brot

14   & Gross, LLP, the additional sum of $46,600, payable forthwith, in attorney fees and costs incurred

15   by Petitioner as the prevailing party in the *Domestic Violence Protection Act* proceeding between the

16   parties herein.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

IN RE MARRIAGE OF GOLDMAN                                    CASE NO. BD 610 524
OAF.1ONG.Rev1.wpd  070616.1447 bk                           PAGE 2
**ORDER AFTER HEARING ON PETITIONER'S REQUEST FOR ORDER RE**
**ATTORNEY FEES AND COSTS FILED NOVEMBER 25, 2015**                    24

(Page 3 of 4)

4.     Pursuant to *Family Code* §§ 2030 and 2032, Respondent is ordered to pay the further
sum of $75,000 to Brot & Gross, LLP, payable forthwith. In the event of the sale of the real property
located at 565 Bayview Drive, Belleair, FL 33756, or the sale of the real property located at 4672
Brewster Drive, Tarzana, CA 91356, said sum shall be paid to Brot & Gross, LLP, from the sale
proceeds and charged against the interest of Respondent. The Court does not order the sale of either
of said properties, but the within Order may be satisfied from the sale proceeds if and when the
properties, or either of them, are otherwise sold.

**APPROVED AS CONFORMING TO COURT ORDER:**

DATED: JULY _____, 2016

LAW OFFICES OF WILLIAM W. OXLEY

By: _____
    WILLIAM W. OXLEY
    Attorney for Respondent
    TODD GOLDMAN

    **IT IS SO ORDERED.**

DATED: _____ SEP 1 3 2016

_____
MICHAEL E. WHITAKER
JUDGE
LOS ANGELES COUNTY SUPERIOR COURT

**BROT & GROSS, LLP**
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

09/27/2017

IN RE MARRIAGE OF GOLDMAN
OAF.10NG.Rev1.wpd_070616.1447 bk

CASE NO. BD 610 524
PAGE 3

**ORDER AFTER HEARING ON PETITIONER'S REQUEST FOR ORDER RE
ATTORNEY FEES AND COSTS FILED NOVEMBER 25, 2015**

25

Page 4  of  4)

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing _____
_____ and know its contents.

### CHECK APPLICABLE PARAGRAPHS

☐   I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐   I am □ an Officer □ a partner _____ □ a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.  ☐  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.  ☐  The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐   I am one of the attorneys for _____
a party to this action.  Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____          _____
Type or Print Name                    Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of  Los Angeles  , State of California.
I am over the age of 18 and not a party to the within action; my business address is:  15260 Ventura
Boulevard, Suite 1500, Sherman Oaks, CA  91403
On,  July 21, 2016  , I served the foregoing document described as  Order After Hearing
on Petitioner's Request for Order Re Attorney Fees and Costs Filed November
25, 2015
_____  on  the interested parties  _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☒ by placing □ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:
William W. Oxley, Esq.
Law Offices of William W. Oxley
15233 Ventura Boulevard, Suite 1100
Sherman Oaks, CA  91403

☐ BY MAIL
   ☐  *I deposited such envelope in the mail at _____ , California.
   The envelope was mailed with postage thereon fully prepaid.
   ☐  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.
   Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at
   _____ California in the ordinary course of business.  I am aware that on motion of the
   party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of
   deposit for mailing in affidavit.
   Executed on _____ , at _____ , California.
☒   **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.
   Executed on  July 21, 2016  , at  Sherman Oaks  _____ , California.
☒ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was
   made.

STANLEY MURRA                      _____
Type or Print Name                    Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN
MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions®
& Plus                Rev. 7/99

26



D. WADE

27

# EXHIBIT 5

Filing # 47041336 E-Filed 09/28/2016 03:31:40 PM

IN THE CIRCUIT COURT OF THE 6TH
JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

**CASE NO.: 16-005455-CI**

NICOLE GOLDMAN,

      Plaintiff/Judgment-Creditor,

                                 **WRIT OF GARNISHMENT**

vs.

TODD GOLDMAN,

      Defendant/Judgment-Debtor,

and

UNKNOWN TENANTS, at the property located at
565 Bayview Drive, Belleair, FL 33756.

_____/

THE STATE OF FLORIDA:
TO ALL AND SINGULAR SHERIFFS OF THE STATE:

      **YOU ARE HEREBY COMMANDED** to summon the Garnishee:

UNKNOWN TENANTS, residing
at the property located at 565 Bayview Drive, Belleair, FL 33756

who is required to serve an Answer to this Writ on KEITH T. GRUMER, ESQ., GRUMER &
MACALUSO, P.A., attorney for Plaintiff/Judgment-Creditor in the above styled cause of action,
whose address is 101 N.E. 3rd Avenue, Suite 1420, Fort Lauderdale, Florida 33301, within
twenty (20) days after service on the Garnishee, exclusive of the day of service, and to file the
original with the Clerk of the Court for Pinellas County, Florida, either before service on the
attorney for Plaintiff/Judgment-Creditor or immediately thereafter.   The answer shall state
whether the Garnishee is indebted to Defendant/Judgment-Debtor, **TODD GOLDMAN,** at the
time of the Answer or was indebted at the time of service of the Writ, or at any time between
such times, and in what sum and what tangible and intangible personal property of the
Defendant/Judgment-Debtor the Garnishee is in possession or control of at the time of the
answer or had at the time of service of this writ, plus sufficient time not to exceed one (1)
business day for the garnishee to act expeditiously on the Writ or at any time between such
times, and whether the Garnishee knows of any other person indebted to the
Defendant/Judgment-Debtor or who may be in possession or control any of the property of the
Defendant/Judgment-Debtor.  Pursuant to *Fla. Stat.* §77.07 Defendant/Judgment-Debtor possess

***ELECTRONICALLY FILED 10/11/2016 01:41:36 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

72

CASE NO.: 16-005455-CI
*Writ of Garnishment*

a right to an immediate hearing regarding this garnishment. The amount set in Plaintiff's Motion is **$65,000.00.**

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE TOTAL AMOUNT OF **$65,000.00**.

WITNESS my hand and the seal of the Court on __OCT 12 2016__, 2016.

CLERK OF THE COURT

**KEN BURKE**

BY: _____
Deputy Clerk

IMPORTANT

Pursuant to Fla.Stat. §77.06: "Service of the writ shall make garnishee liable for all debts due by him or her to defendant and for any tangible or intangible personal property of defendant in the garnishee's possession or control at the time of the service of the writ or at any time between the service and the time of the garnishee's answer."

NOTICE TO THE DEFENDANTS:  Pursuant to Fla.Stat. §77.07(1) you may by motion, obtain the dissolution of a writ of garnishment, unless the petitioner proves the grounds upon which the writ was issued and unless, in the case of a prejudgment writ, there is a reasonable probability that the final judgment in the underlying action will be rendered in his or her favor.

2

Filing # 47041336 E-Filed 09/28/2016 03:31:40 PM

IN THE CIRCUIT COURT OF THE 6TH
JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

**CASE NO.: 16-005455-CI**

NICOLE GOLDMAN,

    Plaintiff/Judgment-Creditor,

                                         **MOTION FOR ISSUANCE OF WRIT
OF GARNISHMENT**

vs.

TODD GOLDMAN,

    Defendant/Judgment-Debtor,

and

UNKNOWN TENANTS, at the property located at
565 Bayview Drive, Belleair, FL 33756.

_____/

    COMES NOW, Plaintiff/Judgment-Creditor NICOLE GOLDMAN ("JUDGMENT-CREDITOR"), through undersigned counsel and pursuant to Fla.Stat. §77.03, move this Court for the issuance of a *Writ of Garnishment in Aid of Execution* directed to Garnishee, UNKNOWN TENANTS ("GARNISHEE") residing at the property owned by Defendant/Judgment-Debtor and landlord TODD GOLDMAN ("JUDGMENT-DEBTOR"), located at 565 Bayview Drive, Belleair, FL 33756, and state as follows:

    1.   <u>Summary of Motion</u>:  On August 19, 2016, pursuant to Fla. Stat. §55.501 JUDGMENT-CREDITOR filed her Foreign Judgment in Pinellas County, Florida against Defendant/Judgment-Debtor TODD GOLDMAN in the principal amount of $65,000.00.  A copy of this recorded Judgment (I #: 2016258347 BL: 19313 PG: 2004) attached hereto and incorporated by reference as Exhibit "A."  Pursuant to Fla. Stat. § 55.503(1), JUDGMENT-

GRUMER & MACALUSO, P.A.
101 N.E. 3RD AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 713-2700
PLEADINGS SERVICE EMAIL: SERVICE@GRUMERLAW.COM

***ELECTRONICALLY FILED 10/11/2016 01:41:36 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

74

CASE NO.: 16-005455-CI
*Motion for Writ of Garnishment re 565 Bayview Drive*

CREDITOR through undersigned counsel, duly recorded the Foreign Judgment in Pinellas

County on August 23, 2016.  See Exhibit "A."

2.      JUDGMENT-CREDITOR does not believe said JUDGMENT-DEBTOR has in his

possession tangible or intangible property in the state and in the county upon which a levy can be

made sufficient to satisfy JUDGMENT-CREDITOR'S claim.

3.      Judgment-Debtor's Owns and Leases Real Property: JUDGMENT-CREDITOR

suggests that GARNISHEE who are TENANT(s) that reside at 565 Bayview Drive, Belleair, FL

33756, are indebted to JUDGMENT-DEBTOR who receives monthly rents through tenancy of

the property.  GARNISHEE as the TENANT(s) pay monthly rent at the property owned by

JUDGMENT-DEBTOR as landlord.  Presently, the identity of the TENANTS is unknown to the

JUDGMENT-CREDITOR, who anticipate through the service of the writ will be identified.

4.      JUDGMENT-CREDITOR has reason to believe, and does believe, that

GARNISHEE, who resides at 565 Bayview Drive, Belleair, FL 33756, is indebted and/or

possesses property, such as monthly rents payable and belonging to JUDGMENT-DEBTOR as

landlord of the property, in its hands, possession or control, in which the JUDGMENT-DEBTOR

has substantial nonexempt interest.

WHEREFORE, Plaintiff/Judgment-Creditor NICOLE GOLDMAN, respectfully requests

the issuance of a Writ of Garnishment directed to Garnishee UNKNOWN TENANTS residing at

the property owned by JUDGMENT-DEBTOR as landlord, located at 565 Bayview Drive,

Belleair, FL 33756, and for such other relief deemed just and proper.

2

**GRUMER & MACALUSO, P.A.**
**101 N.E. 3ᴿᴰ AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 713-2700**
**PLEADINGS SERVICE EMAIL:** SERVICE@GRUMERLAW.COM

CASE NO.: 16-005455-CI
*Motion for Writ of Garnishment re 565 Bayview Drive*

Dated this 11th day of October, 2016

**GRUMER & MACALUSO, P.A.**
*Attorneys for Judgment-Creditor*
101 N.E. 3rd Ave., Suite 1420
Fort Lauderdale FL 33301
Phone: (954) 713-2700; Fax: (954) 713-2713
Primary Email: *kgrumer@grumerlaw.com*
Secondary Email: *jsantillian@grumerlaw.com*
*service@grumerlaw.com*

By:   */s/ Keith T. Grumer, Esq.*
KEITH T. GRUMER, ESQ.
Florida Bar No.:  504416

3
GRUMER & MACALUSO, P.A.
101 N.E. 3RD AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 - TELEPHONE (954) 713-2700
PLEADINGS SERVICE EMAIL: SERVICE@GRUMERLAW.COM

76

84

CASE NO.: 16-005455-CI
*Motion for Writ of Garnishment re 565 Bayview Drive*

**EXHIBIT "A"**

**GRUMER & MACALUSO, P.A.**
**101 N.E. 3ʳᵈ AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 - TELEPHONE (954) 713-2700**
**PLEADINGS SERVICE EMAIL:** SERVICE@GRUMERLAW.COM

I#: 2016256347 BK: 19313  PG: 2004, 08/23/2016 at 09:53 AM, RECORDING 7    KEN
BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK:
CLKPR04

Filing # 45472092 E-Filed 08/19/2016 05:15:11 PM

IN THE CIRCUIT COURT OF THE 6TH
JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

CASE NO.:  16-5455-CI

NICOLE GOLDMAN,

　　　　Plaintiff/Judgment-Creditor,

vs.

TODD GOLDMAN,

　　　　Defendant/Judgment-Debtor.

_____/

AFFIDAVIT TO DOMESTICATE AND
ENFORCE FOREIGN JUDGMENT
IN ACCORDANCE WITH
FLA. STAT. §55.501



FILED
CIVIL COURT RECORDS DEPARTMENT

AUG 19 2016

KEN BURKE
CLERK CIRCUIT COUNTY COURT

STATE OF FLORIDA　　　)
　　　　　　　　　　　　)ss:
COUNTY OF BROWARD　　)

BEFORE ME, the undersigned authority, personally appeared Keith T. Grumer, on behalf of Plaintiff NICOLE GOLDMAN, who, after first being duly sworn deposes and states as follows:

　　　　1.　　The undersigned Affiant is counsel for Plaintiff NICOLE GOLDMAN in the above captioned matter, I am authorized to make this Affidavit herein. I make this affidavit of my own personal knowledge of the facts attested to herein. This Affidavit is submitted in support of domesticating and enforcing a Foreign Judgment in Accordance with Fla. Stat. §55.501.

　　　　2.　　Plaintiff NICOLE GOLDMAN obtained a Judgment in her favor and against Defendant TODD GOLDMAN, in the Superior Court of the State of California for the County of Los Angeles, Case No.: BD 610 524. A copy of this Judgment is attached hereto and incorporated by reference as Exhibit "A." A certified copy of the Judgment is being recorded contemporaneously with this Affidavit.

　　　　3.　　The name, social security number/tax identification number, and last known post office addresses of the Judgment-Debtor is:

| Name: | Last Known Address: | SS/Tax ID. No. |
|---|---|---|
| Todd Goldman | 1419 South Martin Luther King Jr. Ave. Clearwater, FL 33756-3446 | xxx█████ |

GRUMER & MACALUSO, P.A.
101 N.E. 3RD AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 713-2700
PLEADINGS SERVICE EMAIL: SERVICE@GRUMERLAW.COM

78

PINELLAS COUNTY FL OFF. REC. BK  19313  PG  2005

*Affidavit to Domesticate and Enforce Foreign Judgment*
Case No.: _____

4.    The name and last known post office address of the Judgment-Creditor is:

| Name: | Last Known Address: |
|---|---|
| Nicole Goldman | c/o Brot & Gross, LLP<br>15260 Ventura Blvd., Suite 1500<br>Sherman Oaks, CA 91403 |

5.    The Judgment Creditors' attorney in Florida is:

Keith T. Grumer, Esq.
GRUMER & MACALUSO, P.A.
101 N.E. 3rd Avenue, Suite 1420
Fort Lauderdale, FL 33301
Tel: (943) 713-2700; Fax: (943) 713-2713
*kgrumer@grumerlaw.com*
*Service@grumerlaw.com*

6.    The subject Judgment is a valid, final, legally enforceable Judgment in the State of California.  No part of this Judgment has been satisfied as of this date.

Under penalties of perjury, I declare under penalty of perjury that I have thoroughly reviewed this Affidavit and I can attest that all the facts stated herein are true, correct and based on my personal knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on _____ day of August, 2016.

By: _____
KEITH T. GRUMER, ESQ.
*Attorney for Judgment Creditor*

STATE OF FLORIDA      )
                                       ) ss:
COUNTY OF BROWARD   )

SWORN TO AND SUBSCRIBED before me, the undersigned authority, personally appeared KEITH T. GRUMER, who is personally known to me, on this _____ day of August, 2016.
IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

NOTARY PUBLIC - State of Florida

JESSE SANTILLIAN
MY COMMISSION # FF 234627
EXPIRES: May 25, 2019
Bonded Thru Budget Notary Services

(My Commission expires:)

2
GRUMER & MACALUSO, P.A.
101 N.E. 3RD AVENUE, SUITE 1420, FORT LAUDERDALE, FLORIDA 33301 · TELEPHONE (954) 713-2700
PLEADINGS SERVICE EMAIL: SERVICE@GRUMERLAW.COM

79

PINELLAS COUNTY FL OFF. REC. BK  19313  PG  2006



[0-3]

1  RONALD F. BROT, State Bar No. 50201
   LAUREN H. KATAN, State Bar No. 265940
2  BROT & GROSS, LLP
   15260 Ventura Boulevard, Suite 1500
3  Sherman Oaks, CA 91403-5348
   (818) 594-0800
4

5  Attorneys for Petitioner
   NICOLE GOLDMAN
6

FILED
Superior Court of California
County of Los Angeles

JUL 26 2016

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
    Jacqueline Morgan

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF LOS ANGELES

10

11  In re the Marriage of                    CASE NO. BD 610 524

12  Petitioner:   NICOLE GOLDMAN             JUDGE MICHAEL E. WHITAKER
                                            DEPT. 43
13                and
                                            ABSTRACT OF JUDGMENT
14  Respondent:   TODD GOLDMAN              RECORDED 11/20/15

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN RE MARRIAGE OF GOLDMAN                          CASE NO. BD 610 524
ABSTRACT.1NG.wpd 072216.1204 CA                                   PAGE 1
                ABSTRACT OF JUDGMENT RECORDED 11/20/15

BROT & GROSS, LLP
15260 Ventura Boulevard - Suite 1500
Sherman Oaks, California 91403-5348
(818) 594-0800 Fax (818) 594-0796

80

PINELLAS COUNTY FL OFF. REC. BK  19313  PG  2007



SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

T I T L E(S)

ABSTRACT OF JUDGMENT -- CIVIL AND SMALL CLAIMS

81

PINELLAS COUNTY FL OFF. REC. BK  19313  PG  2008

---

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number):
*After recording, return to:*
RONALD F. BROT, SBN 50201
LAUREN H. KATAN, SBN 265940
BROT & GROSS, LLP
15260 VENTURA BLVD., SUITE 1500
SHERMAN OAKS, CA 91403
TEL NO.: (818) 594-0800  FAX NO. (optional): (818) 594-0796
E-MAIL ADDRESS (Optional): brot@brotgross.com

[ ] ATTORNEY  [X] JUDGMENT  [ ] ASSIGNEE
FOR        CREDITOR      OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 N. HILL STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: LOS ANGELES 90012
BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF: NICOLE GOLDMAN

DEFENDANT: TODD GOLDMAN

FOR RECORDER'S USE ONLY

CASE NUMBER:
BD 610 524

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**  [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌─────────────────────────────────┐
   │ TODD GOLDMAN                    │
   │ 4055 Redwood Avenue, #142       │
   │ Los Angeles, CA 90066           │
   └─────────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:              [X] Unknown
   c. Social security no. [last 4 digits]:                         [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Todd Goldman, 4672 Brewster Drive, Tarzana, CA 91356

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   BROT & GROSS, LLP; 15260 VENTURA BLVD., SUITE
   1500, SHERMAN OAKS, CA 91403
   Date: September 28, 2015
   LAUREN H. KATAN, ESQ.
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 65,000
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 08/12/15
   b. Renewal entered on (date):
9. [X] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
OCT 09 2015

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
       (date):
12. a. [X] I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by    SHERRI R. CARTER           , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**

Legal
Solutions
& Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

---

82

PINELLAS COUNTY FL OFF. REC. BK  19313  PG  2010

I certify that this is a true and correct copy of the
original ___abstract of judgment___
on file in this office consisting of 4 pages.

SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court, County of Los Angeles.

JUL 2 2018  By _____, Deputy
Date: _____  ALICE M. THOMPSON

83

Filing # 48581176 E-Filed 11/07/2016 01:50:52 PM

## VERIFIED RETURN OF SERVICE

State of Florida

County of Pinellas

Case Number: 16-005455-CI

Plaintiff:
**NICOLE GOLDMAN**

vs.

Defendant:
**TODD GOLDMAN**

For:
Keith Grumer
Grumer & Macaluso
101 N.E. 3rd Avenue
Suite 15420
Fort Lauderdale, FL 33301

Received by On Time Legal Services, a Division of OTD on the 13th day of October, 2016 at 10:44 am to be served on
**Unknown Tenants, 565 Bayview Drive, Belleair, FL 33756**.

I, Shelagh Roberts, do hereby affirm that on the **17th day of October, 2016 at 10:55 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Writ of Garnishment, and Motion for Issuance of Writ of
Garnishment, and Affidavit to Domesticate and Enforce Foreign Judgment in Accordance With FLA Stat. 55.501,**
with the  date, hour of service, my initials, and identification # (if applicable) endorsed thereon by me, to: **Jane Doe** as
**Tenant** at the address of: **565 Bayview Drive, Belleair, FL 33756, Unknown Tenants's**,  usual place of **Abode**. Jane
Doe resides therein,  is fifteen (15) years of age or older and was informed of the contents therein, in compliance with state
statutes.

**Additional Information pertaining to this Service:**
At time of Service the Unidentified woman confirmed she resided in the home with permission of Defendant Todd Goldman.
She refused to provide her name, confirm if anyone additional resided therein or confirm if she paid rent.  The vehicle in the
driveway (Tag MYMYQT) is registered to Maya Ellie Hamblet.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: White, Height: 5'4, Weight: 125, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good
standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare I have read the foregoing
verified return of service and that the facts stated in it are true. Pursuant to FS 92.525(2), no notary is required.

**978429** -A
SPECIAL PROCESS SERVICE

Pinellas County, Florida
Bob Gualtieri, Sheriff

Shelagh Roberts
APS 55418

On Time Legal Services, a Division of OTD
3620 NE 5th Avenue
Oakland Park, FL 33334
(954) 915-8727

Our Job Serial Number: ABV-2016002042
Ref: 470.40915

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1r

84

# EXHIBIT 6

3/16/2017

# BILL OF LADING

| SHIP FROM | | BAR CODE SPACE |
|---|---|---|
| Name:    ERE Distribution Center | | |
| Address:    2840 W. Orange Ave | | |
| City/State/Zip:   Apopka, FL 32703 | | |
| Phone:  407-649-6552 X 120            FOB: ☐ | | |

| SHIP TO | |
|---|---|
| Name: ERE             Location #: _____ | Trailer number: |
| Address: 5938 Laurel Canyon Blvd | Seal number(s): |
| City/State/Zip: Valley Village, CA  91607           FOB: ☐ | Pro number: |

| THIRD PARTY FREIGHT CHARGES BILL TO: | BAR CODE SPACE |
|---|---|
| Name: | |
| Address: | **Freight Charge Terms:** |
| City/State/Zip: | Prepaid __ __ __   Collect: __X__   3rd Party ____ |
| SPECIAL INSTRUCTIONS: | ☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading |

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET /SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| | | | Y  N | Seal # 3988166 |
| | | | Y  N | |
| | | | Y  N | |
| | | | Y  N | |
| | | | Y  N | |
| | | | Y  N | |
| **GRAND TOTAL** | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 15 | BNDL | | | | | **Painting** | | |
| 13 | PLT | | | 10,000 | | | | |
| | | | | | | | | |
| | | | | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

| COD Amount:  $ _____ |
|---|
| Fee Terms:    Collect: x    Prepaid: ☐ |
| Customer check acceptable: ☐ |

**NOTE**  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☒ By Shipper | ☐ By Shipper | Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| | ☐ By Driver | X  By Driver/pallets said to contain | |
| | | X  By Driver/Pieces | |
| *Scott* 3/16/17 | | | |
| Scott Pavlak – Shipping Manager | | | |

# EXHIBIT 7

# 565 BAYVIEW FURNITURE LIST STOLEN

| ITEMS STOLEN - JASMIN ISMAIL | FMV | CONFIRM PER MAYA |
|---|---|---|
| CASSINA PRIVE COUCH WHITE | $9,000 | C |
| CASSINA PRIVE CHAIR WHITE | $7,000 | C |
| CASSINA PRIVE OTTOMAN WHITE | $4,000 | C |
| CASSINA PRIVE DAYBED BLACK | $13,000 | C |
| EERO AARNIO BUBBLE CHAIR | $6,500 | |
| KARTELL LCP CLEAR PLASTIC CHAIR | $3,000 | |
| KARTELL GHOST CHAIR (2) | $1,000 | |
| COLOR CUBE SHELVES (16) | $8,000 | |
| SNAKE LIGHTS SILVER (3) | $2,400 | |
| SNAKE LIGHTS BLACK (3) | $2,400 | |
| WHITE COFFEE TABLES (2) | $4,000 | |
| EERO AARNIO WHITE POD CHAIRS (3) | $7,200 | |
| EMECO NAVY STAINLESS CHAIRS (6) | $3,600 | |
| KARTELL FOAM LOUNGES LIME (2) | $4,000 | |
| DWR LIME METAL FILING CABINET | $1,000 | |
| ORANGE CERAMIC VASES (2) | $1,000 | |
| DWR 10 FT. GREY WOOL RUG | $8,000 | C |
| DWR LIME FELT SOFA | $2,500 | |
| BLACK MARBLE BUDDAH | $8,000 | |
| DWR WHITE WOODEN VASE | $500 | |
| WOOD BENCH | $1,000 | |

86

| | | |
|---|---|---|
| HERMAN MILLER OFFICE CHAIR | $1,200 | |
| DWR GLASS METAL OFFICE DESK | $1,000 | |
| DWR BLACK FLOOR VASE | $1,000 | |
| DWR WHITE METAL SIDE TABLE | $500 | |
| DWR WHITE METAL COFFEE TABLE | $1,500 | |
| ITALIAN COLOR GLASS VASES (10) | $5,000 | |
| BOFFI FLOOR MIRROR LARGE | $10,000 | C |
| DWR FLOOR GLOW LIGHTS (3) | $3,000 | |
| WEST ELM QUEEN BEDFRAME | $1,000 | |
| QUEEN MATTRESS | $1,000 | |
| 10' TREE VASE | $5,000 | C |
| GE WASHER AND DRYER | $2,000 | |
| WOODEN RUG | $800 | |
| MULTI CIRCLE WALL MIRROR | $5,000 | |
| INDIAN WOOD CHEST (2) | $7,000 | |
| INDIAN WOOD ARMOUR | $5,000 | C |
| INDIAN 10' DOORS (2) | $16,000 | C |
| ANGELA ADAMS 5X7' WOOL RUG | $3,000 | |
| DWR WHITE CUBE STORAGE (4) | $1,000 | |
| WHITE CUBE BATHROOM STORAGE (2) | $1,200 | |
| B&O STEREO BEO 9000 | $3,500 | |
| B&O BEO 8000 FLOOR SPEAKERS (2) | $3,000 | |
| DWR BED FLOOR LAMP | $1,000 | |
| MOB SILVER FLOOR RETRO LAMPS (2) | $5,000 | C |

| | |
|---|---|
| LEATHER SHAG RUG | $1,000 |
| DWR METAL BOX SHELVES | $3,000 |
| ASSORTED PILLOWS (12) | $2,500 |
| BODUM GLASSES (96) | $7,200 |
| BODUM WHITE DISHES (SET OF 12) | $3,600 |
| WILLIAM SONOMA POTS PANS (24+) | $4,000 |
| WILLIAM SONOMA KNIFE SET | $1,000 |
| BODUM SILVERWARE (SET OF 24) | $2,400 |
| BLENDER | $300 |
| JUICER | $1,000 |
| TOASTER | $300 |
| COFFEE MAKER/EXPRESSO | $500 |
| 48" SONY TV BEDROOM | $1,500 |
| SIMPLE LIFE TRASH CANS (3) | $750 |

**TOTAL LOSS**          **$209,850**

| ITEMS STOLEN – TODD GOLDMAN | FMV  CONFIRM PER MAYA |
|---|---|
| WHITE MODERN DOG | $1,000 |
| MICKEY MOUSE PAINTING 5X6' | $10,000 |
| WHITE COW PARADE COW | $10,000 IRREPLACABLE |
| LITHO ARTIST PROOFS (25 X 35 X $1,500) | $719,250 IRREPLACABLE |
| BLACK ARCHITECT FILING CABINET | $2,500 |
| SMOKING KILLS PRINTS (12 X $1,500) | $18,000 IRREPLACABLE |

| | |
|---|---|
| GOLD DIGGER PRINT | $2,000 IRREPLACABLE |
| WOODEN AFRICAN SHOVEL | $500 IRREPLACABLE |
| WOODEN AFRICAN BOWL | $800 IRREPLACABLE |
| AFRICAN VASES (6) | $3000 IRREPLACABLE |
| AFRICAN MASKS (12) | $25,000 IRREPLACABLE |
| AFRICAN SPEARS (6) | $3,000 IRREPLACABLE |
| AFRICAN PHOTOS (6) | $1,200 IRREPLACABLE |
| AFRICAN STEP LADDER | $5,000 IRREPLACABLE |
| AFRICAN 15' WOOD GIRAFFE | $2,000 IRREPLACABLE |
| METAL GOAT | $600 |
| METAL MAN STATUE | $1,500 BROKEN |
| B&B ITALIA RUBBER FOOT | $10,000 DESTROYED |

**TOTAL LOSS**                    **$815,350**

**GRAND TOTAL LOSS        $1,025,200**

89

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Annie Y Stoops<br>Arent Fox LLP<br>555 W Fifth St 48Fl<br>Los Angeles, CA 90013<br><br>213–629–7400<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY

| In re:<br><br><br> Todd Harris Goldman<br><br><br><br>Debtor(s). | CASE NO.:  1:18–bk–12979–MB<br><br>CHAPTER:  7<br><br><br>ADVERSARY NUMBER: 1:20–ap–01118–MB |
|---|---|
| David Seror<br><br><br>Plaintiff(s)<br>Versus<br>Todd Harris Goldman<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **01/11/2021.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **February 18, 2021** |
| **Time:** | **01:30 PM** |
| **Hearing Judge:** | **Martin R. Barash** |
| **Location:** | **21041 Burbank Blvd, Crtrm 303, Woodland Hills, CA 91367** |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                       Page 1                       **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>December 10, 2020</u>

By: _____<u>"s/" Ana Gasparian</u>_____

Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| David Seror | Todd Harris Goldman<br>Maya Hamblet<br>Matthew Roch Argall<br>Roy Revivo<br>Andrew Goldman<br>David & Goliath, Inc.<br>Nerf Pong Productions, LLC<br>The Ross Art Group Inc. |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
*Date*                    *Printed Name*                                        *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    **F 7004–1.SUMMONS.ADV.PROC**

## STATUS CONFERENCE PROCEDURES
## FOR THE HON. MARTIN R. BARASH

The Court holds status conferences in all adversary proceedings and in chapter 11 cases.  An initial status conference in adversary proceedings will be set for a date that is approximately 60 days after commencement of the proceeding.  An initial status conference in chapter 11 cases will be set for a date that is approximately 30-40 days after the case is filed.

The trial counsel for each of the parties must appear at the initial status conference in adversary proceedings.  The debtor, counsel to the debtor, and counsel to any creditors committee or equity committee appointed in the case must appear in person at the initial chapter 11 status conference.  Unless otherwise ordered by the Court, parties and counsel may attend subsequent status conferences telephonically in accordance with Judge Barash's telephonic appearance procedures.[1]

A copy of these instructions must be attached to every complaint served in an adversary proceeding.  The party serving such complaint must attach as Exhibit A hereto a copy of Local Bankruptcy Rules ("LBR") Form F 7016-1.STATUS.REPORT.   The proof of service for the complaint must expressly indicate that a copy of these instructions was served with the complaint.

### I.    STATUS REPORTS: ADVERSARY PROCEEDINGS

A thorough, written status report, filed fourteen days in advance, is required before **every initial or continued** adversary proceeding status conference.

For adversary proceeding status conferences, the status report must be a joint status report in a form substantially similar to LBR Form F 7016-1.STATUS.REPORT.  This form is available on the Court's website.  Failure to file a joint status report may result in the imposition of monetary sanctions or the status conference being continued and parties being ordered to redo the status report to conform to the Local Bankruptcy Rule Form.

Pursuant to LBR 7016-1(a)(3), if a defendant has not responded to the complaint or fails to cooperate in the preparation of a joint status report, the plaintiff is required to file a unilateral status report not less than seven days before the date scheduled for the status conference.  This unilateral status report must contain the information in Sections A–E of LBR F 7016-1.STATUS.REPORT.  The unilateral status report shall include a declaration setting forth the attempts made by the plaintiff to contact or obtain the cooperation of the defendant in the preparation of a joint status report.

---

[1] These procedures available on the Court's website, www.cacb.uscourts.gov, by clicking on the "Judges" menu, selecting "Our Judges," selecting Hon. Martin R. Barash, and thereafter selecting the "Instructions/ Procedures" tab.

4 / 2015

## A.  Limited Exceptions Where Status Report Not Required.

A status report (either joint or unilateral) is not required *only* in the following limited circumstances:

    1.   The matter is an adversary proceeding and, prior to the date scheduled for the status conference, the Court has entered an order approving a stipulation that resolves all issues raised by the adversary proceeding and provides either for dismissal of the action in its entirety or the entry of judgment in the action;

    2.   Prior to the date scheduled for the status conference, the Court has entered an order approving a stipulation continuing the status conference to a later date (a written status report must be filed not less than fourteen days in advance of the continued status conference date); or

    3.   The Court has expressly relieved the parties of the obligation to file a written status report.

**Unless one of the three exceptions outlined above applies, a status report must be filed in a timely manner.  Parties that fail to do so will be subject to a minimum sanction of $150 or such other sanctions as may be warranted under the circumstances or allowed under LBR 7016-1(f).**

**Failure to appear for a status conference in an adversary proceeding may also result in a minimum sanction of $250, dismissal of the adversary proceeding for failure to prosecute, or such other sanctions as may be warranted under the circumstances or allowed under LBR 7016-1(f).**

## B.  OTHER PROCEDURAL MATTERS RE: ADVERSARY PROCEEDINGS

### 1.  Default

If a response to the complaint is not timely filed, the plaintiff should file a request for entry of default by the clerk. The plaintiff also may request entry of a default judgment by filing and serving (if necessary) an appropriate motion.  *See* Fed. R. Bankr. P. 7055 and LBR 9021-1(d); LBR 7055-1.  Upon the filing of such a motion, the plaintiff shall concurrently lodge a proposed form of default judgment.

### 2.  Authority to Enter Final Judgment

Any party contending that the Court cannot enter a final judgment or order in an adversary proceeding must file and serve a memorandum of points and authorities and evidence in support of its position no less than fourteen days before the initial status conference.  **Failure to timely file and serve such memorandum and evidence in support thereof will be deemed consent to entry by the Court of a final judgment or order in the Adversary Proceeding.**

Any responsive memorandum and evidence in support of the Court's authority to enter a final judgment or order in an adversary proceeding must be filed at least seven days before the initial status conference.

### 3.  Jury Trial

Any party claiming a right to trial by jury must make a timely demand as set forth in LBR 9015-2.  Any party asserting a right to a jury trial must file and serve a memorandum of points and authorities and evidence in support of its position no less than fourteen days before the initial status conference. Any response must be filed at least seven days before the initial status conference.  **If a party does not file and serve its papers in a timely manner, that failure may be deemed consent to whatever determination the Court makes.**

### 4.  Scheduling Order.

Unless otherwise ordered by the Court, within seven days after the initial status conference, the plaintiff must lodge a scheduling order consistent with the Court's determinations at that status conference.

## II.  STATUS REPORTS: CHAPTER 11 CASES

A thorough, written status report, filed fourteen days in advance, is required before **every initial or continued** chapter 11 status conference, unless the Court has expressly relieved the Debtor of the obligation to file a written status report. Failure to do so may result in sanctions including dismissal, conversion, or the appointment of a trustee.  Unless otherwise ordered by the Court, each chapter 11 status report must contain the following:[2]

A.  A brief description of the Debtor's business and operations, if any, and the principal assets and liabilities of the estate.

B.   Brief answers to the following questions:

1.   What precipitated the filing of this case?

2.   What does the Debtor hope to accomplish in this case?

3.   What are the principal business and financial problems facing the Debtor and how does the Debtor intend to address these problems?

4.   What are the main legal disputes facing the Debtor and likely to be encountered during this case, and how does the Debtor recommend that these disputes be resolved?

5.   What is the Debtor's estimate regarding timing for confirmation of a plan?

6.   Is the Debtor a "health care business" as defined in 11 U.S.C. § 101(27A)?

7.   Is the Debtor a small business debtor as defined in 11 U.S.C. § 101(51D)?

---

[2] Subsequent chapter 11 status reports should be sure to highlight changes and developments since the previous chapter 11 status report.

8.  Is this case a single asset real estate case as contemplated in 11 U.S.C. §101(51B)?

9.  Has the Debtor complied with all of its duties under 11 U.S.C. §§ 521, 1106, 1107, F.R.B.P. 1007 and all applicable guidelines of the Office of the United States Trustee?

10. Do any parties claim an interest in cash collateral of the Debtor?  Is the Debtor using cash that any party claims as its cash collateral, and if so, on what date did the Debtor obtain an order authorizing the use of such cash or the consent of the party?

C.  The identity of all professionals retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered regarding such applications (if any), and a general description of the services to be rendered by each such professional.  The initial status report should include an estimate of the expected amount of compensation for each professional.  Subsequent status reports should provide estimates of the amounts actually incurred, as well as updated estimates of the additional fees and expenses anticipated.

D.  In operating cases, evidence regarding projected income, expenses, and cash flow.  In the initial status report, this should cover the first six months of the case and contain a comparison to actual results for the 12 months preceding the filing of the case.  In subsequent reports, this should show actual performance during the case, a comparison to the Debtor's postpetition budget, and a projection of six months going forward.

E.  In the initial status report, proposed deadlines for the filing of claims and objections to claims.  In subsequent reports, the status of efforts to resolve and/or object to claims.

F.  A discussion of the unexpired leases and executory contracts to which the Debtor is a party, including the Debtor's intentions, a proposed timetable for addressing such leases and contracts, and the status of those efforts.

G.  In the initial status report, whether the Debtor anticipates the sale of any estate assets by motion or in connection with a plan.  In subsequent reports, the status of those efforts.

H.  In the initial status report, a proposed deadline for the filing of a disclosure statement and plan, as well as a description any progress made towards developing and/or negotiating a plan.  In subsequent reports, the status of those efforts.

E X H I B I T  A


(The plaintiff shall attach a copy of Local Rule Form
F 7016-1.STATUS.REPORT here)

1  Aram Ordubegian (SBN 185142)
   Annie Y. Stoops (SBN 286325)
2  Dylan J. Yamamoto (SBN 324601)
   **ARENT FOX LLP**
3  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013-1065
4  Telephone:    213.629.7400
   Facsimile:    213.629.7401
5  Email:        aram.ordubegian@arentfox.com
                 annie.stoops@arentfox.com
6                dylan.yamamoto@arentfox.com

7  *Proposed* Special Litigation Counsel
   for David Seror, Chapter 7 Trustee
8

9              **UNITED STATES BANKRUPTCY COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

11  | In re | Case No. 1:18-bk-12979-MB |

12  TODD HARRIS GOLDMAN,                  Chapter 7

13           Debtor.

14  _____

15  DAVID SEROR, Chapter 7 Trustee,       Adv. Case No. 1:20-ap-01118-MB

16           Plaintiff,                   **NOTICE THAT COMPLIANCE WITH
                                          RULE 7026 OF THE FEDERAL RULES
17       v.                               OF BANKRUPTCY PROCEDURE AND
                                          LOCAL BANKRUPTCY RULE 7026-1 IS
18  TODD HARRIS GOLDMAN, an individual,   REQUIRED**
    MAYA HAMBLET, an individual,
19  MATTHEW ROCH ARGALL, an individual,
    ROY REVIVO, an individual, ANDREW
20  GOLDMAN, an individual, DAVID &
    GOLIATH, INC., a Florida profit corporation,   Status Conference Date:
21  NERF PONG PRODUCTIONS, LLC, a
    Florida limited liability company, and THE     Date:    February 18, 2021
22  ROSS ART GROUP INC., a New York                Time:    1:30 p.m.
    domestic business corporation,                 Place:   Courtroom  303
23                                                          21041 Burbank Boulevard
           Defendants.                                      Woodland Hills, CA 91367[1]
24

25

26  _____

27  [1] Due to the COVID-19 outbreak, the status hearing may be held remotely via ZoomGov.  Parties should review Judge Barash's
    calendar for video and audio connection information.  The calendar can be accessed at the following web address: http://ecf-
28  ciao.cacb.uscourts.gov/CiaoPosted/default.aspx (Click on the "Select Judge" tab on the upper left side of the screen and select
    Judge Barash).

1    **PLEASE TAKE NOTICE** that compliance with Local Bankruptcy Rule 7026-1 and

2    Rule 7026 of the Federal Rules of Bankruptcy Procedure is required in this adversary proceeding.

3

4

5    DATED:  December 10, 2020                    **ARENT FOX LLP**

6

7

8    By:  _____
         Aram Ordubegian
9         Annie Y. Stoops
         Dylan J. Yamamoto
10        *Proposed* Special Litigation
         Counsel for David Seror, Chapter 7
11        Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28